# EXHIBIT B

**2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P96000029769

**Entity Name:** JACOBI INTERNATIONAL, INC.

**FILED**
**Jan 19, 2020**
**Secretary of State**
**1500590540CC**

**Current Principal Place of Business:**

3400 NW 74 AVE
MIAMI, FL 33122

**Current Mailing Address:**

3400 NW 74 AVE
MIAMI, FL 33122 US

**FEI Number:** 32-0305783

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

FEUERMAN, JONATHAN
SUN TRUST INTERNATIONAL CENTER
ONE SE 3RD AVE STE 2400
MIAMI, FL 33131 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                                      Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | OFFICER | | Title | DIRECTOR |
| Name | RASCH, CHRISTIAN | | Name | RASCH, NADINE |
| Address | 3400 NW 74 AVE | | Address | 3400 NW 74 AVE |
| City-State-Zip: | MIAMI FL 33122 | | City-State-Zip: | MIAMI FL 33122 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHRISTIAN RASCH                    DIRECTOR                                           01/19/2020

Electronic Signature of Signing Officer/Director Detail                                                                      Date