# EXHIBIT C

**2020 FLORIDA PROFIT CORPORATION ANNUAL REPORT**

DOCUMENT# P10000078093

**Entity Name:** CART INVESTMENTS, INC.

**FILED**
**Jan 19, 2020**
**Secretary of State**
**9330576016CC**

**Current Principal Place of Business:**

3520 SAINT GAUDENS CT
MIAMI, FL 33133

**Current Mailing Address:**

3520 SAINT GAUDENS CT
MIAMI, FL 33133 US

**FEI Number:** 33-1219141

**Certificate of Status Desired:** No

**Name and Address of Current Registered Agent:**

JACOBI INTERNATIONAL, INC.
3400 NW 74 AVE
MIAMI, FL 33122 US

*The above named entity submits this statement for the purpose of changing its registered office or registered agent, or both, in the State of Florida.*

SIGNATURE: _____

Electronic Signature of Registered Agent                                                                                                         Date

**Officer/Director Detail :**

| | | | | |
|---|---|---|---|---|
| Title | D | | Title | DIRECTOR |
| Name | RASCH, CHRISTIAN | | Name | RASCH, NADINE |
| Address | 3520 SAINT GAUDENS CT | | Address | 3520 SAINT GAUDENS CT |
| City-State-Zip: | MIAMI FL 33133 | | City-State-Zip: | MIAMI FL 33133 |
| Title | DIRECTOR | | Title | DIRECTOR |
| Name | RASCH, ALEXANDRA | | Name | RASCH, JACQUELINE |
| Address | 3520 SAINT GAUDENS CT | | Address | 3520 SAINT GAUDENS CT |
| City-State-Zip: | MIAMI FL 33133 | | City-State-Zip: | MIAMI FL 33133 |

*I hereby certify that the information indicated on this report or supplemental report is true and accurate and that my electronic signature shall have the same legal effect as if made under oath; that I am an officer or director of the corporation or the receiver or trustee empowered to execute this report as required by Chapter 607, Florida Statutes; and that my name appears above, or on an attachment with all other like empowered.*

SIGNATURE: CHRISTIAN RASCH                                      DIRECTOR                                      01/19/2020

Electronic Signature of Signing Officer/Director Detail                                                                                   Date