# EXHIBIT D

**P96000029769**

**CSC networks**
PRENTICE HALL
LEGAL & FINANCIAL SERVICES

RECEIVED
96 APR -4
DIVISION OF
CORPORATION

RECEIVED
96 APR -1 PH 1:09
DIVISION OF CORPORATION

ACCOUNT NO. : 072100000032

REFERENCE : 902465  4337904

AUTHORIZATION : *Patricia Pyrith*

COST LIMIT : $ 122.50

ORDER DATE : April 1, 1996

ORDER TIME : 10:33 AM

ORDER NO. : 902465

CUSTOMER NO: 4337904

CUSTOMER: Jonathan Feuerman, Esq
THERREL BAISDEN & MEYER WEISS

Suite 500
1111 Lincoln Road
Miami Beach, FL 33139

*effective 4-1-96*

*resubmit*

---

**DOMESTIC FILING**

NAME: JACOBI *International*, INC.

*abandoned*

EFFECTIVE DATE:

**XX** ARTICLES OF INCORPORATION
\_\_\_\_ CERTIFICATE OF LIMITED PARTNERSHIP

PLEASE RETURN THE FOLLOWING AS PROOF OF FILING:

**XX** CERTIFIED COPY
\_\_\_\_ PLAIN STAMPED COPY
\_\_\_\_ CERTIFICATE OF GOOD STANDING

CONTACT PERSON: Victoria L. Perez

EXAMINER'S INITIALS: _____

*W96-7039*

*5t 4-5*

## ARTICLES OF INCORPORATION
## OF
## JACOBI INTERNATIONAL, INC.

### ARTICLE I
### Name

The name of the corporation is JACOBI INTERNATIONAL, INC.

### ARTICLE II
### Duration

This corporation shall have a perpetual existence, unless dissolved according to law, commencing on the ___1___ day of ___April___, 1996.

### ARTICLE III
### Purpose

This corporation is organized for the purpose of transacting any or all lawful business for which corporations may be incorporated under the Florida General Corporation Act.

### ARTICLE IV
### Capital Stock

This corporation is authorized to issue ONE HUNDRED (100) shares of ONE AND NO/100 DOLLARS ($1.00) par value common stock, which shall be designated "Common Shares."

### ARTICLE V
### Principal Office; Initial Registered Office and Agent

The street address of the initial principal office and registered office of this corporation is: 1111 Lincoln Road, Suite 500, Miami Beach, Florida 33139, and the name of the initial registered agent of this corporation at that address is: Jonathan Feuerman, Esq.

### ARTICLE VI
### Initial Board of Directors

This corporation shall initially have one (1) director. The number of directors may be increased or decreased from time to time

by the By-laws, but shall never be less than ONE (1). The name and address of the initial director of this corporation is: Jonathan Feuerman; 1111 Lincoln Road Mall, Suite 500, Miami Beach, Florida 33139.

### ARTICLE VII
### Incorporator

The name and address of the person signing these Articles is: Jonathan Feuerman, Esq., 1111 Lincoln Road, Suite 500, Miami Beach, Florida 33139.

IN WITNESS WHEREOF, the undersigned subscriber has executed these Articles of Incorporation on this 29th day of March, 1996.

JONATHAN FEUERMAN, Subscriber

STATE OF FLORIDA: SS:
COUNTY OF DADE:

The foregoing instrument was acknowledged before me this 29 day of March, 1996, by JONATHAN FEUERMAN, ESQ., who is personally known to me or who has produced _____ as identification.

Notary Public, State of Florida at Large

Type/Print/or Stamp Name of Notary

My Commission Expires:



OFFICIAL NOTARY SEAL
GRACE RODRIGUEZ
COMMISSION NUMBER
CC515913
MY COMMISSION EXP.
DEC. 5,1999

2

CERTIFICATE DESIGNATING PLACE OF BUSINESS OR DOMICILE FOR THE SERVICE OF PROCESS WITHIN THIS STATE, NAMING AGENT UPON WHOM PROCESS MAY BE SERVED

JACOBI INTERNATIONAL, INC.

In pursuance of the Florida Statutes, the following is submitted, in compliance with said Act:

First--that JACOBI INTERNATIONAL INC., desiring to organize under the laws of the State of Florida with its principal office at: c/o Therrel Baisden & Meyer Weiss, 1111 Lincoln Road, Suite 500, Miami Beach, Florida 33139, has named Jonathan Feuerman, Esq., located at 1111 Lincoln Road, Suite 500, Miami Beach, Florida 33139, as its agent to accept service of process within this state.

Having been named to accept service of process for the above stated corporation, at the place designated in this certificate, I hereby accept to act in this capacity, and agree to comply with the provision of said Act relative to keeping open said office.

JONATHAN FEUERMAN

jf\Corp\jacobi-art.inc

3