EXHIBIT F



ESTACIÓN 13.2 ZONA 10 Y 14
COMISARÍA TRECE
POLICÍA NACIONAL CIVIL

Guatemala 10 de julio del año 2020.
Oficio No. 836-2020, REF. Quina.

Señor (a):
Fiscal General República Guatemala.
Ministerio Público.
15 Av. 15-16 zona 1, Barrio Gerona, Guatemala
Su Despacho

Atentamente me dirijo a usted, con la finalidad de informarle que hoy siendo las 08:20 horas, a esta Oficina de Atencional ciudadana, compareció la persona de los datos personales siguientes.

JOSÉ HUMBERTO DÍAZ; de 34 años de edad, casado, instruido, estudiante, guatemalteco, pudiendo ser notificado en la 5ª avenida 5-55, zona 14, ciudad de Guatemala, Interior Edificio EUROPLAZA presentó Documento Personal de Identificación DPI de CUI 2192 57760 0101, quien además de la dirección consignada proporcionó el celular numero  5410 0171.

MANIFESTANDO: Que se tome por recibido el memorial redactado por la licenciada Julia Cristina Gonzales Vizcaíno en la que expone la posible comisión de los delitos de falsedad ideológica, uso de documentos falsificados y casos especiales de estafa.

Por lo que la persona compareciente solicitó se hiciera de su conocimiento, notificado de prevenir a la interesada comparecer a su despacho, a ratificar y/o ampliar lo antes expuesto.

AGENTE DE POLICÍA

VELTER LEONILDO QUINA PEREZ
OFICINA DE ATENCIÓN CIUDADANA
ESTACION 13.2, ZONA 10 Y 14

5499 7787

DENUNCIA



DIRECTOR GENERAL DE LA POLICIA NACIONAL CIVIL

YO, **JULIA CRISTINA GONZALEZ VIZCAINO** de cuarenta y un años de edad, soltera, Abogado y Notario, guatemalteca, y con domicilio en el departamento de Guatemala, me identifico con el documento de identificación personal con código único de identificación 2263 84713 0101, actuando en mi calidad de MANDATARIA GENERAL JUDICIAL CON REPRESENTACIÓN de la entidad MULTIFLORA INTERNATIONAL LTD, calidad que acredito con el Testimonio de la Escritura Publica numero cuarenta y nueve (49) autorizada en la ciudad de Guatemala el día tres de julio de dos mil veinte por la Notaria María Eugenia Beltranena Umaña, la entidad que represento es ACCIONISTA de la entidad AGRICOLA ESPERANZA JACOBI, SOCIEDAD ANÓNIMA ante Usted,

**EXPONGO**

1. **DE LA DIRECCION Y PROCURACION BAJO LA QUE ACTÚO:** Dentro del presente asunto actúo bajo mi propia dirección, y la de los abogados Juan Carlos Alvirurez Salguero, Alejandro Augusto Penados Grageda, Alejandro Alfonso Ángeles Lam y Elmer Adulfo Morales Alvarado quienes podrán actuar de forma conjunta y/o separada, indistintamente.



    **LUGAR PARA RECIBIR NOTIFICACIONES:** Dentro del presente asunto señalo como lugar para recibir notificaciones la oficina profesional de abogados ubicada en la quinta avenida cinco guion cincuenta y cinco de la zona catorce de esta ciudad capital. Edificio Europlaza, Torre 2, Oficina 1503, 15 nivel y como teléfonos para ser citados y/o notificados  54100171 y 54100229.

2. **MOTIVO DE MI COMPARECENCIA:** Respetuosamente comparezco a presentar **DENUNCIA PENAL** por los delitos de FALSEDAD IDEOLOGICA, USO DE DOCUMENTOS FALSIFICADOS Y CASOS ESPECIALES DE ESTAFA en contra de:

    a. **EDUARDO MACARIO COYOY** quien se identifica con documento personal de identificación con código único de identificación 2337 70577 0901. Quién puede ser citado en la quinta avenida catorce guion veinticuatro de la zona catorce Local C, de la ciudad de Guatemala y al número de teléfono 40598987.

    b. **CHRISTIAN ALEXANDER ENRIQUE RASCH TÖPKE** en nombre propio y en su calidad de Administrador único y Representante Legal de las entidades **QB INVERSIONES, SOCIEDAD ANÓNIMA y J CINCO, SOCIEDAD ANÓNIMA.** Esta persona se identifica con documento personal de identificación con código único de identificación 2518 15145 0101. Quién puede ser citado en la quinta avenida doce guion setenta y cinco de la zona catorce de esta ciudad capital, Edificio Quinta Bella Sur, apartamento número 1201 y al número de teléfono 55111168

La presente denuncia se basa en los siguientes

**HECHOS**

1. La entidad que represento,  MULTIFLORA INTERNATIONAL LTD. es accionista de la entidad AGRICOLA ESPERANZA JACOBI, SOCIEDAD ANÓNIMA por ser propietaria de UN MIL NOVECIENTOS NOVENTA Y NUEVE (1999) ACCIONES de la sociedad, razón por la cual es agraviada de los hechos ilícitos que se denuncian.

2. Es importante mencionar que:

    a.  El señor EDUARDO MACARIO COYOY es administrador único y representante legal de la entidad Agrícola Esperanza Jacobi, Sociedad Anónima, pero como tal <u>NO</u> tiene ni ha tenido facultades para vender o enajenar en  cualquier forma los bienes inmuebles de la sociedad.

1

      b.  El señor CHRISTIAN ALEXANDER ENRIQUE RASCH TÖPKE desempeña un cargo de confianza de Director de la entidad Agrícola Esperanza Jacobi, Sociedad Anónima.

3.  De tal forma que los hoy denunciados, EDUARDO MACARIO COYOY y CHRISTIAN ALEXANDER ENRIQUE RASCH TÖPKE se valieron de esos cargos de confianza, para **SUSTRAER ILEGALMENTE** los bienes inmuebles propiedad de la entidad Agrícola Esperanza Jacobi, Sociedad Anónima, de esa cuenta planificaron y crearon un mecanismo fraudulento, conformado por varias acciones ilícitas, para SUSTRAER de la sociedad **AGRICOLA ESPERANZA JACOBI, SOCIEDAD ANÓNIMA dos bienes inmuebles propiedad** de esa entidad, conocidos como Finca La Esperanza y Anexo, identificados en el Segundo Registro de la Propiedad bajo los numero de finca siguientes: a) Finca 67813, folio 137 del libro 323 Quetzaltenango y b) Finca 82,793 folio 155 de libro 342 de Quetzaltenango.

4.  Los delitos cometidos consisten en los siguientes hechos:

      a.  Falsificación de documentos públicos para simular la compraventa de esos bienes inmuebles y de esa manera sustraer de los inmuebles mencionados. Los documentos falsos son:



           i.  La escritura pública número cuarenta y dos (42) de fecha quince de octubre de dos mil diecinueve autorizada por el Notario Rodolfo Enrique Gonzalez Rivera por medio de la cual se venden dos inmuebles propiedad de Agrícola Esperanza Jacobi, Sociedad Anónima a la entidad QB Inversiones Sociedad Anónima, en la cual se hicieron constar los siguientes datos falsos: que el primer inmueble tiene un valor de Q100,00.00 y el segundo de Q25,000.00, que el señor EDUARDO MACARIO COYOY tenía las facultades para vender el inmueble, y la existencia de una transacción dineraria; configurándose un actuar ilícito típico y punible de Falsedad Ideológica, como se expone más adelante.

           ii.  El acta notarial de fecha cuatro de julio de dos mil diecisiete autorizada por el Notario Elmer Aurence Vargas Espino, por medio del cual se hacer constar el nombramiento del señor Eduardo Macario Coyoy como Administrador único de la entidad Agricola Espezanza Jacobi, Sociedad Anónima, efectuando declaraciones falsas dentro de ese documento, para poder consumar la venta ilegal de los bienes inmuebles. Configurándose así un actuar ilícito de Falsedad Ideológica por parte de los denunciados, como se expondrá en el apartado respectivo.

      b.  **Utilización de esos documentos ante el Registro de la Propiedad,** para darle una apariencia de legitimidad a los actos ilícitos antes descritos sorprendieron la Buena Fe del Segundo Registro de la Propiedad, consumando de esa manera la SUSTRACCIÓN de los bienes inmuebles propiedad de la entidad Agricola Esperanza Jacobi, Sociedad Anónima, cometiendo así el delito de Uso de Documentos Falsificados.

      c.  **Creación de un mecanismo de estafa,** es decir de defraudación, mediante ardid y engaño a sabiendas que otorgaban un contrato simulado, celebrado con ocultamiento de antecedentes y datos falsos, recibieron bienes de quien no tenía derecho a disponer de ellos (Eduardo Macario Coyoy), configurándose los delitos de Caso Especial de Estafa en sus numerales 12, 13, y 18 del artículo 264 del Código Penal.

    d.   Por si lo anterior no fuera poco, como parte del mecanismo de defraudación, cometido en contra de la entidad Agrícola Esperanza Jacobi, Sociedad Anónima y sus accionistas entre ellos Multiflora International Ltd., y estafa al Registro de la Propiedad, los hoy denunciados crearon una entidad denominada J CINCO, Sociedad Anónima, con el único objeto de trasladarle a esta los bienes sustraídos ilegalmente. Este traslado de los bienes inmuebles se efectúo mediante la simulación de una compra venta de terceros de buena fe documentada en Escritura Publica número veintidós (22) de fecha dieciséis de junio de dos mil veinte, autorizada en la ciudad de Guatemala, por el Notario Rodolfo Enrique Gonzalez Rivera mediante la cual el señor CHRISTIAN ALEXANDER ENRIQUE RASCH TÖPKE en su calidad de Representante Legal de la entidad QB Inversiones, Sociedad Anónima vende los inmuebles relacionados (propiedad de Agrícola Esperanza Jacobi, Sociedad Anónima) al señor EDUARDO MACARIO COYOY en su calidad de Administrador Único y Representante Legal de la entidad J CINCO, Sociedad Anónima, documento que también ha sido utilizado ante el Segundo Registro de la Propiedad en franca estafa contra ese registro para que este convalide mediante la inscripción de compraventa los actos ilegales efectuados por los hoy denunciados que han perjudicado a mi mandante.



5.   Las acciones ilícitas que han sido denunciadas fueron cometidas en la ciudad de Guatemala, toda vez que los documentos que adolecen de falsedad fueron autorizados en la ciudad de Guatemala, consumándose en esta ciudad el mecanismo de defraudación antes denunciado.

6.   Así mismo, esas acciones delictivas de traslado de los bienes inmuebles a otra sociedad anónima, lo han efectuada **de mala fe y en aprovechamiento del estado de calamidad publica** decretado por el Presidente de la República, ya que se han valido del cierre de los órganos judiciales y administrativos, para que mi representada no pueda obtener las medidas necesarias para detener esa sustracción ilegal de los bienes y que no sean perseguidos penalmente.

7.   De las acciones ilícitas denunciadas se puede observar que son las mismas personas, **EDUARDO MACARIO COYOY y CHRISTIAN ALEXANDER ENRIQUE RASCH TÖPKE,** quienes comparecen en las transacciones ilícitas de sustracción y traslado de los bienes inmuebles propiedad de Agrícola Esperanza Jacobi, Sociedad Anónima, únicamente cambiando de representación legal, simulando enajenaciones de buena fe, cuando del mecanismo de fraude creado se devela que estas personas realizaron esos hechos ilícitos con dolo y premeditación.

<div align="center">MEDIOS DE PRUEBA</div>

Documentos que acompaño al presente escrito en fotocopia simple:

1.   Testimonio de la Escritura Publica numero cuarenta y nueve (49) autorizada en la ciudad de Guatemala el día tres de julio de dos mil veinte por la Notaria María Eugenia Beltranena Umaña, que contiene Mandato General Judicial con Representación de la entidad Multiflora International Ltd.

2.   Titulo número uno (1) con número de registro cero uno diagonal dos mil once (01/2011) de la entidad AGRICOLA ESPERANZA JACOBI SOCIEDAD ANÓNIMA a nombre de la entidad MULTIFLORA INTERNATIONAL LTD, SOCIEDAD ANÓNIMA.

3. El acta notarial de fecha cuatro de julio de dos mil diecisiete autorizada por el Notario Elmer Aurence Vargas Espino, por medio del cual se hacer constar el nombramiento del señor Eduardo Macario Coyoy como Administrador único de la entidad Agrícola Esperanza Jacobi, Sociedad Anónima

4. Acta Notarial de Nombramiento autorizada el diez abril del año dos mil dieciocho en la ciudad de Guatemala, por el Notario Cindi Anabí Barrios Linares en la que se hace contar el nombramiento como Administrador Único y Representante Legal de CHRISTIAN ALEXANDER ENRIQUE RASCH TÖPKE de la entidad QB Inversiones, Sociedad Anónima.

5. Acta Notarial de fecha tres tres de febrero de dos mil veinte autorizado en la ciudad de Guatemala por la Notario Cindi Anabí Barrios Linares, en donde consta el nombramiento del señor EDUARDO MACARIO COYOY como Administrador Único y Representante Legal de la entidad J CINCO, SOCIEDAD ANÓNIMA.

6. Certificaciones del Registro de la Propiedad de las fincas Finca 67813, folio 137 del libro 323 Quetzaltenango y b) Finca 82,793 folio 155 de libro 342 de Quetzaltenango

7. La escritura pública número cuarenta y dos (42) de fecha quince de octubre de dos mil diecinueve autorizada por el Notario Rodolfo Enrique Gonzalez Rivera por medio de la cual se venden dos inmuebles propiedad de Agrícola Esperanza Jacobi, Sociedad Anónima a la entidad QB Sociedad Anónima.

