UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 20-mc-24198-JEM/BECERRA

In Re: Application of MULTIFLORA
INTERNATIONAL LTD., AGRÍCOLA
INDUSTRIAL ENTRE RIOS, S.A. and
AGRÍCOLA ESPERANZA JACOBI, S.A.,

_____/

### ORDER ON JOINT STIPULATION

**THIS CAUSE** came before the Court on the Parties' Joint Stipulation. ECF No. [35]. The Parties request leave to file a reply and a sur-reply to Applicants' Second Amended Application Pursuant to 28 U.S.C. § 1782 to address "new factual and other matters to which the Applicants believe it important to respond." *Id.* at 1–2. Having reviewed the Joint Stipulation, it is hereby **ORDERED and ADJUDGED** that:

1. The Parties' Joint Stipulation is hereby **GRANTED**.

2. Applicants shall have through and including August 2, 2021 to file to reply.

3. Respondents shall have through and including August 16, 2021 to file a sur-reply.

**DONE AND ORDERED** in Chambers at Miami, Florida on July 21, 2021.

_____
JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE

1