8. Escritura Publica número veintidós (22) de fecha dieciséis de junio de dos mil veinte, autorizada en la ciudad de Guatemala, por el Notario Rodolfo Enrique González Rivera mediante la cual el señor de la cual el señor CHRISTIAN ALEXANDER ENRIQUE RASCH TÖPKE en su calidad de Representante Legal de la entidad QB Inversiones, Sociedad Anónima vende los inmuebles relacionados (propiedad de Agrícola Esperanza Jacobi, Sociedad Anónima) al señor EDUARDO MACARIO COYOY en su calidad de Administrador Único y Representante Legal de la entidad J CINCO, Sociedad Anónima



### FUNDAMENTO DE DERECHO

**ARTICULO 297 del Código Procesal Penal que establece:** "*Denuncia. Cualquier persona deberá comunicar, por escrito u oralmente, a la policía, al Ministerio Público o al tribunal el conocimiento que tuviere acerca de la comisión de un delito de acción pública. El denunciante deberá ser identificado. Igualmente, se procederá a recibir la instancia, denuncia o autorización en los casos de los delitos que así lo requieran.*"

### PETICION

1. Que se le de tramite al presente escrito y documentos adjuntos, y se inicie la formación del expediente respectivo;

2. Que con base al documento adjunto se tome nota de la calidad bajo la que actúo;

3. Se tome nota de la dirección y procuración bajo la que actúo, así como de los datos para recibir notificaciones;

4. Se tenga por presentada denuncia penal por los delitos de FALSEDAD IDEOLOGICA, USO DE DOCUMENTOS FALSIFICADOS Y CASOS ESPECIALES DE ESTAFA, y otros que de la investigación resulten, en contra de EDUARDO MACARIO COYOY y CHRISTIAN ALEXANDER ENRIQUE RASCH TÖPKE en nombre propio y en su calidad de Administrador único y Representante Legal de las entidades QB INVERSIONES, SOCIEDAD ANÓNIMA y J CINCO SOCIEDAD ANÓNIMA.

5. Se tengan por incorporados los medios de prueba debidamente individualizados en el apartado respectivo;

6. Se inicien las investigaciones respectivas;

7. Se tomen las medidas cautelares respectivas para asegurar que los bienes inmuebles sustraídos ilícitamente, no sigan siendo trasladadas de persona a persona.

4

8.  Ruego se acceda a lo solicitado.

**CITA DE LEYES**: Fundamento mi petición en los artículos siguientes: artículos 12, 28 y 29 de la Constitución de la República de Guatemala; artículos 3,5, 7,8, 16,19, 116, 117, 289 y 290 del Código Procesal Penal.

Acompaño **3 copias** del presente memorial y documentos adjuntos

Guatemala, diez de julio de dos mil veinte.

Y EN MI SU AUXILIO:



Julia Cristina González Vizcaíno
Abogado y Notario



*María Eugenia Beltranena Umaña*
ABOGADA Y NOTARIA

1 — EN
3 — HOJAS

B 5278150

PROTOCOLO

REGISTRO

Nº 348181

QUINQUENIO
DE 2018 A 2022

NÚMERO CUARENTA Y NUEVE (49). En la ciudad de Guatemala, el tres de julio de dos mil veinte, ANTE MÍ: MARÍA EUGENIA BELTRANENA UMAÑA, Notaria, comparece JUAN OLAF RASCH TÖPKE, de cincuenta y dos años, casado, guatemalteco, ejecutivo, de este domicilio, se identifica con el Documento Personal de Identificación con código único de identificación número dos mil quinientos sesenta y tres treinta y cuatro mil ciento dos cero ciento uno extendido por el Registro Nacional de las Personas, quien actúa en su calidad de MANDATARIO GENERAL CON REPRESENTACIÓN de la entidad MULTIFLORA INTERNATIONAL LTD., personería que acredita con el testimonio del instrumento público número ciento sesenta y tres, autorizado en esta ciudad el tres de junio de dos mil veinte por la Notaria Jeaneth Alejandra Divas Zeceña, el cual se encuentra inscrito en el Registro Electrónico de Poderes del Archivo General de Protocolos bajo la inscripción número uno del poder quinientos veintitrés mil doscientos cincuenta y ocho guion E. A la entidad MULTIFLORA INTERNATIONAL LTD. en el transcurso del presente instrumento podrá denominársele simplemente como "LA MANDANTE". Yo, la Notaria, DOY FE: que el compareciente asegura ser de los datos de identificación personal anteriormente consignados y encontrarse en el libre ejercicio de sus derechos civiles; que la calidad que ejercita es suficiente de acuerdo a la ley y a mi juicio para la celebración del presente acto; y, que encontrándose debidamente facultado para el efecto, por el presente acto otorga MANDATO GENERAL JUDICIAL CON REPRESENTACIÓN el cual deja contenido en las siguientes cláusulas: PRIMERA: Manifiesta el señor JUAN OLAF RASCH TÖPKE, que según consta en la Copia Certificada por el Agente Residente de Acta de una Reunión de la Junta Directiva de MULTIFLORA INTERNATIONAL LTD. una sociedad constituida y regulada de conformidad con las leyes de las Islas Vírgenes Británicas, extendida en la República de Panamá el

*María Eugenia Beltranena Umaña*
ABOGADA Y NOTARIA



5238150    R

veintidós de mayo de dos mil veinte, documento que fue protocolizado por medio del instrumento público número ciento sesenta y tres autorizado en esta ciudad el tres de junio de dos mil veinte por la Notaria Jeaneth Alejandra Divas Zeceña, la entidad MULTIFLORA INTERNATIONAL LTD. le otorgó MANDATO GENERAL CON REPRESENTACIÓN, autorizándolo para otorgar mandatos judiciales con representación e investir a los mandatarios con las facultades señaladas por la Ley del Organismo Judicial. SEGUNDA: Continúa manifestando el señor JUAN OLAF RASCH TÖPKE, en la calidad con que actúa, que encontrándose debidamente facultado, por el presente acto, otorga MANDATO GENERAL JUDICIAL CON REPRESENTACIÓN a favor de los Abogados ALEJANDRO AUGUSTO PENADOS GRAJEDA y JULIA CRISTINA GONZÁLEZ VIZCAÍNO, para que puedan representar a MULTIFLORA INTERNATIONAL LTD. ampliamente ante todas las Cortes, Tribunales y Juzgados de la República de Guatemala de cualquier competencia o ante cualquier Notaría y ante las autoridades funcionarios y empleados judiciales, pudiendo tramitar, proseguir y llevar hasta sus últimas consecuencias, juicios civiles, penales, administrativos o de cualquier otra naturaleza. En consecuencia los mandatarios quedan investidos de las facultades inherentes a esta clase de mandatos y las especiales siguientes: I) Interponer toda clase de demandas y entablar todo género de acciones, proceso, juicios, ejecuciones e iniciar y concluir las gestiones y solicitudes que fueran necesarias, ya sean administrativas, judiciales o de algún otro tipo. II) Intervenir en cualquier asunto como demandante, demandado o tercero. III) Prestar confesión y declaración de parte. IV) Reconocer firmas. V) Para someter los asuntos a la decisión de árbitros nombrados o proponerlos. VI) Para denunciar delitos y acusar criminalmente. VII) Prorrogar competencia. VIII) Allanarse y desistir del juicio, de los ocursos, recursos, incidentes, excepciones y de las recusaciones, así como



*María Eugenia Beltranena Umaña*
ABOGADA Y NOTARIA

2 EN
3 HOJAS

B 5238151

PROTOCOLO

REGISTRO

Nº 348182

QUINQUENIO
DE 2018 A 2022



para renunciarlas. IX) Celebrar transacciones y convenios con relación al litigio. X) Condonar obligaciones y conceder esperas y quitas. XI) Solicitar o aceptar adjudicaciones de bienes en pago. XII) Otorgar perdón en los delitos privados. XIII) Aprobar liquidaciones y cuentas. XIV) Interponer toda clase de recursos ordinarios y extraordinarios, tales como casación, amparo e inconstitucionalidad. XV) Allanarse y desistir del juicio, de los ocursos, recursos, incidentes, excepciones y de las recusaciones, así como para renunciarlos. XVI) Para representar a la sociedad en licitaciones públicas o privadas y en cualquier acto de concurso, pudiendo para el efecto prestar las declaraciones juradas necesarias y firmar los documentos que el concurso requiera. XVII) Los demás casos establecidos en las leyes de la República de Guatemala. Asimismo para que puedan representar a LA MANDANTE, ante todo tipo de autoridades administrativas y descentralizadas, autónomas y semi-autónomas, así como para interponer todos los recursos administrativos que sean necesarios ante dichas autoridades. Se deja expresa constancia que las facultades enumeradas en el presente mandato son meramente ejemplificativas y no limitativas de otras facultades implícitas, por cuyo motivo, los mandatarios están autorizados a ejercer, sin restricción alguna, todos los derechos que de acuerdo con la ley vigente y/o con la legislación que se promulgue en el futuro, se relacionen y/o emerjan y/o sean consecuencia del objeto del presente mandato y debido a lo aquí expresado; autorizándoles a su vez para sustituir el mandato a terceras personas, reservándose a su vez al ejercicio del mismo. TERCERA: Manifiesta el señor JUAN OLAF RASCH TÖPKE que el presente mandato se otorga en forma onerosa por todo su ejercicio, por la suma total de cien quetzales, a razón de cincuenta quetzales por cada uno de los mandatarios, de manera que no se podrán reclamar honorarios o gastos adicionales a lo dispuesto, con ocasión del ejercicio del mismo. El mandato que por este acto se confiere se

*María Eugenia Beltranena Umaña*
ABOGADA Y NOTARIA



5238151   R

tendrá por aceptado por los mandatarios por el simple ejercicio de éste. CUARTA. En

los términos relacionados, el compareciente, en la calidad con que actúa, acepta el

contenido íntegro de la presente escritura. Yo, la Notaria, DOY FE: que lo escrito me

fue expuesto por el otorgante; que tuve a la vista la documentación relacionada; que

advierto al otorgante los efectos legales del presente acto y la obligación de su

registro; y, que por designación del otorgante doy lectura íntegra al contenido del

presente contrato, por lo que bien impuesto de su contenido, valor y efectos legales,

lo acepta, ratifica y firma junto a mí, la Notaria, que de todo lo expuesto DOY FE.

3 _____ EN

3 _____ HOJAS



ES TESTIMONIO: De la Escritura Pública número CUARENTA Y NUEVE (49), que autoricé

en esta ciudad, el tres de julio del año dos mil veinte, que contiene MANDATO GENERAL

JUDICIAL   CON   REPRESENTACIÓN   otorgado   por   la   entidad   MULTIFLORA

INTERNATIONAL LTD a favor de los Abogados ALEJANDRO AUGUSTO PENADOS

GRAJEDA y JULIA CRISTINA GONZÁLEZ VIZCAÍNO, que para entregar a los Abogados

ALEJANDRO AUGUSTO PENADOS GRAJEDA y JULIA CRISTINA GONZÁLEZ VIZCAÍNO,

extiendo en TRES hojas, la primeras dos fotocopiadas en ambos lados,  que reproducen

fielmente la escritura matriz identificada, y la presente de papel bond tamaño oficio a la que

se le adhiere un timbre fiscal del valor de cincuenta centavos de quetzal (Q.0.50) con

número de registro cinco millones ciento cuarenta y cinco mil ochocientos cinco (5145805),

las que numero, sello y firmo. Hago constar que el impuesto al que está afecto el presente

contrato, es cubierto mediante dos timbres fiscales de la denominación de cinco quetzales

(Q.5.00) cada uno del año en curso, con números de registro novecientos cincuenta y dos

mil ochocientos noventa y seis (952896), y novecientos cincuenta y dos mil ochocientos

noventa y siete (952897). Guatemala, tres de julio de dos mil veinte. DOY FE.-

María Eugenia Beltranena Umaña
ABOGADA Y NOTARIA



**ORGANISMO JUDICIAL**
**ARCHIVO GENERAL DE PROTOCOLOS**
**REGISTRO ELECTRÓNICO DE PODERES**
ACUERDO No. 38-2004 DE LA CORTE SUPREMA DE JUSTICIA

Documento No. **23287** presentado el **03** de **JULIO** de **2020** a las **13:13:22** horas.

Registrada(o) la(el) PODER POR MEDIO DE APODERADO DE PODER GENERAL JUDICIAL CON REPRESENTACIÓN

a la inscripción número **2** del PODER **523258-E**.

Con base en el Testimonio del Instrumento Público No.**49** autorizado en **GUATEMALA** el **03** de **JULIO** del **2020**.

Plazo : -
Sustituible: si.
Notario (a): MARIA EUGENIA BELTRANENA UMAÑA
Mandante(s) : MULTIFLORA INTERNATIONAL LTD; POR MEDIO DE SU APODERADO: JUAN OLAF RASCH TÖPKE.
Mandatario(s): ALEJANDRO AUGUSTO PENADOS GRAJEDA, JULIA CRISTINA GONZÁLEZ VIZCAÍNO.

EL REGISTRO DEL PRESENTE TESTIMONIO NO PREJUZGA SOBRE EL CONTENIDO, VALIDEZ DEL ORIGINAL QUE REPRODUCE, Y NO CONVALIDA HECHOS O ACTOS NULOS O ILÍCITOS.
GUATEMALA, 06 DE JULIO DE 2020.

Tarifa: Q.125.00 + Q.5.00 por hoja escrita, según ACUERDO 24-2011 de la CORTE SUPREMA DE JUSTICIA.
Número Recibo: 3072117

Licda. Lidia Judith Unicar Castellanos
Coordinador II
Subdirector Metropolitano
Archivo General de Protocolos

Licda. Silvia Lahorenta Escobar-Ortiz
ASESORA
ARCHIVO GENERAL DE PROTOCOLOS

REVISOR : SLESCOBAR

01-00-20-42-10-01-00-12-02-00-01

7a. AVENIDA 9-20, EDIFICIO JADE, ZONA 9, GUATEMALA, CENTROAMÉRICA
TELÉFONO: 24267201

ORGANISMO JUDICIAL ORGANISMO JUDICIAL ORGANISMO JUDICIAL ORGANISMO JUDICIAL ORGANISMO JUDICIAL ORGANISMO JUDICIAL ORGANISMO JUDICIAL ORGANISMO JUDICIAL

577943



TITULO No.01

REGISTRO No.01/2011

SERIE UNICA

**AGRICOLA ESPERANZA JACOBI, SOCIEDAD ANONIMA**
Guatemala, Republica de Guatemala
Capital Autorizado Q. 200,000,00
Dividido y Representado en 2,000 acciones de una sola clase
Con valor de Q.100,00 cada una

**DOMICILIO DE LA SOCIEDAD:** Departamento de Guatemala
**PLAZO DE LA SOCIEDAD:** Indefinido

El presente título acredita que **MULTIFLORA INTERNATIONAL LIMITED** es titular de **UN MIL NOVECIENTAS NOVENTA Y NUEVE (1999)** acción(es) de la entidad **AGRICOLA ESPERANZA JACOBI, SOCIEDAD ANONIMA**, entidad que fue constituida por escritura pública número seiscientos once (611) que autorizó el notario Rodolfo Cordón Jiménez en la ciudad de Guatemala el catorce (14) de diciembre de mil novecientos sesenta y seis (1966), modificada por la escritura pública número noventa y siete (97) que autorizó el notario Rodolfo Cordón Jiménez en la ciudad de Guatemala el siete (7) de marzo de mil novecientos sesenta y nueve (1969), y la escritura pública número ciento cinco (105) que autorizó el notario Rodolfo Cordón Jiménez el catorce (14) de mayo de mil novecientos ochenta (1980) y se encuentra inscrita en el Registro Mercantil al numero novecientos cincuenta y tres (953), folio tres (3) del libro cinco (5) de Sociedades Mercantiles, obtuvo personalidad jurídica a partir del veintidós (22) de marzo de mil novecientos setenta y dos (1972) fecha de su inscripción provisional, habiéndose operado su inscripción definitiva el seis (6) de junio de mil novecientos setenta y dos (1972).

Se extiende el presente título en la ciudad de Guatemala, el seis de julio del once.

**ADMINISTRADOR ÚNICO**

ACTA NOTARIAL DE NOMBRAMIENTO DE ADMINISTRADOR UNICO Y REPRESENTANTE
LEGAL DE LA ENTIDAD "AGRICOLA ESPERANZA JACOBI, SOCIEDAD ANONIMA".

En la Ciudad de Guatemala, siendo las doce horas del día cuatro de julio del año dos mil diecisiete,
Yo, **ELMER AURENCE VARGAS ESPINO**, Notario, constituido en mi oficina profesional ubicada
en la tercera avenida trece guión setenta y ocho, zona diez, Edificio Intercontinental Plaza, Torre
Citigroup, Pent-house Norte, oficina mil setecientos dos, nivel diecisiete de la Ciudad de
Guatemala, soy requerido por el señor **EDUARDO MACARIO COYOY,** de cincuenta y nueve años
de edad, casado, guatemalteco, ejecutivo, de este domicilio, y quien se identifica con el Documento
Personal de Identificación con Código Único de Identificación numero dos mil trescientos treinta y
siete, setenta mil quinientos setenta y siete, cero novecientos uno (2337 70577 0901), extendido
por el Registro Nacional de las Personas, con el objeto de hacer constar su nombramiento como
**ADMINISTRADOR UNICO Y REPRESENTANTE LEGAL** de la entidad **AGRICOLA ESPERANZA
JACOBI, SOCIEDAD ANÓNIMA,** para lo cual  se procede de la manera siguiente: <u>PRIMERO</u>: El
requirente me pone a la vista: **a)** el Testimonio de la escritura pública número ciento cinco (105),
autorizada en la Ciudad de Guatemala, el catorce de mayo de mil novecientos ochenta, por el
notario Rodolfo Cordón Jiménez, el cual contiene escritura constitutiva de la entidad **AGRICOLA
ESPERANZA JACOBI, SOCIEDAD ANONIMA,** la cual se encuentra inscrita en el Registro
Mercantil General de la República bajo el número novecientos cincuenta y tres (953), folio tres (3),
del libro ciento cinco (5) de Sociedades Mercantiles; y **b)** Acta Notarial de Asamblea General
Ordinaria Totalitaria de Accionistas de la entidad **AGRICOLA ESPERANZA JACOBI, SOCIEDAD
ANÓNIMA,** autorizada el cuatro de julio de dos mil diecisiete por el Infrascrito Notario; <u>SEGUNDO</u>:
Del Testimonio descrito en el inciso (a), a continuación se transcribe literalmente las siguientes
clausulas y numerales: *"NUMERAL CUATRO (4). PLAZO: La duración de la sociedad será
indefinida y su plazo principiará a contarse desde la fecha de su inscripción en el Registro
Mercantil. Para ponerle fin al plazo se requerirá de la decisión de los socios en Asamblea*



Lic. Elmer Vargas Espino
Abogado y Notario

*General, que representen, cuando menos el setenta y cinco por ciento (75%) de las acciones con derecho a voto. (...) **NUMERAL SEIS (6). OBJETO:** La sociedad será anónima, de nacionalidad guatemalteca de carácter mercantil y tendrá por objeto: a) explotación agrícola, comercial e industrial en todas sus formas, de la finca Esperanza y Anexos, situada en Coatepeque, del Departamento de Quetzaltenango; y que está inscrita en el Segundo Registro de la Propiedad al número sesenta y siete mil ochocientos trece (67,813) folio ciento treinta y siete (137) del libro trescientos veintitrés (323) de Quetzaltenango; y de cualquier otra finca que se adquiera o tenga en futuro; b) la compra, comercialización, explotación y venta de cualquier producto agrícola o no que se vincule con la finalidad anterior y c) cualquier actividad lícita agrícola, industrial o comercial, que convengan los accionistas mediante acuerdo tomado a través de asamblea general ordinaria y sobre tales actividades versara su giro. (...). **OCTAVA: LA ADMINISTRACION DE LA SOCIEDAD** y dirección de los negocios sociales corresponde y será confiada a uno o varios administradores, actuando conjuntamente en consejo de administración, según lo determine la asamblea general ordinaria, El consejo tendrá el número de miembros que determine la asamblea general ordinaria y dentro de sus miembros de ser posible elegirán a uno presidente, un vice presidente, un secretario y los cales en su orden. La asamblea general ordinaria los elige, reelige, confirma o remueve total o parcialmente y son electos por un periodo de TRES AÑOS. Los administradores continuaran en el ejercicio de sus cargos y desempeño de sus labores, aun cuando el plazo para el cual fueron electos hubiere concluido, mientras los sucesores no tomen posesión, El presidente o el administrador Único o quien los sustituye tendrán separadamente el uso de la razón y firma sociales y la representación legal de la sociedad; y son el órgano ejecutivo de la sociedad, En ausencia o impedimento del titular lo sustituye el suplente, asumiendo las funciones del titular y sus facultades. el consejo se reunirá por lo menos una vez CADA CUATRO MESES y forma quórum la mitad mas uno de sus componentes y resoluciones se tomaran por mayoría de votos personales y en caso de empate quien ejerce la presidencia tendrá doble voto para ese único propósito. La*

*asamblea general acordara las funciones, facultades y limitaciones de los administradores y del consejo, además de aquellas que señala el Código de comercio. En consejo cada administrador tiene un voto y el que tenga interés directo indirecto en una operación deberá manifestarlo a los demás y se abstendrá de participar en las deliberaciones y resoluciones del asunto y se retirar de la sesión. La contravención a esto ultimo será motivo de daños y perjuicios que se le deducirán al contraventor y si además derivara de ello algún beneficio o utilidad personal se tomaran las medidas pertinentes en forma legal. Los administradores responden solidariamente ante la sociedad y ante los acreedores, por cualquier daños o perjuicio causados por su culpa, quedando exonerado de toda responsabilidad, el administrador que haya votado en contra y que se consigne el voto en el acta de reunión. también serán responsables de: a) la efectividad de las aportaciones;*



*b) la existencia real de las utilidades que se distribuyan en forma de dividendos entre los accionistas; c) que la contabilidad de la sociedad se lleve en la forma legal que esta sea veraz; d) del exacto cumplimiento de los acuerdos de las asambleas generales. las acciones de responsabilidad y su extinción, el procedimiento y la exclusión se ventilan en la forma que determina el Código de comercio, tanto para los accionistas como para los terceros y los acreedores".* <u>TERCERO</u>: Del acta de Asamblea de Accionistas antes mencionada en el inciso (b), se transcribe el punto conducente, el cual establece: *"<u>CUARTO:</u> El Presidente de la Asamblea somete a consideración de los accionistas los puntos de la agenda. La Asamblea luego de discutir ampliamente lo propuesto y en la forma establecida en la ley **ACUERDAN:** a) La autorización del nuevo nombramiento del señor Eduardo Macario Coyoy como Administrador Único y Representante Legal de la entidad Agrícola Esperanza Jacobi, Sociedad Anónima, con todas las facultades que le otorga el pacto social y la ley (...)".* <u>CUARTO:</u> El requirente manifiesta que tomara posesión del cargo desde el momento de su inscripción, y para que le sirva de legal NOMBRAMIENTO al señor **EDUARDO MACARIO COYOY** como **ADMINISTRADOR UNICO Y REPRESENTANTE LEGAL** de la entidad **AGRICOLA ESPERANZA JACOBI, SOCIEDAD**

ANONIMA, por un plazo de tres (3) años,  extiendo la presente acta en el mismo lugar y fecha de su inicio, una hora más tarde. La presente acta se encuentra contenida en tres (3) hojas de papel bond tamaño oficio, útiles en su anverso y reverso, las que numero, sello y firmo. A la primera hoja se le adhiere un timbre fiscal del valor de cien quetzales exactos. Leí lo escrito al requirente quien bien enterado de su contenido, objeto, validez y demás, efectos legales, la ratifica y acepta y firma únicamente el Infrascrito Notario que de todo el contenido de la presente acta DOY FE.

Lic. Elmer Vargas Espino
Abogado y Notario



No. L-   408657   -01/16

REGISTRO MERCANTIL

Razonamiento de    Acta                , de fecha:   04/07/2017
Autorizada por el Notario:

ELMER AURENCE VARGAS ESPINO

Quedó inscrito en el Registro Mercantil:

EDUARDO MACARIO COYOY

Registro No.515694. Folio.211. Libro.448. DE Auxiliares de Comercio.

Como:    ADMINISTRADOR UNICO Y REPRESENTANTE LEGAL.

De la Sociedad Denominada:

AGRICOLA ESPERANZA JACOBI, SOCIEDAD ANONIMA

Inscrita en     Registro No.953. Folio.3. Libro.5. de Sociedades Mercantiles.

Plazo:    DEFINIDO    Vigencia:    _ 3 años

A partir del :       04/07/2017

Expediente No.    68217-2017

Articulo 339. del Codigo de Comercio (Efectos) Los actos y documentos que conforme la
ley deben registrarse, solo surtiran efecto contra terceros desde la fecha de su inscripcion
en el Registro Mercantil.  Ninguna inscripcion podra hacerse alterando el orden de
presentacion

El Registro de la presente acta Notarial, no prejuzga sobre el contenido ni validez de la
misma, ni del original que reproduce y no convalida hechos o actos nulos o ilicitos.

Extendida en:

GUATEMALA, 05  SEPTIEMBRE 2017.



Lic. César Augusto Sierra Mérida
Registrador Mercantil - Auxiliar







RESPONSABLE: MARIA GEORGINA GALINDO DIAZ

Hoja No. 1

de 2



ACTA NOTARIAL DE NOMBRAMIENTO DE ADMINISTRADOR ÚNICO Y REPRESENTANTE LEGAL DE LA ENTIDAD QB INVERSIONES, SOCIEDAD ANONIMA. En la Ciudad de Guatemala, el diez de abril de dos mil dieciocho, siendo las doce horas con cuarenta minutos, yo, Cindi Anabí Barrios Linares, Notaria, constituida en la sexta calle siete guion treinta y cinco zona nueve, soy requerida por CHRISTIAN ALEXANDER ENRIQUE RASCH TÖPKE, quien me declara ser de cincuenta y cinco años, guatemalteco, casado, Ingeniero, de este domicilio, y se identifica con el Documento Personal de Identificación con Código Único de Identificación dos mil quinientos dieciocho, quince mil ciento cuarenta y cinco, cero ciento uno (2518 15145 0101), extendido por el Registro Nacional de las Personas. El requiriente solicita mis servicios notariales para que haga constar su nombramiento como ADMINISTRADOR ÚNICO Y REPRESENTANTE LEGAL de la entidad QB INVERSIONES, SOCIEDAD ANONIMA, procediéndose para el efecto de la siguiente manera: PRIMERO: El requiriente me pone a la vista primer testimonio de la escritura pública número veinticuatro (24), autorizada en la Ciudad de Guatemala, el veintitrés de agosto del año dos mil seis por el Notario Carlos Aníbal Ronquillo Marín, y el cual documenta la escritura constitutiva de la entidad QB INVERSIONES, SOCIEDAD ANONIMA. En la razón emitida por el Registro Mercantil que aparece en el documento antes descrito, aparece que la sociedad quedó inscrita en el Registro Mercantil General de la República al número de Registro sesenta y ocho mil seiscientos cincuenta y siete (68657), folio trescientos diez (310) del Libro ciento sesenta y dos (162) de Sociedades Mercantiles. SEGUNDO: El requiriente me solicita que haga constar lo que aparece en las cláusulas segunda, décima tercera, vigésima y vigésima octava de la escritura pública identificada, por lo que hago constar que las mismas literalmente señalan lo siguiente: *SEGUNDA. OBJETO DE LA SOCIEDAD: La Sociedad tiene como objeto: a) Prestación de Asesoría y Servicios de Mercadeo y Publicidad; b) compra, venta, permuta, enajenación, arrendamiento, subarrendamiento, y negociación de bienes; c) Inversión y participación en otras

Cindi Anabí Barrios Linares
Abogada y Notaria

*sociedades; y d) Toda actividad lícita, necesaria o conveniente para la realización del objeto*

*social. (...) DECIMA TERCERA: ÓRGANOS DE LA SOCIEDAD: Los órganos de la sociedad*

*son: a) Asamblea General de Accionistas; b) consejo de Administración o Administrador Único;*

*y, c) de Fiscalización. (...) VIGESIMA: ADMINISTRACION DE LA SOCIEDAD: Sin perjuicio de*

*las disposiciones contenidas en el Código de Comercio de Guatemala sobre esta materia, la*

*Administración de la sociedad de sujeta al régimen siguiente: a) la dirección administración y*

*supervisión de la Sociedad, estará a cargo de un Consejo de Administración o de un*

*Administrador Único, según lo resuelva la Asamblea General de Accionistas. El consejo de*

*Administración se integrará por el número de consejeros administrativos que determine la*

*Asamblea general, no ser mayor de siete ni ser menor de tres consejeros, siempre que su*

*número sea impar; b) los consejeros o el Administrador Único podrán ser o no accionistas y*

*serán electos por la Asamblea General Ordinaria Anual correspondiente; c) Los Consejeros*

*Administrativos o el Administrador Único duraran como máximo tres años en sus funciones,*

*podrán ser reelectos para períodos sucesivos y se mantendrán en sus cargos hasta que sus*

*sucesores hayan tomado posesión. El nombramiento de Administrador es revocable por la*

*Asamblea General en cualquier tiempo. Las vacantes definitivas que se produzcan en el*

*Consejo de Administración o en el Administrador Único por muere, renuncia, remoción, o por*

*cualquier otra causa, serán llenadas por las personas que designe la Asamblea General. Los*

*Administradores puede ser removidos sin necesidad de expresión de causa, mediante acuerdo*

*adoptado por la Asamblea General. Los Administradores pueden ser removidos sin necesidad*

*de expresión de causa, mediante acuerdo adoptado por la Asamblea General. Al resolver la*

*remoción de uno o varios administradores, la propia Asamblea nombrara a quienes los*

*sustituye. Para la remoción parcial se procederá de acuerdo al artículo ciento setenta y nueve*

*(179) del Código de Comercio (...). VIGESIMA OCTAVA: REPRESENTACIÓN LEGAL: el uso*

*de la denominación o firma social y la representación legal de la Sociedad en juicio y fuera de*

Hoja No.   2

de   2.

él, corresponderán al Administrador Único en su caso, al Presidente del Consejo de Administración, al Gerente General, y a los Gerentes y Mandatarios que sean nombrados por el Órgano de Administración." **TERCERO**: El requirente procede a ponerme a la vista el Libro de Actas de Asambleas de Accionistas de la entidad QB Inversiones, Sociedad Anónima, en el cual consta el Acta número tres (3) que documenta Asamblea General Ordinaria Totalitaria de Accionistas de la entidad, celebrada el tres de julio de dos mil diecisiete, y la cual contiene su nombramiento como **ADMINISTRADOR ÚNICO Y REPRESENTANTE LEGAL** de la entidad **QB INVERSIONES, SOCIEDAD ANONIMA**, la que copiada en su parte resolutiva, literalmente establece lo siguiente: *TERCERO: El Presidente de la Asamblea somete a consideración de los accionistas los puntos de la agenda. La Asamblea luego de discutir ampliamente lo propuesto y en la forma establecida en la ley ACUERDAN: a) Nombrar al señor* **CHRISTIAN ALEXANDER ENRIQUE RASCH TOPKE** *como nuevo* **ADMINISTRADOR UNICO Y REPRESENTANTE LEGAL** *de la entidad* **QB INVERSIONES, SOCIEDAD ANONIMA** *con todas las facultades que le otorga el pacto social y la ley (...)"* **CUARTO**. No habiendo más que hacer constar se da por finalizada la presente acta, en el mismo lugar y fecha al inicio indicados, veinticinco minutos más tarde, la que queda contenida en dos (2) hojas de papel bond tamaño oficio, las que procedo a firmar, numerar y sellar. La presente acta se extiende para hacer constar el nombramiento de **CHRISTIAN ALEXANDER ENRIQUE RASCH TÖPKE** como **ADMINISTRADOR ÚNICO Y REPRESENTANTE LEGAL** de la entidad *QB INVERSIONES, SOCIEDAD ANONIMA*, adhiriéndose a la primera hoja un timbre fiscal de cien Quetzales, del año en curso, identificado con el número ciento veintiocho mil ochocientos (128800) y un timbre notarial de diez Quetzales que se identifica como AJ guion cero cero once mil ochocientos ochenta y dos (AJ-0011882). Leo íntegramente la presente acta al requirente, quien enterado de su contenido objeto, validez y efectos legales, así como de la obligación de registro, lo



ratifica y acepta, procediendo a firmar junto con la infrascrita Notaria quien de todo lo expuesto

da fe.

Cindi Anabí Barrios Linares
Abogada y Notaria



**REGISTRO MERCANTIL**

No. L- 439752                    -01/16

### SEGUNDO RAZONAMIENTO

EL REGISTRO MERCANTIL CON BASE EN ACTA NOTARIAL AUTORIZADA EN LA CIUDAD DE GUATEMALA EL 10 DE ABRIL DE 2018, POR LA NOTARIA: CINDI ANABÍ BARRIOS LINARES, SE INSCRIBE SEGUNTO RAZONAMIENTO DEL NOMBRAMIENTO DE: **CHRISTIAN ALEXANDER ENRIQUE RASCH TOPKE,** COMO ADMINISTRADOR UNICO Y REPRESENTANTE LEGAL, DE LA ENTIDAD: **QB INVERSIONES, SOCIEDAD ANONIMA,** INSCRITO BAJO REGISTRO 510893 FOLIO 404 LIBRO 443 DE AUXILIARES DE COMERCIO. PLAZO: DEFINIDO: 3 AÑOS APARTIR DEL 03 DE JULIO DE 2017. EXPEDIENTE 68215-2017. GUATEMALA 02 DE MAYO DE 2018.

**RM** Registro **MERCANTIL**
Lic. César Augusto Sierra Mérida
Registrador Mercantil-Auxiliar

RESP: NURIAN VERA Y CABALLERO CONTRERAS



7a. Avenida 7-61, Zona 4, Guatemala, C. A. Tel.: PBX: 2317-3434
www.registromercantil.gob.gt

Hoja **1** de **3**



ACTA NOTARIAL DE NOMBRAMIENTO DE ADMINISTRADOR ÚNICO Y REPRESENTANTE LEGAL DE LA ENTIDAD

J CINCO, SOCIEDAD ANÓNIMA. En la Ciudad de Guatemala, el tres de febrero de dos mil veinte, siendo las dieciséis

horas, yo, Cindi Anabí Barrios Linares, Notaria, constituida en la sexta calle siete guion treinta y cinco de la zona nueve de

esta ciudad, soy requerida por EDUARDO MACARIO COYOY, quien me declara ser de sesenta y un años, casado,

guatemalteco, Empresario, de este domicilio, y quien se identifica con el Documento Personal de Identificación con Código

Único de Identificación dos mil trescientos treinta y siete, setenta mil quinientos setenta y siete, cero novecientos uno (2337

70577 0901), extendido por el Registro Nacional de las Personas de la República de Guatemala. El requirente solicita mis

servicios notariales para que haga constar su nombramiento como ADMINISTRADOR ÚNICO Y REPRESENTANTE

LEGAL de la entidad J CINCO, SOCIEDAD ANÓNIMA, procediéndose para el efecto de la siguiente manera: PRIMERO:

El requirente me pone a la vista el primer testimonio de la escritura pública número seis (06), autorizada en esta ciudad el

tres de febrero de dos mil veinte, escritura por la que se constituyó la entidad J CINCO, SOCIEDAD ANÓNIMA.

SEGUNDO: El requirente me solicita que haga constar lo que aparece en las cláusulas segunda, vigésima octava,

vigésima novena, trigésima y trigésima cuarta del pacto social de la entidad, por lo que hago constar que el mismo, en su

parte conducente, literalmente señalan lo siguiente: "(...) SEGUNDA: OBJETO: Sin que la siguiente enumeración sea

limitativa, la sociedad tendrá como objetos principales: a) Dedicarse al cultivo, producción, distribución, compra, venta,

importación, exportación y cualquier forma de comercialización de productos agrícolas tanto en establecimientos de

propiedad de la sociedad como de terceros, realizando todas las labores del ciclo agrícola o solamente alguna de ellas; b)

Importación y exportación de maquinaria, equipos, repuestos, combustibles, papel para fabricar cajas de empaque,

fungicidas, herbicidas, nematicidas, fertilizantes y cualquier otro insumo que se requiriera para el cultivo, producción,

distribución, venta y cualquier forma de comercialización de productos agrícolas, c) Dedicarse a cualquier actividad

mercantil, agropecuaria, agrícola e industrial; d) Servicios de contratación de personal por cuenta propia o ajena.

Contratación individual de trabajo por cuenta propia o ajena; e) La compra, venta, alquiler, desarrollo y comercialización de

servicios, bienes muebles e inmuebles, así como cualquier otra actividad conexa o relaciones con los mismos; f) Participar

en cualquier forma, en la constitución de toda clase de sociedades, compañías, fundaciones, asociaciones u otras formas

de personas jurídicas, nacionales o extranjeras, sea como socio, accionista, fundador, o bien como integrante de

Cindi Anabí Barrios Linares
Abogada y Notaria

cualquiera de los órganos de tales personas jurídicas; *g)* Compraventa al por mayor y/o al detalle de toda clase de mercadería; *h)* La importación y exportación de toda clase de bienes, su producción, fabricación, comercialización y prestación de servicios; *i)* Comprar, vender, permutar, hipotecar, pignorar, tomar o dar en arrendamiento de cualquier forma; *j)* Enajenar bienes muebles e inmuebles, constituir fianza, descontar y pedir el descuento de créditos, emitir títulos de crédito, negociar y liquidar títulos de crédito, valores y participaciones, así como, la cotización y colocación de los mismos en el mercado bursátil y extrabursátil; disponer de los bienes propios en la forma que considere más conveniente a sus fines; *h)* Actuar, otorgar y/o participar en cualquier clase de actos, negocios jurídicos, operaciones o contratos, sean civiles, mercantiles o de cualquier otro orden, con plena capacidad jurídica para ejercer derechos y contraer obligaciones, sin más limitaciones que las expresamente establecidas en las leyes del país; *i)* La adquisición, tenencia, arrendamiento y explotación en cualquier forma de bienes inmuebles y su utilización, administración o disposición; *j)* El establecimiento y operación de industrias agrícolas y/o industriales y sus actividades conexas; *j)* El tráfico mercantil toda clase de negocios jurídicos, operaciones y actividades, especialmente de tipo agrícola o industrial, pero sin excluir otras permitidas por la ley; *k)* la prestación de servicios;  *l)* La promoción, el desarrollo, la administración, intervención e intermediación directa e indirecta en actividades y operaciones lucrativas de tipo comercial, agrícola, agropecuaria, transporte, inmobiliario, arrendamiento de todo tipo de bienes, bienes raíces, construcción y desarrollo de todo tipo de obras civiles, industriales, confección y maquila en la República de Guatemala y fuera de ella para la compra, venta, exportación, importación, almacenamiento, beneficiado, transporte, industrialización y comercialización y mercadeo de toda clase de productos o mercancías, productos agrícolas y bienes muebles para la comercialización, aceptación, endoso, adquisición, venta o negociación de toda clase de títulos de crédito, valores y en general toda clase de bienes muebles e inmuebles, así como invertir libremente en ellos. *m)* Contratar créditos con personas jurídicas o individuales con o sin garantía, efectuar cobros por cuenta propia o de terceros y todas aquellas actividades relacionadas con cobros en cuentas comerciales o civiles. Podrá realizar toda clase de operaciones que directa o indirectamente se relacionen con tales objetos y que sirvan de medio para la realización de los fines de la sociedad, especialmente: comprar, vender, arrendar o dar en arrendamiento, recibir o dar en usufructo, transmitir en fideicomiso, pignorar, hipotecar, permutar, poseer, usar, fabricar, transportar, comercializar, importar, exportar, negociar o de cualquier otra manera disponer de toda clase de bienes muebles o

Hoja **2** de **3**



*inmuebles, vehículos, maquinaria, repuestos, semovientes, productos de toda índoles, materia prima, derechos y mercadería de toda clase. n) Adquirir, negociar, operar negocios, empresas o sociedades nacionales o extranjeras de cualquier naturaleza o pertenecer a ellas. o) Prestar toda clase de servicios, incluyendo asesoría y consultoría de toda especie en forma directa o indirecta. Para el cumplimiento de sus fines la sociedad podrá dar en administración la totalidad o parte de su patrimonio; constituir cualquier gravamen sobre bienes de su propiedad, así como prestar finanzas u otras garantías; y en general emprender, ejecutar, hacer o celebrar todos los actos, operaciones o contratos, civiles, mercantiles o de cualquier otra índole, necesario o convenientes a su funcionamiento y giro, observando las prescripciones legales, sin restricción alguna, pudiendo girar, hacer, aceptar, endosar y otorgar o expedir pagares, giros, letras de cambio o bonos y, demás títulos de crédito, títulos valores y/o instrumentos negociables o no negociables. En general, la sociedad podrá realizar cualesquiera otras actividades lícitas, afines, conexas o relacionadas directa o indirectamente, necesarias o convenientes para el desarrollo de sus fines, tanto en el país como en el extranjero (...) VIGÉSIMA OCTAVA: FACULTADES DEL ORGANO DE ADMINISTRACIÓN. Tanto el Administrador Único como el Consejo de Administración, según la forma de administración que opte la Asamblea General de Accionistas, además de otras facultades que les confiere el contrato social y las disposiciones legales o reglamentarias aplicables, tendrán las siguientes facultades y atribuciones: a) Cumplir y ejecutar las disposiciones de la Asamblea General de Accionistas; b) Dar a la sociedad la organización que a su juicio mejor garantice su óptimo funcionamiento; c) Disponer cuando lo estime oportuno, que se verifique el pago de acciones subscritas y no pagadas totalmente, así como la emisión de acciones que representen capital autorizado aún no subscrito ni pagado; d) Dirigir la política administrativa, comercial y financiera de la sociedad; e) Acordar en forma genérica o específica sobre la adquisición y venta de inmuebles, así como sobre el gravamen de bienes o derechos y el constituir fianzas que obliguen a la sociedad; f) Cuando lo estime conveniente, nombrar y remover al Gerente General y fijar su remuneración,; g) Acordar y conferir mandatos generales o especiales de la sociedad. No se requerirá autorización de la Asamblea General de Accionistas para revocar mandatos; h) Convocar a las asambleas generales de accionistas y proponer su agenda; i) Disponer que la contabilidad de la sociedad se lleve conforme a la ley, que se practique anualmente al finalizar el ejercicio social, inventario, balance general, estado de ganancias y pérdidas y los demás estados y documentos financieros de la sociedad; j) Formular el informe anual que se someterá a la Asamblea*

Cindi Anabí Barrios Linares
Abogada y Notaria

*Anual Ordinaria de Accionistas; k) Preparar el proyecto de distribución de utilidades, en su caso, para someterlo oportunamente a la Asamblea de Accionistas; l) Establecer la responsabilidad por el manejo de fondos; m) En caso de ocurrir una vacante en el Consejo de Administración y si no se hubiere elegido suplente para llenarla, se procederá a convocar a la Asamblea General de Accionistas para suplir la vacante o remediar la carencia de ella; n) Asentar las Actas de las asambleas de accionistas o sesiones del Consejo de Administración o de resoluciones que tome el Administrador Único, en el libro respectivo y llevar los demás libros y registros requeridos legalmente o considerados convenientes o que sean dispuestos por la Asamblea de Accionistas o el propio órgano de administración; y o) Cuantas otras facultades le correspondan o le hayan sido asignadas por la Asamblea de Accionistas o se considera conveniente a los intereses de la sociedad que se ejerzan de acuerdo con la ley y la escritura social.* __VIGÉSIMA NOVENA__*:* __FACULTADES DE LOS__ __MIEMBROS DEL CONSEJO DE ADMINISTRACIÓN__*. Cuando se opte por constituir un Consejo de Administración, los miembros del Consejo de Administración tendrán sin perjuicio de las otras atribuciones que le correspondan de acuerdo con la ley y la escritura social, las siguientes: I)* **El Presidente***: a) Cumplir y hacer que se cumplan las resoluciones del consejo de Administración; b) Vigilar la marcha de las operaciones sociales; c) Presidir las Asambleas de Accionistas y las sesiones del Consejo de Administración; d) Suscribir los títulos de las acciones; e) Citar a las sesiones del Consejo de Administración; f) Informar al Consejo de Administración, sobre la marcha de las operaciones sociales: f) Ejercer la representación legal de la Sociedad, sin perjuicio de las facultades del Gerente General u otros funcionarios o Mandatarios en su caso, y según las indicaciones del Consejo de Administración; g) Conferir y revocar poderes generales y especiales, previa resolución tomada en Consejo de Administración. II)* **El Vicepresidente***: a) Asumir las funciones del Presidente del Consejo de Administración sin necesidad de ninguna declaratoria específica, en caso de ausencia o incapacidad temporal del Presidente o por decisión de la Asamblea de accionistas y cuyas funciones incluirán la de representación legal de la Sociedad; b) Colaborar estrechamente y aconsejar al Presidente del Consejo de Administración con miras a la más provechosa y eficaz atención de los asuntos de la Sociedad; c) Realizar las otras funciones que el Consejo de Administración le encomiende o que sean consecuentes con la naturaleza de su cargo; III)* **El Secretario:** *a) Redactar las Actas de las Asambleas de Accionistas y de las sesiones del Consejo de Administración, firmándolas junto con el Presidente y tener bajo su control los Libros de Actas y el registro de accionistas; b) Cooperar con el Presidente y*

*Vicepresidente en la dirección de los negocios o asuntos de la sociedad y en la ejecución de las resoluciones de la Asamblea de Accionistas o del Consejo de Administración; c) Las otras facultades que sean consecuentes con la naturaleza de su cargo. Cuando actúe un secretario accidental, tendrá las anteriores facultades en lo que fuere necesario para la debida ejecución de su cometido. En caso se acuerde que el Consejo de Administración se conforme con más miembros de los estipulados en la presente cláusula, es decir, más de tres miembros, estos tendrán las facultades que la ley, la presente escritura social y la asamblea general de accionistas les asigne. TRIGÉSIMA: FACULTADES DEL ADMINISTRADOR ÚNICO. Cuando se haya optado por encargar la Administración de la Sociedad a un Administrador Único, le corresponderá ejercer todas y cualesquiera de las funciones, obligaciones y atribuciones especificadas en las cláusulas vigésima octava y vigésima novena. (...) TRIGÉSIMA CUARTA: REPRESENTACIÓN LEGAL. La representación legal de la sociedad con el uso de la denominación social corresponderá únicamente al Presidente del Consejo de Administración o el Vicepresidente cuando hiciere sus veces, al Administrador Único si lo hubiera y al Gerente General si se hubiere nombrado, quienes podrán actuar en forma conjunta o separada indistintamente, quienes por el solo hecho de su nombramiento tendrán todas las facultades judiciales y administrativas de cualquier otro orden, así como para ejecutar los actos y celebrar los contratos que sean del giro ordinario de la Sociedad, de los que de él se deriven y los que con él se relacionen, incluyendo la emisión de títulos de crédito. Para negocios distintos de dicho giro ordinario, necesitarán facultades especiales, detalladas en forma genérica al hacerse su nombramiento o en forma específica por resolución expresa de la Asamblea de Accionistas o del Consejo de Administración. También tendrán la representación legal de la Sociedad ante autoridades y tribunales de trabajo, con facultades para actuar como representante legal nato, prestar confesión judicial por la sociedad, reconocer firmas, transigir y para ejercitar cualquier otra facultad pertinente para la debida y pronta prosecución de los asuntos laborales. Si la Asamblea de Accionistas o el Órgano de Administración, nombraren ejecutores especiales o delegados para la ejecución de actos concretos, podrán conferirles la representación legal con el uso de la denominación social, para la debida ejecución de su cometido. Así mismo, podrán constituirse mandatarios generales o especiales con representación, por el Administrador Único o por resolución del Consejo de Administración (...)". TERCERO: El requirente me pone a la vista la cláusula cuadragésima segunda del pacto social de la entidad, la cual contiene su nombramiento como ADMINISTRADOR ÚNICO Y REPRESENTANTE LEGAL de la entidad J*

CINCO, SOCIEDAD ANÓNIMA, la que copiada literalmente establece lo siguiente: "(...) *CUADRAGÉSIMA SEGUNDA:*

*DE LAS DISPOSICIONES TRANSITORIAS. Manifiestan los otorgantes que designan como ADMINISTRADOR ÚNICO Y*

*REPRESENTANTE LEGAL al señor EDUARDO MACARIO COYOY, por el plazo de tres (3) años, quien tendrá todas las*

*facultades que la presente escritura y la ley confieren a su respectivo cargo, así como para realizar todas aquellas*

*actividades necesarias para el desarrollo de la Sociedad, incluyendo las relativas a solicitar y obtener todo tipo de*

*autorizaciones y permisos e inscripciones, a efecto de que la Sociedad pueda operar dentro de las actividades que*

*constituyen su objeto y aquéllas que por cualquier razón las complementan, así también podrá realizar cualquier acto o*

*contrato relativo a las finalidades de la Sociedad o comprendido dentro de su objeto social (...)."* CUARTO. No habiendo

más que hacer constar se da por finalizada la presente acta, en el mismo lugar y fecha al inicio indicados, cincuenta

minutos después de su inicio, la que queda contenida en tres (3) hojas de papel bond tamaño oficio, las que procedo a

firmar, numerar y sellar. La presente acta se extiende para hacer constar el nombramiento de EDUARDO MACARIO

COYOY como ADMINISTRADOR ÚNICO Y REPRESENTANTE LEGAL de la entidad J CINCO, SOCIEDAD ANÓNIMA,

adhiriéndose a la primera hoja un timbre fiscal de cien Quetzales, del año en curso, identificado con el número doscientos

ochenta y cinco mil trescientos setenta y seis (285376) y un timbre notarial de diez Quetzales que se identifica como AQ

guion cero quinientos noventa y siete mil quinientos cincuenta y seis (AQ-0597556). Leo íntegramente la presente acta al

requirente, quien enterado de su contenido objeto, validez y efectos legales, así como de la obligación de registro, lo ratifica

y acepta y firma juntamente con la infrascrita Notaria quien de todo lo expuesto DA FE.

Cindi Anabí Barrios Linares
Abogada y Notaria

No.16779

 Registro
MERCANTIL

Razonamiento de **Acta** de fecha **03/02/2020**

Autorizado por el notario: **CINDI ANABÍ BARRIOS LINARES**

Quedo inscrito en el Registro Mercantil:

**EDUARDO MACARIO COYOY**

**Registro No.584096. Folio.99. Libro.735. DE Auxiliares de Comercio.**

Como: **ADMINISTRADOR UNICO Y REPRESENTANTE LEGAL**

De la Sociedad Denominada:

**J CINCO, SOCIEDAD ANÓNIMA**

Inscrita en: **Registro No.162514. Folio.251. Libro.489. de Sociedades Mercantiles.**

Con fecha: **06/02/2020**

Fecha de nombramiento: **03/02/2020**

Plazo: **DEFINIDO** Vigencia a partir de nombramiento **3 años**

Expediente No. **10078-2020**

Articulo 339. del Código de Comercio (Efectos) Los actos y documentos que conformen la ley deben registrarse, solo surtiran efecto contra terceros desde la fecha de su inscripción en el Registro Mercantil.  Ninguna inscripción podra hacerse alterando el orden de presentación.

El Registro de la presenta acta notarial, no prejuzga sobre el contenido ni validez de la misma, ni del original que reproduce y no convalida hechos o actos nulos o ilicitos.

Guatemala 6 de febrero de 2020

JAIME RODOLFO SALGUERO MARTINEZ

Lic. César Augusto Sierra Mérida
Registrador Mercantil-Auxiliar



FIN6A

## Derechos Reales

INSCRIPCIONES

*[Documento manuscrito en español, escritura cursiva, mayormente ilegible]*

... término situado en el municipio de Coatepeque, de este departamento, consta de doscientas ochenta y siete hectáreas, treinta y nueve áreas ... catorce centiáreas y linda: N. finca "Las Casas," ... Campillo ...

... La Sociedad Agrícola La Esperanza, Bauer Warner y Compañía, representada por Berta Frabel Warner ... de Barrer ... Oscar María Bauer Warner, es dueño de esta finca que se forma de las de su propiedad inscritas bajo los No. 26,767, 25,908, 27,961, 13,525, 24,649, 12,550, 27,461, 28,914, 30,963, 28,628, 30,965, 29,092, 30,231, 21,053, 28,406, 20,666, 31,851, 27,179, 64,022, 64,023, 63,679, 31,710, y 31,711, folios 186, 74, 138, 214, 208, 28, 137, 90, 151, 54, 153, 179, 162, 64, 63, 188, 151, 103, 32, 33, 271, 147 y 148, libros 165, 162, 170, 83, 153, 89, 168, 74, 182, 173, 182, 178, 179, 129, 172, 126, 186, 167, 314, 314 y 310 de Quetzaltenango, y 182 y 182 de San Marcos, que se encuentran totalmente ... en Guatemala el 15 del actual por el Notario Rodolfo Cordón Jiménez, ...

SEGUNDO REGISTRO DE LA PROPIEDAD
Lic. Gilberto Eduardo Valle Flores
QUETZALTENANGO
REGISTRADOR AUXILIAR ESPECÍFICO
SE FIRMA SEGÚN ACUERDO
GUBERNATIVO NÚMERO 49-89

SEGUNDO REGISTRO DE LA PROPIEDAD
CERTIFICACIÓN
AUTORIZADA



GOBIERNO DE LA REPÚBLICA DE
# GUATEMALA
SEGUNDO REGISTRO
DE LA PROPIEDAD

RAZON: 1 DE 8 HOJAS QUE CORRESPONDEN A LA FINCA NÚMERO:
67,813 FOLIO 137 LIBRO 323 DEL DEPARTAMENTO DE:
QUETZALTENANGO, CERTIFICACIÓN EXPEDIDA HOY DOS DE JULIO
DEL AÑO 2,020.



MARIO CHAJ GONZALEZ
OFICIAL CERTIFICADOR C-13

FINCA

## Derechos Reales

| Anotaciones Preventivas | Notas | INSCRIPCIONES | CANCELACIONES |
|---|---|---|---|

187



SEGUNDO REGISTRO DE LA PROPIEDAD
CERTIFICACIÓN
AUTORIZADA



GOBIERNO DE LA REPÚBLICA DE

# GUATEMALA
## SEGUNDO REGISTRO
DE LA PROPIEDAD

**RAZON:** 2 DE 8 HOJAS QUE CORRESPONDEN A LA FINCA NÚMERO: 67,813 FOLIO 137 LIBRO 323 DEL DEPARTAMENTO DE: QUETZALTENANGO, CERTIFICACIÓN EXPEDIDA HOY DOS DE JULIO DEL AÑO 2,020.

MARIO CHAJ GONZÁLEZ
OFICIAL CERTIFICADOR C-13

138

FINCA *Rústica denominada "La Esperanza"*

*Del folio anterior*

## Derechos Reales

| Anotaciones Preventivas | | INSCRIPCIONES | | CANCELACIONES |
|---|---|---|---|---|
| ESPACIO NO UTILIZADO | | No. 2.– Los socios de la "Sociedad Agrícola La Esperanza" con la razón social "[illegible] y Compañía", de común acuerdo convienen en cambiar la forma legal de la sociedad, transformándola en sociedad anónima y la nueva sociedad continuará con la misma actividad agrícola, regida por las estipulaciones siguientes: La expresada sociedad tendrá por objeto: a) La explotación agrícola de fincas rústicas en todas sus formas, ya sean propias o arrendadas. b) La explotación agrícola de la finca rústica "La Esperanza", y la explotación ganadera de fincas rústicas en todas sus formas, ya sean propias o arrendadas. El domicilio de la Sociedad será la ciudad de Guatemala, pudiendo establecer sucursales cuando así lo acuerden los accionistas; el capital social será de Cien mil Quetzales, dividido en cien acciones al portador, con un valor nominal de un mil quetzales cada una, indivisibles y se usa sola serie de emisión. La sociedad será anónima y su razón social será "Sociedad Agrícola de la Finca La Esperanza, Sociedad Anónima" que se abreviará "Finca La Esperanza Sociedad Anónima", y el plazo de la sociedad será de veinticinco años a contar de la fecha en que pueda operar legalmente. Las demás estipulaciones constan en la escritura número [illegible] autorizada en Guatemala el catorce de Diciembre último, por el Notario Rodolfo [illegible] Jiménez y presentada [illegible] 30. Asto. 125 folio 191 tomo 1048. Quetzaltenango, 5 de Mayo de 1982. Hon. Q. [illegible] Testado: social – a – explotación: Omítase.– | | Número 1a.– Desmembrada 1 de Esta Finca cuatro Fracción es de dos mil setenta y seis metros cincuenta y tres centímetros cuadrados en total. Forma la 1 Finca 1 Número 220-801 a la 220-804 Folio 131 al 134 Libro 454 de Quetzaltenango de [illegible] Sociedad. Copia No. 576 Tomo 665. Quetzaltenango 9 de Noviembre de 1988. Hora 8 [illegible]. Licenciado MIGUEL ANGEL VALLE TO. REGISTRADOR |
| | | No. 3.– Constituida sobre esta finca a favor del Instituto Nacional de Electrificación servidumbre de conducción de energía eléctrica que gozará la finca No. 89.327, folio 300 libro 362 de Quetzaltenango, propiedad de dicha Institución. Escritura en el asto. 558, folio 367, tomo 258. Quetzaltenango, 16 de mayo de 1.978.– Hon. Q3.– | | ESPACIO NO UTILIZADO |

Al folio 25 libro 77

SEGUNDO REGISTRO DE LA PROPIEDAD
CERTIFICACIÓN AUTORIZADA



GOBIERNO DE LA REPÚBLICA DE

# GUATEMALA
SEGUNDO REGISTRO
DE LA PROPIEDAD

**RAZON: 3 DE 8 HOJAS QUE CORRESPONDEN A LA FINCA NÚMERO: 67,813 FOLIO 137 LIBRO 323 DEL DEPARTAMENTO DE: QUETZALTENANGO, CERTIFICACIÓN EXPEDIDA HOY DOS DE JULIO DEL AÑO 2,020.**

MARIO CHAJ GONZÁLEZ
OFICIAL CERTIFICADOR C- 13

# FINCA

Derechos Reales.

| Anotaciones Preventivas. | Inscripciones. | Desmembraciones y Cancelaciones. |
|---|---|---|
| ESPACIO NO UTILIZADO | *[handwritten text, largely illegible]* | ESPACIO NO UTILIZADO |

ESPACIO NO UTILIZADO

SEGUNDO REGISTRO DE LA PROPIEDAD
CERTIFICACIÓN
AUTORIZADA




GOBIERNO DE LA REPÚBLICA DE

# GUATEMALA
SEGUNDO REGISTRO
DE LA PROPIEDAD

RAZON: 4 DE 8 HOJAS QUE CORRESPONDEN A LA FINCA NÚMERO: 67,813 FOLIO 137 LIBRO 323 DEL DEPARTAMENTO DE: QUETZALTENANGO, CERTIFICACIÓN EXPEDIDA HOY DOS DE JULIO DEL AÑO 2,020.

MARIO CHAJ GONZÁLEZ
OFICIAL CERTIFICADOR C. 13

NUMERO ______ 137

# HIPOTECAS

| Anotaciones Preventivas | INSCRIPCIONES | | CANCELACIONES |
|---|---|---|---|
| ESPACIO NO UTILIZADO | 1ª La Entidad "Sociedad Agrícola de la finca La Esperanza, Sociedad Anónima" reconoce deudora del "Banco de Occidente" por la suma de doscientos mil quetzales, plazo un año, interés once por ciento anual. En garantía se hipoteca esta finca. Escritura autorizada en Guatemala por la Notaria Isabel Schatt Lehnhoff de Pinaral, el 16 de Octubre pasado y presentada hoy a las 14 horas. Asto 403 folio 43 2ª 92 67 Dº Quetzaltenango, 14 de Noviembre de 19[illegible] Hon. Q.301.- | ESPACIO NO UTILIZADO | No. 1 CANCELADA TOTALMENTE LA 1ª 3ª 4ª inscripción hipotecaria de esta finca, por haberse cancelado el crédito ó intereses respectivos que la motivó. 1ª Sorteo En el asiento Número 27[illegible] Folio 451 Tomo 290 diario. Quezaltenango 24 de Agosto de [illegible] Hon. Q.1157 Licenciado R. ALFREDO LEON C. REGISTRADOR |
| | Nº 2.- El Banco de Occidente amplía a favor de la Sociedad Agrícola Esperanza Jacobi, Sociedad Anónima el préstamo relacionado en la 1a. inscripción hipotecaria de esta finca en la cantidad de Ciento treinta mil Quetzales, el vencimiento de la obligación será el 15 de Julio de 1983 dentro del cual queda enmarcada la presente ampliación misma que queda sujeta a las mismas condiciones del crédito original. En garantía la Sociedad amplía a favor del Banco la hipoteca constituida. Mas condiciones constan en la escritura autorizada en Guatemala, el 26 de Abril de 1983, por el notario José Roberto Ulloa Navas y presentada hoy a las 14455. Asto. 146 y 148, folios 256 y 262. Libro 286 Do. Quezaltenango, 5 de Mayo de 1983.- Hon. Q. 332.- | | Nº 2 El Banco de Occidente, Sociedad Anónima, cancela totalmente las 5ª y 6ª inscripciones hipotecarias de la presente finca, por haberle pagado la entidad Agrícola Esperanza Jacobi, Sociedad Anónima el crédito, ampliación e intereses respectivos que las motivó. Escritura autorizada en la ciudad de Guatemala el doce de septiembre del año en curso por el Notario [illegible] y presentada hoy a las quince y treinta horas. [illegible] 1821 del tomo [illegible] |

Pasa al folio anterior

SEGUNDO REGISTRO DE LA PROPIEDAD
CERTIFICACIÓN AUTORIZADA




GOBIERNO DE LA REPÚBLICA DE
**GUATEMALA**
Segundo Registro
de la Propiedad

RAZON: 6 DE 8 HOJAS QUE CORRESPONDEN A LA FINCA NÚMERO: 67,813 FOLIO 137 LIBRO 323 DEL DEPARTAMENTO DE: QUETZALTENANGO, CERTIFICACIÓN EXPEDIDA HOY DOS DE JULIO DEL AÑO 2,020.

MARIO CHAJ GONZÁLEZ
OFICIAL CERTIFICADOR C-13

NÚMERO 67.813.

# Hipotecas.

| Anotaciones Preventivas. | | Inscripciones. | | Cancelaciones. |
|---|---|---|---|---|
| ESPACIO NO UTILIZADO | | Nº 6<br>El Banco de Occidente amplía el crédito anterior, por Doscientos ochenta y cinco Mil quetzales más, bajo los mismos términos y condiciones del crédito original, cuya escritura conserva todo su vigor y efectos, el vencimiento de la obligación llegará a su término el 21 de Agosto de 1989, plazo anteriormente convenido y dentro del cual queda enmarcado el de esta ampliación, en garantía de la deuda ampliada a favor del Banco, la primera hipoteca constituida ya que se refiere la 5ª inscripción hipotecaria anterior. Más condiciones del contrato constan en la escritura Nº 49 autorizada en la ciudad de Guatemala el veintiséis de Marzo de 1987, por el Notario José Roberto Ulloa Novez. Presentado hoy a las 11 y 20 horas. Copia archivada bajo el Nº 2447, Tomo 145 de Documentos. Quetzaltenango, 31 de Marzo de 1987. Hon. Q 432º<br>Licenciado [illegible] L. VALLE TOBAR<br>REGISTRADOR<br>SEGUNDO REGISTRO DE LA PROPIEDAD Quetzaltenango, Guatemala, C.A.<br>ESPACIO NO UTILIZADO | | ESPACIO NO UTILIZADO |

SEGUNDO REGISTRO DE LA PROPIEDAD
CERTIFICACIÓN AUTORIZADA



**GOBIERNO DE LA REPÚBLICA DE**

# GUATEMALA
## SEGUNDO REGISTRO
## DE LA PROPIEDAD

RAZON: 7 DE 8 HOJAS QUE CORRESPONDEN A LA FINCA NÚMERO: 67,813 FOLIO 137 LIBRO 323 DEL DEPARTAMENTO DE: QUETZALTENANGO, CERTIFICACIÓN EXPEDIDA HOY DOS DE JULIO DEL AÑO 2,020.

MARIO CHAJ GONZÁLEZ
OFICIAL CERTIFICADOR C-13

... final e informa De La Conservación. A folio 137 del libro 323 de ... ... finca... se ... ... siguiente: Finca rústica ubicada en el Municipio de Coatepeque, de este departamento, con área actual de 1,969,294.541400 m2, con las colindancias siguientes: VER DEMARCACION EN EL LIBRO MAYOR, propiedad de La Sociedad "Agrícola Esperanza Jacobi, Sociedad Anónima", abreviamente "Agrícola Esperanza Jacobi, S. A." de nombre comercial "JACOSA", conforme escritura 105 autorizada el 14 de mayo de 1980 por el notario Rodolfo Cordón Jiménez. Tiene tres inscripciones de desmembraciones. Se cancelaron totalmente de la 1a. a la 6a. inscripciones hipotecarias por medio de 2 inscripciones de cancelaciones hipotecarias. Se cancelo totalmente la anotación preventiva por medio de la 1a. inscripción de cancelaciones de anotaciones. La presente finca no tiene LIMITACIONES, ANOTACIONES ni GRAVAMENES vigentes.. Realizado en Quetzaltenango, 2 de diciembre de 2019. Operador O18 Luis Fernando Soch Martinez

SEGUNDO REGISTRO DE LA PROPIEDAD
Licda. Miriam Lisseth Hernández Herrera
REGISTRADORA AUXILIAR

Derechos Reales. Dominio. Inscripción Número: 4                    Finca 67813 Folio 137 Libro 323 de Quetzaltenango. QB INVERSIONES, SOCIEDAD ANÓNIMA por Q100,000.00, compró (aron) a AGRICOLA ESPERANZA JACOBI, SOCIEDAD ANÓNIMA, ésta finca, precio ya pagado. Escritura No. 42 autorizada 15 de octubre de 2019 por el notario RODOLFO ENRIQUE GONZÁLEZ RIVERA. Documento presentado 20 de noviembre de 2019 a las 13:00:14 horas, ingresando éste y su copia electrónica con número 19R110156665. Honorarios Q295.00 . Realizada en Quetzaltenango, 2 de diciembre de 2019. Operador O18 Luis Fernando Soch Martinez.

SEGUNDO REGISTRO DE LA PROPIEDAD
Licda. Miriam Lisseth Hernández Herrera
REGISTRADORA AUXILIAR

RAZON: La presente finca, al día de hoy, tiene documentos pendientes de operación que podrían afectar los derechos de los interesados de conformidad con lo establecido en el artículo 1,148 del Código Civil.

SEGUNDO REGISTRO DE LA PROPIEDAD
CERTIFICACIÓN
AUTORIZADA



GOBIERNO DE LA REPÚBLICA DE

# GUATEMALA
SEGUNDO REGISTRO
DE LA PROPIEDAD

RAZON: 8 DE 8 HOJAS QUE CORRESPONDEN A LA FINCA NÚMERO: 67,813 FOLIO 137 LIBRO 323 DEL DEPARTAMENTO DE: QUETZALTENANGO, CERTIFICACIÓN EXPEDIDA HOY DOS DE JULIO DEL AÑO 2,020.

MARIO CHAJ GONZÁLEZ
OFICIAL CERTIFICADOR C- 13



SEGUNDO
REGISTRO DE
LA PROPIEDAD

GOBIERNO DE LA REPÚBLICA DE
**GUATEMALA**

*EL INFRASCRITO REGISTRADOR DEL SEGUNDO REGISTRO*

*DE LA PROPIEDAD.*

*CERTIFICA QUE:*

*LAS TRES FOTOCOPIAS ENGRAPADAS A ESTE*
*DOCUMENTO SON AUTENTICAS POR HABER SIDO*
*TOMADAS DE SU ORIGINAL EL DÍA DE HOY Y QUE*
*CORRESPONDEN A LA FINCA NÚMERO 82.793 FOLIO 155*
*LIBRO 342 DEL DEPARTAMENTO DE QUETZALTENANGO.*

*SE HACE CONSTAR:*

*QUE LA PRESENTE FINCA TIENE DOCUMENTOS*
*PENDIENTES POR OPERAR AL DÍA DE HOY Y A SOLICITUD*
*DEL INTERESADO EXPIDO LA PRESENTE CERTIFICACIÓN*
*PARCIAL EN TRES HOJAS ADJUNTAS É IMPRESAS DE*
*PAPEL BOND Y UNA HOJA DE PAPEL DE LA INSTITUCION*
*CON EL NÚMERO 1650143 EN LA CIUDAD DE*
*QUETZALTENANGO A DOS DIAS DEL MES DE JULIO DE*
*2020.-. DE LA PRESENTE FINCA SE EXTENDIO HISTORIAL*
*COMPLETO.-. HONORARIOS Q50.00.-.-.*

*RESPONSABLE DE LAS FOTOCOPIAS.*



Gustavo Adolfo Tahay Choxom
Oficial Certificador C-15

Lic. Jairo Antonio Tacám Cojom
REGISTRADOR AUXILIAR
DE CERTIFICACIONES
SEGUNDO REGISTRO DE LA PROPIEDAD

SEGUNDO REGISTRO DE LA PROPIEDAD
CERTIFICACIÓN
AUTORIZADA

1650143

3 AVENIDA D10-64 ZONA 6, QUETZALTENANGO | PBX: 7957-1111 | WWW.SRP.GOB.GT

Quetzaltenango, figura inscrita la finca 82793, cuyo estado actual es el siguiente: Finca rústica ubicada en jurisdicción del Municipio de Coatepeque, de este departamento, con área actual de 2,535.410000 m2, con las colindancias siguientes: VER DEMARCACION EN EL LIBRO MAYOR, propiedad de La Sociedad "Agrícola Esperanza Jacobi, Sociedad Anónima", abreviamente "Agrícola Esperanza Jacobi, S. A." de nombre comercial "JACOSA", conforme escritura 105 autorizada el 14 de mayo de 1980 por el notario Rodolfo Cordón Jiménez.   Tiene cuatro inscripciones de desmembraciones. La presente finca no tiene LIMITACIONES, ANOTACIONES ni GRAVAMENES vigentes.. Realizado en  Quetzaltenango, 2 de diciembre de 2019.  Operador O18 Luis Fernando Soch Martinez



SEGUNDO REGISTRO DE LA PROPIEDAD
Licda. Miriam Liseeth Hernández Herrera
REGISTRADORA AUXILIAR

Derechos Reales.  Dominio.  Inscripción Número: 3                          Finca 82793 Folio 155 Libro 342 de Quetzaltenango.  QB INVERSIONES, SOCIEDAD ANÓNIMA por Q25,000.00, compró (aron) a AGRICOLA ESPERANZA JACOBI, SOCIEDAD ANÓNIMA, ésta finca, precio ya pagado. Escritura No. 42 autorizada 15 de octubre de 2019 por el notario RODOLFO ENRIQUE GONZÁLEZ RIVERA.   Documento presentado 20 de noviembre de 2019 a las 13:00:14 horas, ingresando  éste y su copia electrónica con número 19R110156665. Honorarios Q183.00 .  Realizada en Quetzaltenango, 2 de diciembre de 2019.  Operador O18 Luis Fernando Soch Martinez.

SEGUNDO REGISTRO DE LA PROPIEDAD
Licda. Miriam Liseeth Hernández Herrera
REGISTRADORA AUXILIAR

RAZON: La presente finca, al día de hoy, tiene documentos pendientes de operación que podrían afectar los derechos de los interesados de conformidad con lo establecido en el artículo 1,148 del Código Civil.



SEGUNDO REGISTRO DE LA PROPIEDAD
CERTIFICACIÓN
AUTORIZADA



GOBIERNO DE LA REPÚBLICA DE
## GUATEMALA
SEGUNDO REGISTRO
DE LA PROPIEDAD

*HOJA     1  DE  3*
*FINCA     82.793 FOLIO  155  LIBRO 342 DE*
*QUETZALTENANGO.*
*QUETZALTENANGO, 02 DE JULIO DE  2020.-*



**Gustavo Adolfo Tahay Choxom.**
*Certificador C-15*

FINCA _Rústica_

# DERECHOS REALES

| CANCELACIONES | ANOTACIONES PREVENTIVAS | INSCRIPCIONES | CANCELACIONES Y DESMEMBRACIONES |
|---|---|---|---|
| | | *(handwritten cursive text, largely illegible, regarding the inscription of the property in the municipality of Concepción, Sociedad Agrícola La Esperanza, etc.)* | *(handwritten marginal notations, dates, and numbers, largely illegible)* |

SEGUNDO REGISTRO DE LA PROPIEDAD

AUTORIZADA



GOBIERNO DE LA REPÚBLICA DE
# GUATEMALA
SEGUNDO REGISTRO
DE LA PROPIEDAD

*HOJA      2  DE  3*
*FINCA      82.793 FOLIO  155  LIBRO 342 DE*
*QUETZALTENANGO.*
*QUETZALTENANGO, 02 DE JULIO DE  2020.-*



**Gustavo Adolfo Tahay Choxom.**
*Certificador C-15*

NUMERO

*Desmembracions*

# HIPOTECAS

| CANCELACIONES | ANOTACIONES PREVENTIVAS | INSCRIPCIONES | | CANCELACIONES |
|---|---|---|---|---|
| No 3.- | | | | *ESPACIO NO UTILIZADO* |
| Desmembrado de Esta Finca | | | | |
| 7 Fracción de | | | | |
| QUINIENTOS DIECI— | | | | |
| NUEVE PUNTO CERO | | | | |
| SEIS METROS CUA | | | | |
| DRADOS (519.06 Mts) | | | | |
| Formaron la Finca número | | | | |
| 249.301 | | | | |
| folio 7 | | | | |
| libro 548 de GUATE— | | | | |
| ZALTENANGO de Eudocio | | | | |
| RABANALES Tellez.— | | | | |
| Copia Archivada bajo No. 385 | | | | |
| del Tomo 716 | | | | |
| de Documentos. | | | | |
| Quetzaltenango, 5 | | | | |
| de FERRERO de 199 93 | | | | |
| Inscr. N. 3 | | | | |
| | | | | |
| No 4.- | | | | |
| Desmembrada 5 de esta Finca | | | | |
| 5 Fracciones de las QUE | | | | |
| UNIDAS SON EN TOTAL | | | | |
| DOS MIL QUINIENTOS | | | | |
| SESENTA Y DOS PUNTO | | | | |
| NOVENTA Y UN METROS | | | | |
| CUADRADOS (2,562.91) | | | | |
| Formaron la 5 Fincas 5 Números 5 | | | | |
| 249.302 A LA 249.306 | | | | |
| folios 2 A LA 6 | | | | |
| libro 548 de QUEZAL | | | | |
| TENANGO de GAS PERSO | | | | |
| nas AHI CITADAS.— | | | | |
| Copia se Archiva bajo Num 386-A | | | | |
| del Tomo 716 | | | | |
| de Documentos. | | | | |
| Quetzaltenango, 2 | | | | |
| de FEBRERO de 199 93 | | | | |
| Inscr. N. 15 | | | | |
| | | | | |
| 7 | | SEGUNDO REGISTRO DE LA PROPIEDAD | | |
| | | CERTIFICA | | |
| | | AUTORIZADA | | |



GOBIERNO DE LA REPÚBLICA DE

# GUATEMALA
SEGUNDO REGISTRO
DE LA PROPIEDAD

**HOJA     3  DE  3**
**FINCA       82.793 FOLIO  155   LIBRO 342 DE**
**QUETZALTENANGO.**
**QUETZALTENANGO, 02 DE JULIO DE  2020.-**



**Gustavo Adolfo Tahay Choxom.**
*Certificador C-15*



NUMERO CUARENTA Y DOS (42). En la ciudad de Guatemala, el día quince de octubre de dos mil

diecinueve, ANTE MI: RODOLFO ENRIQUE GONZÁLEZ RIVERA, Notario, comparecen: por una parte

EDUARDO MACARIO COYOY, quien es de sesenta y un años de edad, casado, guatemalteco, ejecutivo,

de este domicilio, se identifica con el Documento Personal de Identificación con Código Único de

Identificación número dos mil trescientos treinta y siete, setenta mil quinientos setenta y siete, cero

novecientos uno (2337 70577 0901) extendido por el Registro Nacional de las Personas de la República de

Guatemala, quien comparece en su calidad de Administrador Único y Representante Legal de la Entidad

AGRICOLA ESPERANZA JACOBI, SOCIEDAD ANÓNIMA, calidad que acredita con el acta notarial

autorizada en esta ciudad con fecha cuatro de julio de dos mil diecisiete, por el Notario Elmer Aurence

Vargas Espino, la cual se encuentra debidamente inscrita en el Registro Mercantil de Guatemala bajo el

número quinientos quince mil seiscientos noventa y cuatro (515694), folio doscientos once (211) del libro

cuatrocientos cuarenta y ocho (448) de Auxiliares de Comercio, documento que tengo a la vista; a quien en

la calidad con que actúa en el transcurso del presente documento se le podrá llamar indistintamente como

"La Parte Vendedora"; y por la otra parte: CHRISTIAN ALEXANDER ENRIQUE RASCH TOPKE, quien es

de cincuenta y seis años de edad, casado, guatemalteco, ejecutivo, de este domicilio, se identifica con el

Documento Personal de Identificación con Código Único de Identificación número dos mil quinientos

dieciocho, quince mil ciento cuarenta y cinco, cero ciento uno (2518 15145 0101), extendido por el Registro

Nacional de las Personas de la República de Guatemala, quien comparece en su calidad de Administrador

Único y Representante Legal de la Entidad QB INVERSIONES, SOCIEDAD ANÓNIMA, calidad que

acredita con el acta notarial autorizada en esta ciudad con fecha cuatro de julio de dos mil diecisiete, por el

Notario Elmer Aurence Vargas Espino, la cual se encuentra debidamente inscrita en el Registro Mercantil de

Guatemala bajo el número quinientos diez mil ochocientos noventa y tres (510893), folio cuatrocientos

cuatro (404) del libro cuatrocientos cuarenta y tres (443) de Auxiliares de Comercio, documento que tengo a

la vista; a quien en la calidad con que actúa en el transcurso del presente documento se le podrá llamar

indistintamente como "La Parte Compradora". Los comparecientes me aseguran ser de los datos de

1/3

*Rodolfo Enrique González Rivera*
*Abogado y Notario*





N̲°̲ B 4098182

TALLER NACIONAL DE GRABADOS EN ACERO - GUATEMALA, C.-A.

## PROTOCOLO

identificación personal antes expuestos, hallarse en el libre ejercicio de sus derechos civiles, y que las

representaciones legales que se ejercitan son suficientes de conformidad con la ley a mi juicio para la

REGISTRO

celebración del presente contrato, por lo que de palabra y en español me manifiestan que vienen a celebrar

N̲°̲ 188199

el contrato de **COMPRAVENTA DE BIENES INMUEBLES** de conformidad con las cláusulas siguientes:

**PRIMERA:** Me expresa el señor EDUARDO MACARIO COYOY, en la calidad con que actúa, que su

QUINQUENIO
DE 2018 A 2022

representada es legítima propietaria de las fincas inscritas en el Segundo Registro de la Propiedad bajo los

números SESENTA Y SIETE MIL OCHOCIENTOS TRECE (67813), folio CIENTO TREINTA Y SIETE (137)

del libro TRESCIENTOS VEINTITRES (323) de QUETZALTENANGO, y OCHENTA Y DOS MIL

SETECIENTOS NOVENTA Y TRES (82793) folio CIENTO CINCUENTA Y CINCO (155), del libro

TRESCIENTOS CUARENTA Y DOS (342) de QUETZALTENANGO, las cuales poseen las medidas y

colindancias que les aparecen en sus respectivas inscripciones de dominio en el citado Registro.

**SEGUNDA:** Me manifiestan los señores EDUARDO MACARIO COYOY y CHRISTIAN ALEXANDER

ENRIQUE RASCH TOPKE, en las calidades con que actúan, que el valor de venta de los inmuebles es de

CIEN MIL QUETZALES (Q.100,000.00), por el primero y VEINTICINCO MIL QUETZALES (Q.25,000.00),

por el segundo, manifestando la Parte Vendedora que en este momento recibe a su entera satisfacción el

pago correspondiente por el total de la cantidad ya descrita, y por tal motivo vende, cede y traspasa las

fincas identificadas en la cláusula anterior a favor de la entidad **QB INVERSIONES, SOCIEDAD ANÓNIMA.**

En la venta de las fincas se incluye todo cuanto de hecho y por derecho les corresponde a las mismas. Por

advertencia del Infrascrito Notario el señor EDUARDO MACARIO COYOY, en la calidad con que actúa,



expresa que sobre las fincas objeto de venta no pesan gravámenes, anotaciones ni limitaciones algunas

que puedan afectar los derechos de "LA COMPRADORA" y en todo caso se somete al saneamiento de ley

correspondiente. **TERCERA:** Por su parte CHRISTIAN ALEXANDER ENRIQUE RASCH TOPKE, en la

calidad legal con que actúa, manifiesta que en los términos relacionados acepta de buena fe la venta de las

fincas que por este medio se hace a favor de su representada. **CUARTA:** Ambos comparecientes, en las

calidades con que actúan, expresan que en los términos relacionados aceptan para sus representadas

²/₃

*Rodolfo Enrique González Rivera*
*Abogado y Notario*



4098182   R

todas y cada una de las cláusulas de la presente escritura. Yo, el Infrascrito Notario **DOY FE:** de todo lo

expuesto y de haber tenido a la vista los documentos de identificación personal ya referidos y los

documentos con los que se acredita las calidades legales con que actúan cada uno, así como los

documentos con los cuales se acredita la propiedad de los bienes objeto del presente instrumento; y que

previa lectura por las otorgantes, quienes bien enterados de su contenido, valor, obligación de registro, pago

de impuestos y efectos legales, lo aceptan, ratifican y firman. **DOY FE.**

Ante Mi:

# JACOSA

AGRICOLA ESPERANZA JACOBI, SOCIEDAD ANONIMA
6a. Calle 7-35, Zona 9 • Tel.: 361-1666 Ext. 612 • Fax: 332-8588 • Guatemala, C. A.
NIT: 674494

**FACTURA CAMBIARIA SERIE "B"**
(LIBRE DE PROTESTO)
No. 00673

NIT 4844728-5

| FECHA | VENDEDOR | CONTADO | CREDITO |
|---|---|---|---|
| Guatemala 15/10/2019 | 1 | XX | |

**N O M B R E**
QB INVERSIONES, S.A.

**D I R E C C I O N**
6ta. Avenida 12-75, Zona 14 Apto. 1201, Edificio Quinta Bella, Guatemala

| CODIGO | CANTIDAD | D E S C R I P C I O N | V. UNITARIO | TOTAL |
|---|---|---|---|---|
| TERRENOS | 1 | VENTA DE TERRENO NUMERO SESENTA Y SIETE MIL OCHOCIENTOS TRECE (67813), FOLIO CIENTO TREINTA Y SIETE (137) DEL LIBRO TRESCIENTOS VEINTITRES (323) DE QUETZALTENANGO. | | Q112,000.00 |
| TERRENOS | 1 | VENTA DE TERRENO NUMERO OCHENTA Y DOS MIL SETECIENTOS NOVENTA Y TRES (82793), FOLIO CIENTO CINCUENTA Y CINCO (155) DEL LIBRO TRESCIENTOS CUARENTA Y DOS (342) DE QUETZALTENANGO. | | Q28,000.00 |
| | | SUJETO A PAGO TRIMESTRALES DEL ISR | | |
| | | **SON:** Ciento Cuarenta Mil Quetzales Exactos | | |

| SUB-TOTAL | Q140,000.00 |
|---|---|
| **VALOR FACTURA** | **Q140,000.00** |

NOMBRE: ESTRADA   NIT: 454818 9   1000 1,051,001 AL 1,000
AUTORIZADO SEGUN RESOLUCION 2004-I-1-577 DE FECHA 16-01-2004 A.A.T.

ORIGINAL - CLIENTE

NOTA IMPORTANTE: LA COMPAÑIA REPRESENTANTE, DERECHOS DEL ACEPTANTE NO HACE REVOLUCION DE USO DE AMPARO ESTA FACTURA CAMBIARIA, LAS DOS (2) MINGUINA MANTEN, SE PAN ACEPTANDAS DESPUES DE CINCO DIAS DE LA FECHA DE LA MISMA. TODA DEVOLUCION QUEDA SUJETA A UN 10% DE DESCUENTO. POR SER UNA ÚNICA FACTURA CAMBIARIA GIRADA LIBRE DE PROTESTO, DE CONFORMIDAD CON EL ARTICULO 52 DEL CODIGO DE COMERCIO, LAS CONDICIONES DE ESTA NO SE REALIZAN EN EL PRESENTE TITULO, EN EL SUPUESTO DE MORA DEL DEUDOR CAUSARA UN INTERES DEL 5% MENSUAL SOBRE EL SALDO ADEUDADO ACEPTA CONFORME A LAS CONDICIONES DE ESTA FACTURA. EL VENDEDOR ACEPTA LAS MERCADERÍAS CONFORME AL DETALLE ARRIBA INDICADO. SI EL CLIENTE, INCONFORMA. DE ACUERDO A LAS CONDICIONES PACTADAS, ACEPTA UN CARGO DE INTERESES MORATORIOS DE 5% MENSUALES. INCONFORMIDAD, EN ATRASO DE EL PAGO DE ESTA FACTURA CAMBIARIA, EL ACEPTANTE, PARA EL CASO DE ACCIÓN JUDICIAL POR INCUMPLIMIENTO DE LAS ESTIPULACIONES DE ESTA FACTURA CAMBIARIA, RENUNCIA AL FUERO DE SU DOMICILIO Y SE SOMETE EN FORMA EXPRESA A LOS TRIBUNALES QUE, JURISDA ELIJA, EL CLIENTE ACEPTA LAS CONDICIONES DE ESTA FACTURA CAMBIARIA.

_____
FIRMA DEL CLIENTE



NÚMERO VEINTIDOS (22). En la ciudad de Guatemala, el día dieciséis de junio de dos mil veinte, ANTE
MI: RODOLFO ENRIQUE GONZÁLEZ RIVERA, Notario, comparecen: por una parte CHRISTIAN
ALEXANDER ENRIQUE RASCH TOPKE, quien es de cincuenta y siete años de edad, casado,
guatemalteco, ejecutivo, de este domicilio, se identifica con el Documento Personal de Identificación con
Código Único de Identificación número dos mil quinientos dieciocho, quince mil ciento cuarenta y cinco,
cero ciento uno (2518 15145 0101), extendido por el Registro Nacional de las Personas de la República de
Guatemala, quien comparece en su calidad de Administrador Único y Representante Legal de la Entidad
QB INVERSIONES, SOCIEDAD ANÓNIMA, calidad que acredita con el acta notarial autorizada en esta
ciudad con fecha diecinueve de mayo del año dos mil veinte, por el Notario Fernando Linares-Beltranena, la
cual se encuentra debidamente inscrita en el Registro Mercantil de Guatemala bajo el número quinientos
noventa y un mil seiscientos ochenta y siete (591687), folio seiscientos noventa y tres (693) del libro
setecientos cuarenta y dos (742) de Auxiliares de Comercio, documento que tengo a la vista, a quien en la
calidad con que actúa en el transcurso del presente documento se le podrá llamar indistintamente como "La
Parte Vendedora"; y por la otra parte: EDUARDO MACARIO COYOY, quien es de sesenta y un años de
edad, casado, guatemalteco, ejecutivo, de este domicilio, se identifica con el Documento Personal de
Identificación con Código Único de Identificación número dos mil trescientos treinta y siete, setenta mil
quinientos setenta y siete, cero novecientos uno (2337 70577 0901) extendido por el Registro Nacional de
las Personas de la República de Guatemala, quien comparece en su calidad de Administrador Único y
Representante Legal de la Entidad J CINCO, SOCIEDAD ANÓNIMA, calidad que acredita con el acta
notarial autorizada en esta ciudad con fecha tres de febrero de dos mil veinte, por la Notaria Cindi Anabí
Barrios Linares, la cual se encuentra debidamente inscrita en el Registro Mercantil de Guatemala bajo el
número quinientos ochenta y cuatro mil noventa y seis (584096), folio noventa y nueve (99) del libro
setecientos treinta y cinco (735) de Auxiliares de Comercio, documento que tengo a la vista, a quien en la
calidad con que actúa en el transcurso del presente documento se le podrá llamar indistintamente como "La
Parte Compradora".  Yo el Notario Doy Fe: a) que los comparecientes me aseguran ser de los datos de

Rodolfo Enrique González Rivera
Abogado y Notario





B 4098269

## PROTOCOLO

REGISTRO

Nº 188286

QUINQUENIO
DE 2018 A 2022

1. identificación personal antes expuestos y que se hallan en el libre ejercicio de sus derechos civiles, y b) que

2. las representaciones legales que se ejercitan son suficientes de conformidad con la ley y a mi juicio para la

3. celebración del presente contrato, por lo que de palabra y en español me manifiestan que vienen a celebrar

4. el contrato de COMPRAVENTA DE BIENES INMUEBLES de conformidad con las cláusulas siguientes:

5. PRIMERA: Me expresa el señor CHRISTIAN ALEXANDER ENRIQUE RASCH TOPKE, en la calidad con

6. que actúa, que su representada es legítima propietaria de las fincas inscritas en el Segundo Registro de la

7. Propiedad bajo los números SESENTA Y SIETE MIL OCHOCIENTOS TRECE (67813), folio CIENTO

8. TREINTA Y SIETE (137) del libro TRESCIENTOS VEINTITRES (323) de QUETZALTENANGO, y

9. OCHENTA Y DOS MIL SETECIENTOS NOVENTA Y TRES (82793) folio CIENTO CINCUENTA Y CINCO

10. (155), del libro TRESCIENTOS CUARENTA Y DOS (342) de QUETZALTENANGO, las cuales poseen las

11. medidas y colindancias que les aparecen en sus respectivas inscripciones de dominio en el citado Registro.

12. SEGUNDA: Me manifiestan los señores CHRISTIAN ALEXANDER ENRIQUE RASCH TOPKE y

13. EDUARDO MACARIO COYOY, en las calidades con que actúan, que el valor de venta de los inmuebles es

14. de CIENTO DOCE MIL QUETZALES (Q.112,000.00), por el primero y VEINTIOCHO MIL QUETZALES

15. (Q.28,000.00), por el segundo, manifestando la Parte Vendedora que en este momento recibe a su entera

16. satisfacción un cheque por el valor de ciento cuarenta mil quetzales (Q.140,000.00) correspondiente al

17. pago por el total de las cantidades ya descritas, y por tal motivo vende, cede y traspasa las fincas

18. identificadas en la cláusula anterior a favor de la entidad J CINCO, SOCIEDAD ANÓNIMA. En la venta de

19. las fincas se incluye todo cuanto de hecho y por derecho les corresponde a las mismas. Por advertencia del

20. infrascrito Notario el señor CHRISTIAN ALEXANDER ENRIQUE RASCH TOPKE, en la calidad con que

21. actúa, expresa que sobre las fincas objeto de venta no pesan gravámenes, anotaciones ni limitaciones

22. algunas que puedan afectar los derechos de la Parte Compradora sometiéndose al saneamiento de ley.

23. TERCERA: Por su parte EDUARDO MACARIO COYOY, en la calidad legal con que actúa, manifiesta que

24. en los términos relacionados acepta de buena fe la venta de las fincas que por este medio se hace a favor

25. de su representada. CUARTA: Ambos comparecientes, en las calidades con que actúan, expresan que en



2/3

Rodolfo Enrique González Rivera
Abogado y Notario



26  los términos relacionados aceptan para sus representadas todas y cada una de las cláusulas de la presente

27  escritura. Yo, el Infrascrito Notario **DOY FE:** de todo lo expuesto y de haber tenido a la vista los documentos

28  de identificación personal ya referidos y los documentos con los que se acredita las calidades legales con

29  que actúan cada uno, así como los documentos con los cuales se acredita la propiedad de los bienes objeto

30  del presente instrumento; y que previa lectura por las otorgantes, quienes bien enterados de su contenido,

31  valor, obligación de registro, pago de impuestos y efectos legales, lo aceptan, ratifican y firman. **DOY FE.**

32

33

34

35

36

37

38

39

40

41

42

43

44  Ante Mí:

45

46

47

48

49

50

**ES PRIMER TESTIMONIO:** De la escritura pública número veintidós (22), que autorice en esta ciudad el día dieciséis de junio de dos mil veinte, y que para entregar a la entidad **J CINCO, SOCIEDAD ANÓNIMA,** extiendo, numero, sello y firmo en dos hojas de papel especial de fotocopia más la presente hoja de papel bond. Hago constar que el Impuesto al Valor Agregado (IVA) que grava dicho instrumento fue cancelado por medio de Factura Cambiaria Serie D número cero cero cero cero cero cinco (000005), de fecha cinco de junio de dos mil veinte, por la cantidad de ciento cuarenta mil quetzales (Q.140,000.00), dicha factura fue emitida en esta ciudad por la entidad QB INVERSIONES, SOCIEDAD ANÓNIMA a favor de la entidad J CINCO, SOCIEDAD ANÓNIMA, factura de la cual adjunto original al presente testimonio. Hago constar que adhiero a la presente hoja un timbre fiscal de cincuenta centavos de quetzal para la razón de ley, el cual tiene número de registro dos millones setecientos cincuenta y cinco mil ciento treinta y dos (2755132). En la ciudad de Guatemala a los dieciséis días del mes de junio de dos mil veinte.

Rodolfo Eyléque González Rivera
Abogado y Notario

J CINCO, S.A.

Guatemala
05/06/2020

10730531-3

**DIRECCION**
5ta. Avenida 12-75, Zona 14, Guatemala

| | VENDEDOR | CONTADO | CREDITO |
|---|---|---|---|
| | 1 | XX | |

| CODIGO | CANTIDAD | DESCRIPCION | V. UNITARIO | CONTADO | TOTAL |
|---|---|---|---|---|---|
| TERRENOS | 1 | VENTA DE TERRENO NUMERO SESENTA Y SIETE MIL OCHOCIENTOS TRECE (67813), FOLIO CIENTO TREINTA Y SIETE (137) DEL LIBRO TRESCIENTOS VEINTITRES (323) DE QUEZALTENANGO. | | | Q112,000.00 |
| TERRENOS | 1 | VENTA DE TERRENO NUMERO OCHENTA Y DOS MIL SETECIENTOS NOVENTA Y TRES (82,793), FOLIO CIENTO CINCUENTA Y CINCO (155) DEL LIBRO TRESCIENTOS CUARENTA Y DOS (342) DE QUEZALTE-NANGO. | | | |
| | SON: | Ciento Cuarenta Mil Quetzales Exactos | | | |
| | | *SUJETO A RETENCION DEFINITIVA* | | SUB-TOTAL | Q140,000.00 |