```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
                         CASE NO. 20-MC-24198-JEM
 3
      IN RE APPLICATION OF
 4    MULTIFLORA INTERNATIONAL
      LTD, et al.,
 5                                        Miami, Florida
                    Petitioner(s),
 6                                        September 9, 2021
            vs.
 7
      JACOBI INTERNATIONAL, INC.,
 8    et al.,

 9
                    Respondent(s).      Pages 1 - 59
10    -----------------------------------------------------------

11                         MOTION HEARING
                 TRANSCRIBED FROM DIGITAL AUDIO RECORDING
12               BEFORE THE HONORABLE JACQUELINE BECERRA
                     UNITED STATES MAGISTRATE JUDGE
13
      APPEARANCES:
14
      FOR THE PLAINTIFF(S):  ALVIN F. LINDSAY, ESQ.
15                           HOGAN LOVELLS US, LLP
                             600 Brickell Avenue
16                           Miami, FL 33131
                             305-459-6500
17                           alvin.lindsay@hoganlovells.com

18
                             ALYSSA SAVISS, ESQ.
19                           HOGAN LOVELLS US, LLP
                             1999 Avenue of the Stars
20                           Los Angeles, CA 90067
                             310-785-4600
21                           alyssa.saviss@hoganlovells.com

22

23

24

25
```

```
 1    APPEARANCES (CONT'D)

 2

 3    FOR THE DEFENDANT(S):   JEFFREY D. MARCUS, ESQ.
                              JASON MAYS, ESQ.
 4                            MARCUS NEIMAN & RASHBAUM, LLP
                              2 South Biscayne Boulevard
 5                            Miami, FL 33131
                              305-400-4260
 6                            jmarcus@mnrlawfirm.com
                              jmays@mnrlawfirm.com
 7

 8

 9    TRANSCRIBED BY:         Joanne Mancari, RPR, CRR, CSR
                              Court Reporter
10                            jemancari@gmail.com

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1   Thereupon,

2   the following proceedings were held via telephone:

3          THE DEPUTY CLERK:  Case No. 20 24198, civil, Martinez.

4   In Re Application of Multiflora International, Ltd., *et al*.

5          Counsel, please state your appearances, starting with

6   the petitioner.

7          MR. LINDSEY:  Good morning, your Honor.  This is Alvin

8   Lindsay, Hogan Lovells, on behalf of the petitioner Multiflora,

9   and with me today is Alyssa Saviss of my office who will be

10  presenting.

11         MS. SAVISS:  Good morning, your Honor.

12         THE COURT:  I'm sorry.  I didn't get the full name.

13  May I have her name again, please.

14         MR. LINDSAY:  Yes.  Alyssa, A-L-Y-S-S-A, Saziss,

15  S-A-Z-I-S-S.

16         THE COURT:  All right.  Wherever you are at, I'm

17  getting a really big echo.  I'm not sure what is going on with

18  your line.

19         All right.  Let me hear from counsel for I guess the

20  respondent is how I will refer to you.

21         MR. MAYS:  Good morning, your Honor.  This is Jason

22  Mays and Jeff Marcus on behalf of respondent Jacobi

23  International and Cart Investments and intervenor Christian

24  Rasch.

25         THE COURT:  All right.  Who is going to be making the

```
 1    argument?

 2              MR. MAYS:  I will, Jason Mays.

 3              THE COURT:  All right.  So we are here today again on

 4    this application.  I will tell you, I'm a little frustrated

 5    only because in preparation for this hearing I started to read

 6    the transcript from the last hearing and I realize I started

 7    the last hearing in the same way that I had intended to start

 8    this hearing because essentially the four areas that I still

 9    have a concern about did not get addressed in the second

10    amended application or in the response or in the reply or the

11    surreply or, quite frankly, in the two statuses that were filed

12    yesterday.  So I definitely have a lot more information, but I

13    am not sure I have many more answers.

14              So what I am going to do, and you know this from the

15    last hearing, everybody is going to get their shot to make

16    whatever argument they want to make.  I am not trying to cut

17    you off from an argument.  But I do have to ask -- I am going

18    to ask some pointed questions on the four subjects that

19    interest me, and then after that, obviously, I will let you

20    make whatever argument you want to make and then we will move

21    on to the next subject.  But I am going to ask counsel to try,

22    if you can, to answer my questions directly so that I can

23    essentially get what I need here.

24              So let me start with the first issue, which is the

25    same issue that I had last time, which is this issue of
```

```
 1   standing.

 2            Now, I understand that the strength of the case is not

 3   an issue that I am looking at or anything like that, but I want

 4   to hear from the applicant, who is the person that you take

 5   direction from on behalf of Multiflora and the other two

 6   applicants, Entre Rios, Esperanza Jacobi, right?  So who is

 7   that person that is authorizing this application?  Give me

 8   their name.  And then is that in fact the person whose

 9   representation of these companies is now at issue in Guatemala,

10   and if it is, why should or should that not impact my decision

11   here.

12            So let me hear from you, Ms. Saviss, on that question.

13            MS. SAVISS:  Yes.  Good morning, your Honor.

14            So the representative for Multiflora is Mr. Omar

15   Xicara, which we have filed his verification in this case.

16            THE COURT:  Right.

17            MS. SAVISS:  He is authorized to bring this

18   application.  The respondents have not raised any legitimate

19   arguments addressing otherwise.  They have simply stated that

20   they would like to contest or will contest in the future

21   whether he is the legitimate legal representative, but they

22   have not contested and cannot contest that he is the current

23   legal representative of Multiflora.

24            The respondents have raised certain arguments related

25   to Mr. Lopez Velasquez, stating that he is not a rightful
```

1    representative, but that has nothing to do with Mr. Xicara and,

2    the merits aside, of whether Mr. Lopez Velasquez is the

3    rightful representative.  In a completely unrelated case, they

4    do not relate to Mr. Xicara being the current legal

5    representative.  So the applicants state that Mr. Xicara is the

6    legal representative and he does have standing to bring this

7    case.

8            THE COURT:  And is he the legal representative for

9    Entre Rios and Esperanza Jacobi as well?

10           MS. SAVISS:  I believe so, your Honor.  Yes.

11           THE COURT:  OK.  Then let me hear from Mr. Mays on

12   whether or not you have any additional argument with respect to

13   Mr. Xicara.

14           MR. MAYS:  Yes.  Thank you, your Honor.

15           You will recall that there was a ping-pong match of

16   the parties essentially running and filing paperwork in

17   Guatemala and essentially designating replacement

18   representatives the moment that they saw that their

19   representative had been replaced, and one of the things

20   respondents have pointed out is that Mr. Xicara was appointed

21   right before this application was filed, and we've submitted

22   previously that that should give the court pause because this

23   is a contested issue of who even is authorized to act on behalf

24   of these entities.

25           What we didn't make sufficiently clear before the last

1  hearing, but hopefully we tried to do so this time around, is

2  that this is an issue that is a live, contested issue in

3  Guatemala and we do not agree with applicants' contention that

4  it relates to Mr. Velasquez and not Mr. Xicara because

5  Christian is specifically challenging the validity of the

6  appointment of these entities' representatives, alleging the

7  appointment was based on documents that didn't exist and false

8  declarations.  And yes, the proceeding mentions

9  Mr. Velasquez -- maybe it is because of the timing of when it

10  was filed last summer -- but the same false documents and false

11  declarations were then used for the appointment of Mr. Xicara

12  as well.  So it is very much intertwined.

13           THE COURT:  Right.

14           MR. MAYS:  And so --

15           THE COURT:  Right.  Hold on.  So I understand that

16  this is the issue.  It is not an issue that I am going to

17  resolve nor is it an issue that I need to resolve, particularly

18  resolve (inaudible) this application.  I guess my question to

19  you on -- is that noise coming from one of you or is that

20  coming from my phone?

21           MS. SAVISS:  I don't know, your Honor, but I hear it

22  as well.

23           THE COURT:  Hold on.

24           Donna, is that you?

25           OK.  Well, it is coming here from the King building.

1    You know, that is all right.  Yesterday we lost power, so a

2    little noise shouldn't really bother us.

3         All right.  We will try to just forge ahead here and

4    ask everybody to speak a little more loudly.

5         So my question for you, Mr. Mays, is I understand

6    that -- again, I am going to use his first name.  I don't mean

7    any disrespect.  I just think it's easier.  I understand that

8    your client Christian is opposing that, but again, that is

9    neither here nor there.  Is there any open legal proceeding in

10   Guatemala with respect to whether or not Mr. Xicara is the

11   appropriate representative for any one of these entities?

12        MR. MAYS:  So the proceeding that bears on that, your

13   Honor, goes directly to Mr. Velasquez, but the developments, in

14   our view, implicate his appointment just as much because a

15   prosecutor has referred an investigation relating to

16   Mr. Xicara's appointment and the declarations and documents

17   that purportedly substantiated it to the penal court and found

18   that there was cause for the court to take action and authorize

19   a search warrant because Mr. Xicara, on behalf of Entre Rios,

20   was not turning over documents that would substantiate the

21   appointment.

22        THE COURT:  Right.

23        MR. MAYS:  So Mr. Xicara is wrapped up in it.

24        THE COURT:  Hold on.  Hold on.

25        (Pause)

1           THE COURT:  All right.  Let's try this again.

2           That is what I am trying to get to, because I have

3    read -- the problem is that these responses and the documents

4    that you-all submitted just are not specific enough.  I don't

5    know if that is a function of the parties not wanting to be

6    specific or perhaps not having the information.

7           So my pointed question is, is there a proceeding in

8    Guatemala with respect to Mr. Xicara's appointment to any of

9    these entities?  That has to be a yes or no answer.  Yes or no.

10   If it is a yes answer, tell me why you believe there is a

11   proceeding that directly impacts his ability to be the

12   applicant in this case.

13          MR. MAYS:  I believe that the answer to that question

14   is yes because the same documents and attestations that were

15   used to support Mr. Velasquez's designation were used to

16   support Mr. Xicara's subsequent designation, which means if the

17   court finds the commission of a crime relating to

18   Mr. Velasquez, it necessarily will find the commission of a

19   crime relating to the subsequent appointment of Mr. Xicara.

20          Mr. Xicara is not, I don't believe, a party to that

21   proceeding, but the court has already authorized a search

22   warrant, that my understanding is to be executed this week, and

23   Mr. Xicara is wrapped up in it because he is the one who on

24   behalf of Entre Rios has refused to turn over the documents

25   that are subject to the search warrant.  So these documents, if

1    everything goes as we anticipate, will be seized this week and

2    then the court will have some understanding of the legality of

3    his appointment.

4            THE COURT:  Right.  I still don't understand what you

5    are telling me.  The issue is not about his appointment; the

6    issue is about somebody else's appointment.  You're saying that

7    because the other person's appointment is at issue, it is

8    really for the same thing, but I don't see how you can answer

9    my question in the affirmative.  The action has nothing to do

10   with Mr. Xicara then.  Either it does or it doesn't.

11           MR. MAYS:  OK.  In the sense that is he a party,

12   you're correct, your Honor, he is not a party to that.  I

13   believe that the findings of the court would equally implicate

14   Mr. Xicara.  But you are correct that he is not a party to it.

15           THE COURT:  All right.  There is no action pending

16   that goes to Mr. Xicara's appointment.  That might happen some

17   day at some point, but as we sit here today, his appointment is

18   not being challenged in any Guatemalan proceeding.

19           Is that too broad of a statement, or not?

20           MR. MAYS:  I believe that the legality of his

21   appointment is being challenged in the other Guatemalan

22   investigation, but he is not a party to any of them, is my

23   understanding.

24           THE COURT:  Right.  So he may not be a party, but how

25   is his appointment being challenged then?

1          MR. MAYS:  Because his appointment is intertwined with

2     who is authorized to act on behalf of Multiflora and these

3     other entities.  That is sort of a threshold issue that is at

4     issue in each of these investigations.  So my understanding is

5     that the dialogue with the prosecutors does involve discussion

6     over whether or not his appointment was legitimate.

7          THE COURT:  All right.  I mean, a prosecutor can be

8     thinking about something, talking to somebody about something;

9     it doesn't mean that there is an open proceeding that is

10    challenging the appointment, though, right?

11         MR. MAYS:  OK.

12         THE COURT:  You may think that one thing will

13    necessarily implicate the other, but that may or may not

14    happen, and there is certainly not an open proceeding in which

15    that would necessarily be a product, right?

16         So it is possible that if things go that direction

17    with the other gentleman that the Guatemalan court will open a

18    review of this one, or will have to, or it makes sense that it

19    would, but as we sit here today, that doesn't seem to be what

20    is at issue in Guatemala right now.  Is that accurate or,

21    again, is that too far?

22         MR. MAYS:  I believe that's accurate, your Honor.

23         THE COURT:  OK.  All right.  So let's move over to,

24    then, the second issue.

25         So let me hear from you, Ms. Saviss, on the Guatemalan

1   proceeding.

2          So at the last hearing I think I made clear that to

3   the extent that the other two brothers or that anybody on

4   behalf of these entities goes to a Guatemalan prosecutor and

5   files a complaint, I was not too convinced that that would be

6   sufficient for the application, because in my experience and in

7   your affidavit -- you didn't submit a second affidavit, which I

8   thought was the whole point of letting you amend the

9   application to begin with, but that second application didn't

10  shed any more light on that nor did the affidavit of your

11  Guatemalan expert.

12          So my understanding of how the proceedings there work,

13  it is not too different than how they would work here.  You

14  could certainly walk into the FBI tomorrow, the SEC, the DEA,

15  any law enforcement agency, local law enforcement agency, and

16  file a complaint against somebody.  That certainly doesn't mean

17  that there is an open investigation even against that person,

18  right.  The FBI agent might be looking at you, nodding his

19  head, and doesn't open anything, doesn't do anything, right.

20  Or they may open something and decide there is nothing there

21  and nothing happened.  So to me where we were last time

22  suggested that that is where we were in Guatemala.

23          Now, I understand, I think it was in July now, there

24  is an open proceeding, an actual open proceeding, I believe

25  against Christian, but I want you to address, what is the open

1   proceeding in Guatemala today that is instituted whereby the

2   information that you seek would be used?

3        MS. SAVISS:  Yes, your Honor.  So the four criminal

4   complaints that we have mentioned and outlined in the

5   application are still open and still currently in an ongoing

6   investigative stage.

7        We understand that in the April 23 hearing you did

8   express concerns about whether these complaints were legitimate

9   and how far they were going to go.  We believe that the recent

10  embargo and arraignment order ordered by the Guatemalan courts

11  in July on Christian in the Entre Rios case sufficiently

12  addresses these concerns, your Honor.

13       As of July --

14       THE COURT:  Let me ask you a question.  Is the recent

15  embargo, is that related to any of the four complaints that

16  your client filed?

17       MS. SAVISS:  Yes, your Honor.  It is related to the

18  Entre Rios cases, which is, I believe, the July 23 complaint

19  and then the August 4 complaint.

20       THE COURT:  Well, let me ask you this.  You say it is

21  related to.  Is it in fact a response to these complaints or is

22  there something else happening in Guatemala and now there is

23  this embargo against Christian?  How do I know it is related to

24  the July and August complaints?

25       MS. SAVISS:  Your Honor, we provided the Spanish

1    version and the English translation of the order.  Although the

2    Guatemalan procedures are obviously very different from the

3    procedures here in the U.S., and we couldn't have access to

4    documents that better summarize these hearings for your review,

5    but it is pretty clear from the documents that it involved

6    Christian, Inocente Permillo, and Mr. Macario in the Entre Rios

7    case.

8         THE COURT:  I understand that.  I read that.  I read

9    that.  That doesn't answer my question.  I can't from looking

10   at that document, and I clearly could have missed it so I'm

11   asking for some guidance here, how do I know that that action

12   that is now open, this embargo that is open with Christian, how

13   do I know that that is a product of your complaint as opposed

14   to a product of (inaudible) --

15        MS. SAVISS:  I'm so sorry, your Honor.  I don't mean

16   to interrupt.  I can't hear you at all.  I apologize.

17        THE COURT:  I know.  Let's give it a minute.  The

18   noise is back.

19        (Pause)

20        THE COURT:  All right.  So I read that.  I read the

21   complaint or the order, I guess, is what it is in the

22   Guatemalan court.  How do I know, or do you know, whether or

23   not that embargo, that action against Christian now -- I know

24   that your representation is that you believe it's got to do

25   with Entre Rios.  How do I know that that is as a response to

1    the complaint that you actually filed?

2             In other words, apparently there are a lot of

3    different complaints running around in Guatemala.  There are a

4    lot of different things the government might be doing.  How do

5    I know that that is a product of the complaint that you filed,

6    or that your client filed?

7             MS. SAVISS:  Right.  OK.  I'm sorry, your Honor.  Let

8    me pull up this document, if I may, really quickly.

9             We believe, your Honor, that it was clear from the

10   documents that we provided that it was related to the Entre

11   Rios case because it specifically mentions all of the

12   defendants, including the defense attorneys and the public

13   prosecutors, and it also mentions the actual courts, and this

14   being related to those complaints that we mentioned in the

15   application has not been contested by the respondent.  But if

16   your Honor would like more concrete evidence, I can possibly

17   get a declaration to better answer this question of yours, if

18   that would be helpful.

19            THE COURT:  No.  I am not giving this any more time.

20   At this point I have given the parties plenty of time to put

21   their responses in or their declarations.

22            So you are seeking an application for documents that

23   are going to be used in a proceeding in Guatemala, right?  I

24   made it very clear last time that those four complaints you

25   filed were not going to be sufficient for me because that

1    doesn't mean that there is really going to be a proceeding in

2    Guatemala.  That is literally somebody went to the police or

3    the government in Guatemala and complained.  I didn't find it

4    sufficient.  There wasn't an allegation that it was necessary

5    to have that documentation in order to have the case.  That

6    wasn't the argument that was being presented.

7         I specifically continued this and allowed the

8    amendment so that the argument could be made or evidence could

9    be presented as to what the proceeding in Guatemala is.  By the

10   way, that was not presented.  However, in July -- because that

11   wasn't part of the second amendment.  But in July, there is an

12   action now in Guatemala.

13        So show me here in this exhibit, because I've read

14   them -- I want to be sure that the proceeding that exists in

15   Guatemala, right, is a proceeding in which you or your client

16   are going to be presenting this information.  So I've got to

17   make a link between the information you are requesting, right,

18   and the open proceeding.

19        So I am trying to first understand, is that open

20   proceeding in Guatemala a product, right, of the complaint you

21   filed or is it something different?

22        You can go into the FBI, make a complaint about

23   somebody.  The FBI agent could nod his head left or right, not

24   care anything about what you said about the complaint, not pay

25   any attention to it.  It just so happens that maybe another FBI

1    squad down the line two months later gets a different lead,

2    opens up an investigation, and it is something completely

3    different.  It doesn't mean that now the person you complained

4    about isn't being investigated.  I'm trying to find out whether

5    or not you know if there is a link.  That's the first question.

6    Has the complaint you filed now progressed or matured into an

7    open proceeding in Guatemala, if you know.  If it has, then I

8    need to hear what that open proceeding is about, because I'm

9    not going to give you documents that don't relate to the open

10   proceeding.

11          So it is really two questions.  Is that open

12   proceeding a maturation, if you will, of the complaint that you

13   filed in June and August?  I understand you're saying it is the

14   same subject matter.  I need to know whether you know whether

15   or not it's the same because you only get the documents if you

16   are in a position, right, to say, this is a matter that we are

17   a part of in Guatemala, right.  You've got to be a part of that

18   matter in order to present it.  so I'm trying to make that

19   connection, because unless you are a part of it, right, why

20   would I give you the documents.

21          If that were the case, right, anybody can come in here

22   and say, hey, there is a pending case in Guatemala and we think

23   it would be great if the Guatemalan authorities had these

24   documents.  We're an interested party, we're these people,

25   we're that people, we're the competitors of this company.

1   There is an open proceeding and this information is important.

2          I've got to make that link.  So make that link for me.

3          What information, if any, do you have that this is a

4   maturation of one of your complaints, and, two, what evidence

5   do you have and what representations can you make to me that

6   the information I'm going to give you as a result of this

7   application is something that you, your parties, your clients,

8   will use in that proceeding.

9          Does that make sense?

10          MS. SAVISS:  That does make sense.

11          So to address your first question, your Honor, the

12   link of the embargo and arraignment document, again, we thought

13   that it was clear from the defendants involved, defense

14   attorney, and the facts stated in the embargo and arraignment

15   court order that it related to the Entre Rios case.  But I did

16   speak our cocounsel in Guatemala yesterday and they did affirm

17   that this does relate to that when I asked them.

18          THE COURT:  I'm sorry.  Which counsel?  I didn't hear

19   which counsel you said.

20          MS. SAVISS:  The counsel for our Guatemalan counsel

21   proceedings, Mr. Andrè Dubose I spoke to on the phone

22   yesterday.

23          THE COURT:  I understand, but who does he represent?

24   You said he was counsel for and I didn't hear the name.

25          MS. SAVISS:  He is the Guatemalan counsel for our

1    clients Olaf and Multiflora.  He is not the counsel who

2    initiated the complaints, but he is the counsel in Guatemala

3    for these four criminal complaints that we have outlined.

4         THE COURT:  And he said to you that this complaint,

5    the embargo and the arraignment, is linked to your July and

6    August complaints.

7         MS. SAVISS:  Yes, your Honor.  When I first looked at

8    this document, I came to that conclusion myself from what's

9    stated in the documents.  I just confirmed it with him

10   yesterday while we had a status update call.

11        THE COURT:  Well, walk me through that document.  I

12   mean, I know it is the same name.  I know it's Christian.  But

13   is there a case number?  Is there something here that links it

14   for you otherwise?

15        MS. SAVISS:  So it doesn't work the same way as here

16   where we have one case number.  It appears that in Guatemala

17   each of the filings -- I mean, each of the filings seem to have

18   a different, a number.  So, for instance, over here in the

19   embargo, and you can see at the top it says 0186 at the very

20   end, these are all different from what the other filings in the

21   cases are.

22        THE COURT:  By the way, they would be different here

23   too.  If you walked into a police station, they might give you

24   a number for the complaint you filed.  It is not going to have

25   anything to do with a case that is filed later on.  That is why

1    I'm asking you.

2            There is no way from looking at this document, other

3    than we know it is Christian, right, and that there's some

4    involvement I suspect with Entre Rios, that's why I'm asking

5    you for that link.  You're telling me that link now is from

6    this Guatemalan lawyer that has said to you this is the

7    maturation essentially of the complaints that we filed in July

8    and August.

9            MS. SAVISS:  Well, the link is -- sorry, your Honor.

10   Go ahead.

11           THE COURT:  No.  Go ahead.

12           MS. SAVISS:  The link is that all of the allegations

13   and the individuals involved in the embargo and arraignment

14   document are the same as the Entre Rios July 23 complaint.

15   That's just been affirmed by the foreign counsel, our

16   Guatemalan cocounsel.

17           However, your Honor, even in their reply or, I'm

18   sorry, their opposition, the respondents, I believe, have

19   conceded that this does have to do with the case and they said

20   that it was going to be imminently removed.  So I don't think

21   this is something that is currently at issue.  Whether or not

22   this is a link, I don't believe that is an issue, your Honor,

23   because the respondents have not contested that.

24           THE COURT:  Right, but the fact they haven't contested

25   it doesn't necessarily mean that I'm satisfied that you met

1    your burden.  So I hear you that they haven't contested that or

2    that you don't think they've contested that.  I'm not exactly

3    sure that that is going to be their argument.

4          Let's put that aside for a minute.  You're saying,

5    look, it's the same people, it's the same subject matter, and

6    we've got a lawyer in Guatemala that is telling us, hey, this

7    is our complaint, they have now taken it up.

8          What evidence do you have or what representation can

9    you make that your clients, Multiflora, Entre Rios, and Jacobi

10   will be able now, given this proceeding, to make that

11   presentation of evidence that you would be getting from this

12   application?

13         MS. SAVISS:  Excuse me, your Honor.  So your question

14   is what would we use this document for, am I understanding that

15   correctly, in the Guatemalan proceeding?

16         THE COURT:  Not what you will use them for.  Can you

17   use them.

18         So you have got to make a representation or I have to

19   make a finding that the documents that I'm going to give you

20   are documents that are going to be used in a proceeding, right.

21   They don't necessarily have to be accepted.  It's possible that

22   the Guatemalan authorities ultimately won't accept them or

23   won't consider them valid or whatever they would do, but you do

24   have to make the link that these are documents that your client

25   can present or that your client can use.

```
 1              MS. SAVISS:  Absolutely.

 2              THE COURT:  Because this is a criminal proceeding it

 3    looks like I need to figure out, like I said, what role, if

 4    any, will your clients have in that process.  So point me to an

 5    affidavit, point me to a representation, point me to something

 6    in the record that says that we're going to be able to use

 7    this.

 8              MS. SAVISS:  Right.

 9              THE COURT:  So that we have a good representation that

10    we will be able to use it.

11              MS. SAVISS:  Of course, your Honor.

12              So we filed a supplemental declaration by our

13    Guatemalan expert Mr. Ruiz, and he there outlined all of the

14    investigative stages that are possible in Guatemalan criminal

15    proceedings.

16              Now, currently all of the proceedings in Guatemala are

17    in the investigative stage, which means that they are all

18    receptive to receiving discovery related to the case, and that

19    is -- if you'd like, I can point out the docket number.

20              THE COURT:  Yes.  Let's get the docket number to make

21    sure that that is what the affidavit actually says.

22              MS. SAVISS:  Yes.  I believe it is 38-7, your Honor.

23              THE COURT:  Give me a minute.

24              (Pause)

25              THE COURT:  OK.  So this is dated in August, right.
```

1    So this is after the embargo, correct?

2              MS. SAVISS:  I believe so, your Honor, although to be

3    completely honest, there are a little bit of language barriers

4    between us and cocounsel and we haven't always been updated

5    imminently on the status of the foreign proceedings.  So we let

6    the court know as soon as we were privy to that information.

7              THE COURT:  Well, he executes this in August, right,

8    and the embargo is in July.  So when you said in paragraph 9:

9    "The Guatemalan proceedings are currently at the *Ministerio*

10   *Publico* investigation stage of the proceedings," right --

11             MS. SAVISS:  Yes.

12             THE COURT:  -- is that in fact the stage that they're

13   in?

14             MS. SAVISS:  Yes, your Honor.  They're still in the

15   investigative stage of the proceedings.  I confirmed that

16   yesterday.

17             THE COURT:  Right, and that's the case even though

18   there's already been an embargo.

19             MS. SAVISS:  Yes, your Honor.  The investigative

20   stage, from what I understand and from what is listed here, is

21   the stage where the defendant can be formally charged, and it

22   can last several months.  The stage thereafter is the

23   intermediate stage, where the prosecutor asks the court to

24   initiate trial against the defendant.

25             So the only time that the court is receptive to

1   discovery is during the investigative stage.  So from what I

2   understand, once the trial has been initiated, which is the

3   second stage, the intermediate stage, then discovery is no

4   longer accepted.  That is why there is some sort of urgency

5   here because since we are still in the investigative stage, we

6   would like to present these documents that are directly

7   relevant to the Guatemalan complaints to the prosecutor.

8        THE COURT:  OK.  But that is not what this affidavit

9   says.  This affidavit says in an intermediate stage, it says

10  this is the last stage where the authorities will be receptive

11  of evidence.  So they are receptive, at least this is what I'm

12  reading, in the intermediate stage.

13       MS. SAVISS:  Oh, I'm sorry, your Honor.  I meant the

14  final stage.  Sorry.  I mixed those up.

15       So the investigative stage, from what I understand,

16  includes the investigations are ongoing from the first and

17  second stage, and then the final stage is when they stop being

18  receptive.

19       THE COURT:  Right.  But my question is this embargo,

20  where there's been some activity against Christian given the

21  order that you have provided, and you're saying it's still in

22  an intermediate stage.  I'm sorry.  It's still in the

23  investigative stage.

24       MS. SAVISS:  Yes, your Honor.  The prosecutor has not

25  yet requested the court to initiate trial, but from what I

1    discussed with the Guatemalan cocounsel yesterday, he said that

2    is the next imminent step.

3         THE COURT:  OK.  But pursuant to this affidavit,

4    Mr. Mays, the argument is there is now a proceeding.  This

5    proceeding has matured into an embargo against Christian and an

6    arraignment.  I think it's referred to as an arraignment.

7         So I believe, Mr. Mays, that you have conceded that

8    there is a Guatemalan proceeding.  I am not sure if you are

9    conceding that all four complaints are.  Despite my

10   trepidation, are you conceding all four?  Do you think all four

11   proceedings?  Do you think this is the only proceeding?  Let me

12   hear your response as to the Guatemalan proceeding that is or

13   is not at issue.

14        MR. MAYS:  Sure.  Thank you, your Honor.

15        So we are not contesting whether there are active

16   proceedings in Guatemala.  I mean, there are these

17   investigations that are ongoing by the *Ministerio Publico*.

18        To address some of the questions you were just asking

19   about, we don't have information as to whether this embargo is

20   a maturation of one of the identified complaints because, as

21   you noted, applicants do not use case numbers so it is a bit

22   confusing trying to line them up.  And we also can't answer as

23   to what use the applicants would have for the requested

24   discovery in the context of the embargo development because

25   they did not explain, did not give much information as to what

1    really is at issue in the embargo.  So I leave that to the

2    applicants.

3          What I did want to make sure to make the court aware

4    of is, your Honor, we saw this status report last night.  I

5    haven't had a chance to speak to Christian's Guatemalan counsel

6    between last night and this morning, but the update does not

7    ring entirely consistent with what has been relayed to us and

8    our understanding of what's transpired in relation to that

9    embargo.

10         We understand that an injunction was entered on an *ex*

11   *parte* basis, as you see from the submissions, in July.  Then at

12   a conference on the 12th applicants did not show up.  But

13   either at the 12th or sometime between now and then the

14   injunction was overturned as to one of the targets, Inocente

15   Permillo, and we understand there is a hearing that is set for

16   the 19th or 20th of this month to hear arguments as to the

17   remainder of the injunction.

18         So the concern that we have as it relates to the

19   representation of the status of the Guatemalan proceedings is

20   not a challenge to whether there are proceedings.  As I

21   mentioned, we concede that there are these active

22   investigations.  The concern is that the update in particular

23   and this embargo is creating the impression, which we believe

24   at this juncture is false, that the court in Guatemala has

25   given more careful consideration to the merits.  It's

1    progressed further than it actually has.

2              THE COURT:  Let me stop you.  Let me stop you.

3              MR. MAYS:  OK.

4              THE COURT:  It doesn't really matter to me how

5    progressed it is.  What I am trying to understand is, because

6    you're saying that you concede there is an active proceeding in

7    Guatemala, I need to understand what proceeding you are

8    conceding to.  What do you believe or what are you conceding is

9    there an active proceeding in Guatemala to?  Is it just to the

10   Entre Rios properties?  Is it to the other property?  Is it

11   into just Christian's activities with respect to Multiflora

12   generally?

13             You kind of make the blanket statement.  You can

14   certainly do that.  But then their recovery is going to be much

15   more expansive because you're basically saying, yeah, all these

16   proceedings, it's true, it's not just the complaint, there are

17   actually open investigations and proceedings in Guatemala.  OK.

18   You tell me, what are you conceding to, what is the scope of

19   what you are conceding to.

20             MR. MAYS:  OK.  So your Honor, thank you.

21             The proceedings that we are conceding to is we concede

22   that there are three investigations.  Applicants state there

23   are four.  In fact, our understanding is that there are

24   actually three and that one of them is a supplemental complaint

25   that is tied to one of the investigations.  So there are three

1    different investigations.

2          The scope, in terms of the expansiveness of what a

3    recovery would look like, relates to the subject matter of

4    those investigations, all of which relate, our understanding,

5    specifically to the allegedly improper real estate

6    transactions.

7          So whether it is one proceeding that is more

8    progressed as it relates to this embargo or whether it is all

9    of these three active investigations by the MP, our take is

10   that the scope is going to remain the same because all of them

11   only relate to these transactions that are alleged as the basis

12   for this application.

13         THE COURT:  All right.  So you concede that there are

14   active investigations in Guatemala with respect to the one

15   property that was a real estate transaction and then there are

16   the multiple ones under Entre Rios.

17         MR. MAYS:  Correct.

18         THE COURT:  So you concede there's an open proceeding

19   in Guatemala.  OK.

20         Let's go then to BVI.  So let me hear from you,

21   Ms. Saviss, on what is the open proceeding in BVI for which you

22   need documentation.

23         MS. SAVISS:  Yes, your Honor.  So in the BVI

24   application, which Christian initiated, Christian claims that

25   he was wrongfully removed as Multiflora's director and

1    wrongfully cut off access to the Morgan Stanley bank account

2    related to Multiflora.

3         Now, before the court had an opportunity to hear

4    Multiflora's arguments they issued the freezing order and

5    injunction, which remains in place until the hearing on the

6    freezing order that will take place on September 30th.

7         So the applicants need the documents to, one, refute

8    Christian's claims, and, two, support their counterclaims.

9         Since Christian is alleging that he was wrongfully

10   removed, the applicants need to refute these allegations to

11   show that Christian was unlawfully transferring Multiflora's

12   properties to his own companies for his own benefit and

13   engaging in unlawful behavior, and there is an urgency here

14   because the September 30th hearing is imminent, your Honor, for

15   the removal of the injunction.

16        In addition to that, your Honor, Multiflora has fraud

17   counterclaims.  The most relevant one, I think, is seeking an

18   injunction preventing Christian from holding himself out as the

19   director of Multiflora, and again, his unlawful acts and his

20   wrongful transfers of the properties and substantial devaluing

21   of the properties during those transfers are going to be

22   extremely relevant and important in making these claims, making

23   these counterclaims.

24        THE COURT:  So have you now filed a counterclaim in

25   the BVI?  There is a pending counterclaim?

1          MS. SAVISS:  Yes, your Honor.  There is a counterclaim

2     that's been filed by Multiflora, and our expert in BVI, Grant

3     Carroll, has testified to that.

4          In addition to that, the hearing on the BVI freezing

5     order will take place September 30th.  The counterclaim has

6     been filed, and the counterclaim hearing will be held at a

7     later date, currently unknown.

8          THE COURT:  All right.  What is the date of the filing

9     of the counterclaim?

10          MS. SAVISS:  Your Honor, I'm sorry.  I don't have that

11     at hand.  If you just give me one minute.

12          (Pause)

13          MS. SAVISS:  It looks like on May 28, 2021, your

14     Honor.

15          THE COURT:  So for the counterclaim you do not know

16     when the hearing on the counterclaim will be heard?

17          MS. SAVISS:  As of right now, no.  There are a lot of

18     issues because of the pandemic with the court and the

19     scheduling.  So as of right now they don't have a hearing date

20     for that, but the next hearing is September 30th, and they may

21     or may not establish a hearing date for the counterclaim on

22     that date.

23          THE COURT:  But your argument is that for the

24     September 30th hearing you need information to rebut

25     Christian's claim.

```
 1          MS. SAVISS:  Oh, yes, absolutely, your Honor, because
 2     the whole basis of his freezing order application is that he
 3     was wrongfully removed as the Multiflora director and he was
 4     wrongfully cut off from accessing the documents.  So it is
 5     extremely important for the applicant, Multiflora, to show
 6     Christian's unlawful behavior to justify his removal as
 7     director and him being cut off from the Multiflora bank
 8     accounts.
 9          THE COURT:  All right.  But it seems to me that you
10     must have that information already because you removed him for
11     some reason, right?  You must have had documentation in order
12     to be able to remove him.
13          MS. SAVISS:  Well, yes, your Honor, we have some
14     evidence of Christian's wrongdoing, but as you know from the
15     Guatemalan proceedings, they are very complex and Christian has
16     been shuffling or moving Multiflora's assets from company to
17     company.  For instance, for the Esperanza Jacobi properties,
18     the two properties at issue, they were first moved to QB
19     Inversiones and then a few months later they were moved to J
20     Cinco, which are two companies, two of Christian's companies,
21     and J Cinco specifically is owned by Jacobi International.  On
22     Entre Rios, the nine of the Entre Rios properties, were also
23     sold to J Dos, which is another one of Christian's companies.
24          If it helps your Honor, I think the California 1782
25     application sheds some light on this fact and how Christian has
```

1   been moving Multiflora's assets and properties from one company

2   to another.

3          As you know from the documents that we showed and from

4   the 1782 California application, Christian unlawfully

5   transferred Multiflora's share in Caban to a party named Gaia

6   Investment Holdings Corp., which is a company based in Panama.

7   After some discussions with Christian's counsel in California,

8   Caban assured us that this was a bona fide company, but we

9   later found out that Christian's daughters are all presidents

10  and owners of this company.  In addition to that, there was no

11  showing, even after the court granted in part our 1782

12  application, there is absolutely no showing that any

13  consideration was given for this transfer of properties.

14         So the documents we're seeking here for Jacobi

15  International and Cart Investments, Bank of America, Morgan

16  Stanley, we're trying to find where these properties and where

17  these assets went, your Honor.

18         THE COURT:  Right.  I guess my point to you is he was

19  removed for a reason.

20         MS. SAVISS:  Yes, your Honor.

21         THE COURT:  When he was removed, you had documents to

22  be able to do it.  I'm not suggesting that you're not entitled

23  to more evidence to substantiate the reason for his removal,

24  but it can't possibly be the case that you don't have documents

25  already because you are going to have to show what the basis

1    was.  You are going to have to say, well, this is what we saw,

2    this is what we had in hand, and this is why we took the

3    actions that we did, right?

4         MS. SAVISS:  Right, your Honor.  So the documents that

5    we do have now are all based in or all have come out from the

6    Guatemalan proceedings.  The Guatemalan proceedings only have

7    documents related to the companies in Guatemala or the

8    companies named in the Guatemalan case.

9         For instance, one of the issues here is that we

10   can't -- again, your Honor, I only have so much transparency in

11   the foreign proceedings because I am not counsel of those

12   foreign proceedings.  From what I have learned from our

13   cocounsel is that these properties have been going back and

14   forth between Christian's entities.  For instance, let's say

15   the two real estate properties of Esperanza Jacobi that were

16   transferred to QB Inversiones, then to J Cinco, which is owned

17   by Jacobi International, which is one of the reasons why we're

18   seeking documents from Jacobi International, we're trying to

19   find out where these assets went.

20        So yes, we do have documents showing that properties

21   were transferred from QB Inversiones to J Cinco.  We do have

22   evidence of other transfers and unlawful misappropriation of

23   documents and falsifying of documents, but we don't have the

24   full picture here and we need that to establish these claims

25   and to support our claims in Guatemala and then in turn in BVI.

1          THE COURT:  All right.  Let me hear from you,

2    Mr. Mays, as to the BVI proceeding.

3          MR. MAYS:  Thank you, your Honor.

4          As counsel indicated, there is a continued hearing on

5    September 30th on the freezing order that is in place.  We do

6    not think applicants have met the requirement that the

7    documents they seek be for use in BVI.

8          In the application, applicants indicated they intend

9    to serve a counterclaim alleging misappropriation.  In the

10   response, we pointed out the application does not involve

11   allegations relating to misappropriation of funds; it just

12   relates to these improper real estate transactions.  Then in

13   the reply applicants come back and say, wait a minute, your

14   Honor, actually we need this discovery in BVI to use for a

15   counterclaim to enjoin Christian from holding himself out as

16   director of Multiflora, and they say the evidence they seek is

17   important without giving details explaining how or why, as you

18   note, your Honor, how or why the evidence would even be used,

19   and that is the extent of it.  Now we hear today that they need

20   this discovery imminently in order to respond to Christian's

21   claims as it relates to the freezing order.

22         Your Honor, it is a moving target.  We haven't been

23   able to respond to it for the reasons your Honor's questions go

24   to.  It is hard to know what applicants are saying they need

25   the documents for in BVI.  In our view their showing as to BVI

```
1    is plainly insufficient.

2              THE COURT:  Well, did they file a counterclaim?

3              MR. MAYS:  Yes, they did.

4              THE COURT:  Right.  So the counterclaim that they

5    filed -- you have got the counterclaim.  Why would those

6    documents not be for their use in their prosecution of the

7    counterclaim?

8              MR. MAYS:  So the counterclaim relating to the

9    enjoining Christian from holding himself out as a director was

10   filed, I believe, after their second amended application was

11   filed.  I don't think that the counterclaim itself -- I've seen

12   it.  I don't think it's been filed in this proceeding.  I think

13   there is a declaration that such a counterclaim has been

14   asserted.

15             So the point is that the allegations are not

16   contained -- the allegations that underlie that BVI

17   counterclaim are not incorporated into their papers here in the

18   1782 proceeding so we didn't have anything to respond to.  So

19   on its face you say, OK, how do these real estate transactions

20   relate to making sure Christian can't hold himself out as a

21   director.  Well, whether or not he is a director, it appears to

22   us, relates to the shareholders' resolutions, governing

23   documents.  So without an explanation of what use they intend

24   to make of this discovery, which at this point has been

25   tailored to the real estate transactions upon revision from the
```

1    previous application, there just wasn't anything to respond to.

2              THE COURT:  Let me ask Ms. Saviss something.  Is the

3    scope of the information that you seek for the Guatemalan

4    proceeding, assuming that what I was going to give you is

5    documentation that relates to the real estate claim, are you

6    seeking a different scope or a broader scope for BVI or is it

7    the same documentation?

8              MS. SAVISS:  Your Honor, it is the same documentation

9    because, again, as explained -- and I disagree with the

10   respondent -- we have sufficiently argued that we are going to

11   use these documents for the counterclaims, one of the

12   counterclaims being an injunction preventing Christian from

13   holding himself out as a director of Multiflora.  In order to

14   do that, your Honor, we need to show Christian's wrongdoing and

15   unlawful acts, and in order to do that we need documentation --

16             THE COURT:  Their argument on the BVI is that the

17   application goes to the Guatemalan proceedings.  There is now

18   thrown in this BVI proceeding, but their argument is, in terms

19   of from a procedural posture, that that really hasn't been

20   fully litigated because it has kind of been a little bit of an

21   aside and it is not part of the second amended application.

22   (Inaudible)

23             MS. SAVISS:  I'm so sorry, your Honor.  I can't hear

24   you.  I apologize.

25             THE COURT:  No, it is OK.  Let's stop.

```
 1              (Pause)

 2              THE COURT:  OK.  So I'm looking at your second amended

 3    application.  In the second amended application, on page 11,

 4    you say:  "The discovery sought as well as the claims pending

 5    in the BVI proceeding."

 6              MS. SAVISS:  Your Honor, if I may.

 7              THE COURT:  Hold on.  The noise is back.

 8              MS. SAVISS:  OK.  Sorry.

 9              (Pause)

10              THE COURT:  OK.  So here, as the second amended

11    petition stands, you had not yet filed the counterclaim, but

12    there you do say:  "After Multiflora is successful in

13    convincing the BVI court to dissolve the ex parte freezing

14    order, Multiflora will assert counterclaims in that

15    proceeding."

16              So their point is, look, as of the supplemental

17    application, which is what's before the court, there was no

18    counterclaim.  You were arguing that you needed it in response

19    to the BVI proceeding, not for any counterclaim.

20              MS. SAVISS:  Your Honor --

21              THE COURT:  I think what Mr. Mays is suggesting is you

22    have to file a different application if you want documents for

23    the BVI proceeding.  That is why I asked you is it the same

24    documentation.  If I give you the documentation for Guatemala

25    based on the Guatemala theory, are there other documents that
```

1    you're going to seek?  Because if there are, then I'm hearing

2    Mr. Mays say you've got to file again.  If it is the same --

3    and so that's my question.  Is it the same scope.  I think I

4    heard you say it is.  Correct?

5          MS. SAVISS:  Yes, your Honor.  Again, we're seeking an

6    injunction from preventing Christian to hold himself out as

7    director, and all the actions of Christian related to the

8    Guatemalan proceedings, including his unlawful acts of the

9    transfers of properties, they all relate to this injunction

10   that we're seeking, and we do need to refute Christian's

11   freezing order that he currently has against us by showing the

12   court that he was not wrongfully removed as the director, that

13   he was removed by legitimate means because he was committing

14   unlawful acts.

15         THE COURT:  Mr. Mays, it is the same documentation

16   that they would get for the Guatemalan proceedings.  Why does

17   it matter?

18         MR. MAYS:  Yes.  Your Honor, because we didn't even

19   know what claim in BVI their application purportedly related to

20   until their reply, there are *Intel* factors that -- for example,

21   the parties have submitted declarations from their Guatemalan

22   counsel or Guatemalan specialists that bear on some of these

23   *Intel* factors.  We haven't done that because we didn't even

24   know the scope of what it was that they were alleging that they

25   needed this documentation for in BVI.

1          What we would do, if they properly substantiated it

2     and if it was included in their application, is submit evidence

3     that relates to, OK, are there discovery mechanisms available

4     in the BVI through which they could obtain this documentation,

5     what is the status of the proceedings.  There are factors that

6     bear on the court's exercise of its discretion that we didn't

7     have an opportunity to even --

8          THE COURT:  I understand, but that is not my question

9     to you.

10          MR. MAYS:  OK.

11          THE COURT:  My question to you is, if they get the

12     documents pursuant to the Guatemalan proceeding, if I just rely

13     on the Guatemalan proceeding, what I'm hearing Ms. Saviss say

14     is it will be fine because whatever I give them for Guatemala

15     is what they are going to use in BVI.  So there is no

16     additional documentation in BVI.  I don't know if they would be

17     precluded from using it in BVI, but if I give it to them under

18     the Guatemala theory, there is no additional scope, if you

19     will, right?

20          MR. MAYS:  It sounds like if that is their

21     representation that that's correct, that they are not going to

22     increase the scope for BVI.

23          One point that we would raise, your Honor, and I

24     believe we reserved it in our papers, is that we would request

25     your Honor to limit any discovery that is ultimately ordered to

1   the foreign proceedings that satisfy the 1782 requirements.

2   That is why our lack of opportunity to respond to their

3   supposed need for this discovery in BVI takes on an added

4   element, and I don't know if we have gotten to the point where

5   your Honor would like to entertain argument on that.  But we

6   believe that discovery should be limited, that its use should

7   be limited.

8           THE COURT:  I know.  Even if I limit it, if it is

9   discovery that turns out to be useful, they will just come back

10  with another 1782 application.  They will say, we already have

11  these documents; we know that they're relevant; we can use them

12  in the BVI; let us use them in the BVI.  Maybe that is

13  something that I will require them to do, but it will make them

14  jump one more hoop before they get to BVI at best, right.

15          OK.  Let's move on to the next argument that I'm still

16  interested in, which is the argument with respect to Christian

17  being in possession of documents and whether or not he's

18  already a party.

19          So, Mr. Mays, let's all get on the same page here,

20  Mr. Mays and Ms. Saviss on this, because I have read the case

21  law, and there was a case to say I think we are all ships that

22  pass in the night here as to what we need.

23          If Christian is a party to a Guatemalan proceeding and

24  the Guatemalan proceeding continues to mature and the

25  prosecutor in Guatemala can compel him to produce the documents

1    that are being requested from Jacobi, Cart, BoA, and Morgan

2    Stanley, then I hear you, Mr. Mays, that we don't need a 1782

3    application.  The discretionary factors, at least that

4    discretionary factor bodes in your favor because this is

5    documentation that he will provide should he be required to

6    provide it, right.  If he's asked for it, he is going to give

7    it.  He is going to give them BoA, he is going to give them

8    Morgan Stanley.  He is the party that can provide the

9    information for Jacobi in part and will do so.

10          I am not sure that that is what you are saying.  So it

11   is true that, and I think the plaintiffs or the applicants are

12   right on this, the fact that Christian is a party to the

13   Guatemalan action doesn't necessarily mean that the Guatemalan

14   authorities will be able to compel, let's say, the Jacobi

15   documents or the Cart documents.  The same would be true here.

16          They could sue somebody for fraud here and the fact

17   that that person happens to be the director or the records

18   custodian for that matter of XYZ company doesn't mean you're

19   going to get discovery of XYZ company.  You're going to have to

20   prove to a court that, yes, that person is in possession of

21   those documents, but you still have to prove that those

22   documents are relevant or that those documents can be compelled

23   because Jacobi, Cart, BoA, and Morgan Stanley obviously aren't

24   parties to the action; you are going to have to show some

25   relevance, right, before you get the documents.

1          The fact that he might have access as the corporate

2    representative to some documents isn't the same thing as a

3    third-party subpoena would be, right, to that entity.

4          So I have read your submissions a number of times here

5    and I looked at the notes I have for the last proceeding.  Is

6    it your position that Christian will not object to producing

7    the Jacobi, Cart, BoA, and Morgan Stanley documents when the

8    time comes, if the time comes, in Guatemala?

9          MR. MAYS:  Your Honor, that is our position.  I think

10   you summarized it well.

11         The other thing I would add to that is that

12   Mr. Linares' declaration, we believe, covered the fact that the

13   documentation that they seek would be subject to compulsion in

14   Guatemala and was uncontradicted by any of the declarations

15   applicant submitted.  But you are correct that Christian is

16   saying that he possesses the documents and that if it comes to

17   that, gets to that point in the foreign proceedings that he is

18   open to producing them.

19         THE COURT:  All right.  Ms. Saviss, so then respond to

20   the jumping-the-gun argument because you have it here on the

21   record they will produce the documentation, the documents that

22   you're requesting when the Guatemalan authorities request it.

23   There is not going to be an objection.  So what is your

24   response to the jumping-the-gun argument?

25         MS. SAVISS:  Yes, your Honor.  So first, your Honor, I

1    mean, we've all read the case law.  There's different discovery

2    standards for corporations and for individuals, and personal

3    and corporate knowledge are different.  There is the collective

4    knowledge of agents, counsel, and information of the records.

5    In addition to that, if we were to rely on this argument that

6    the foreign litigants would just produce the documents, it

7    would completely obliterate the need for 1782 applications.

8            THE COURT:  No, it would not.  Counsel, it would not.

9    It would absolutely not.

10           So let me tell you what a 1782 application would not

11   be obliterated for, which is if Christian has no authority over

12   Jacobi, if Christian had no authority over the Bank of America

13   documents that you seek or accounts that you seek because he is

14   not a signatory to those accounts.  These are accounts that you

15   have evidence or that would support your theory or are

16   necessary for this foreign proceeding but he has no control

17   over them.  That is what the 1782 application was intended to

18   do.  It certainly would not obliterate the statute, right.

19           So that is the argument I want you to address.

20           You have counsel saying everything you're looking for

21   on Jacobi, Cart, BoA, and Morgan Stanley is something that

22   Christian has authority to produce.  He's got authority to

23   produce it on behalf of Jacobi, right, because he is a director

24   there.  He's got the authority to produce it on behalf of Cart

25   Investments, and he's got signatory authority over BoA and

```
 1   Morgan Stanley over the accounts that you seek, and so he can

 2   produce all of that in the Guatemalan proceedings.  That is

 3   what they have just represented.

 4        So if that is true, why should I exercise under the

 5   discretionary standard the court's authority to give you

 6   documents that Mr. Mays is saying they will give the Guatemalan

 7   authorities, that the Guatemalan authorities can, A, collect

 8   it -- and if you have argument to that, of course I'll hear

 9   it -- they're saying the Guatemalan authorities can collect

10   this and when they ask for it, we will give it to them.

11        So what is your response to that?

12        MS. SAVISS:  Yes, your Honor.  So as far as stating

13   that the Guatemalan authorities can collect it, we disagree

14   with that.  The expert, Mr. Linares Beltranena, in his

15   declaration makes a very blanket statement that, and I quote,

16   there are discovery mechanisms that the court can use to obtain

17   discovery from Christian.  They do not describe what these

18   mechanisms are nor do they state whether they would include the

19   discovery sought from Jacobi International, Cart Investment,

20   Bank of America or the Morgan Stanley companies here in the

21   U.S.

22        Further, a party is not required to rely on their

23   adversary's search for documents, especially when these

24   documents, we believe, are incriminating to the respondents.

25        Also, your Honor, I'd like to bring to the attention
```

```
 1        of the court that in the same way, very similar to the U.S.

 2        criminal proceedings how an individual is not required to

 3        produce anything to incriminate himself, per Article 16 of the

 4        Constitution of the Republic of Guatemala, in a criminal trial

 5        no person can be obligated to incriminate himself.  So per the

 6        Constitution, Christian is not obligated to produce any

 7        incriminating evidence, and we believe that this evidence is

 8        going to be incriminating.

 9               Further, your Honor, I believe --

10               THE COURT:  Hold.  You have to slow down a little.

11               MS. SAVISS:  Sorry.

12               THE COURT:  He's waived it.  He's waived it.  He's

13        saying if Guatemala asks for this, I'm going to waive it, I'm

14        going to produce all of this.  So that is the argument I need

15        you to respond to.

16               Is it your understanding that under Guatemalan

17        procedures the Guatemalan authorities will not be able to

18        request this of Christian?

19               MS. SAVISS:  Under Article 16, it is my understanding

20        that they cannot obligate Christian to incriminate himself, no,

21        they cannot.

22               THE COURT:  That is not my question.  Ma'am, that is

23        not my question.

24               MS. SAVISS:  Sorry.

25               THE COURT:  He is waiving that.  He is going to waive
```

1    that.  He's just said he will produce it.  So forget the

2    incrimination issue for a second, right, because he is not

3    going to -- I mean, it is his theory that it is not going to

4    incriminate him, right, that this is not incriminating and he

5    is not going to assert that defense.  Let's say that is the

6    position.

7            MS. SAVISS:  OK.

8            THE COURT:  If it is not incriminating or if he is not

9    going to assert that, counsel stated here on the record that

10   they'll produce it in Guatemala.  So if they are going to

11   produce it in Guatemala, why would I exercise the authority of

12   the court to make these entities -- I mean, Jacobi and Cart, as

13   best I can tell, are still going to be Christian, right.  When

14   I authorize the production of documents as to Jacobi and Cart,

15   you're going to get them from Christian.  You're not getting

16   them from anybody else, right?  He's the only person that has

17   authority on them.  BoA and Morgan Stanley, of course, are

18   different.  Although if he is a signatory of the accounts, he

19   could have given them to you as well.

20           So what is your argument?  Take out the incrimination

21   argument for a minute.  What is your argument then there?

22           MS. SAVISS:  Yes, your Honor.  So my argument -- I

23   have a few -- a party is not required to rely on their

24   adversary's search of documents under 1782.

25           My other argument is that in the Eleventh Circuit

1    possible discovery through other avenues is an insufficient

2    reason for a court to deny an application.

3            My third argument, and this is just more of experience

4    that I have had with Christian's counsel himself and

5    Christian's company in the Caban case, it took them months and

6    months under a joint stipulation before the court made a ruling

7    to produce certain documents to us.

8            In the end, they still did not produce all of the

9    documents, and they admitted that they had the documents.  They

10   said that they were going to withhold the documents until the

11   court finally granted in part our application, where then they

12   were forced to give up the documents.

13           In addition to that, there was some conduct of

14   dishonesty there when Christian lied or Caban lied about the

15   Gaia Investment Holdings being a bona fide third party when

16   they were the companies of his daughters, your Honor.  I don't

17   think we should have to rely on Christian when he's shown that

18   he has not been cooperative with us even in these 1782

19   applications, even with a court-filed joint stipulation.

20           Again, your Honor, I do not believe that we should

21   have to rely on Christian's promise to give up these

22   incriminating documents.

23           THE COURT:  All right.

24           Mr. Mays, any response?

25           MR. MAYS:  Yes, your Honor.

```
 1              First thing, counsel is conflating Christian and
 2   Caban.  We do not represent Caban.  So I don't know what
 3   counsel's experience has been with obtaining documents in an
 4   entirely different 1782 proceeding, but Caban keeps coming up.
 5   What I will say is that applicants, not only for this argument
 6   but I heard them mention it before when discussing BVI, are
 7   asking the court to look at these specific interactions between
 8   Multiflora and Caban as evidence that supposedly substantiates
 9   the appropriateness of the application here.  The court isn't
10   looking to the merits of the allegations when it comes to
11   evaluating the application.  If it is, respondents have a lot
12   more to say and a lot more briefing is necessary because the
13   transactions, even in that proceeding, are being
14   misrepresented.  I think I'll leave it for purposes of this
15   point at whatever dealings they've had with Caban are not
16   dealings with us.  So I want to make that very clear on the
17   record.
18              As your Honor pointed out, the applicants state that a
19   party is not required to rely on their adversary's search for
20   documents.  Well, if the subpoenas are authorized as to Jacobi
21   and Cart, it's unclear what applicants believe would happen.
22   Because as your Honor pointed out, Christian would be the one
23   who is searching documents for anything that might be
24   responsive to the request.  To the extent documents are
25   responsive to the request, Christian will be the one searching
```

```
 1    and compiling.  So it is unclear what their understanding is as
 2    to what would happen.
 3              Those would be our responses to that.
 4              THE COURT:  All right.  I mean, I think that could be
 5    the point for Jacobi or Cart.  Whether Guatemala has asked for
 6    it or not, it is still Christian.  That is not obviously the
 7    argument for Bank of America or Morgan Stanley.  While Morgan
 8    Stanley and Bank of America are going to get a subpoena, you're
 9    going to compile the documents.  So that's very different than
10    Christian saying I'll give you what I've got for Bank of
11    America and Morgan Stanley because he can decide to give them
12    two accounts as opposed to five.  If the subpoena is directly
13    to Morgan Stanley or BoA, obviously that can't happen.
14              MR. MAYS:  Correct, your Honor.
15              THE COURT:  Right.  So let me move to the last
16    argument that I want to hear argument about which is the scope.
17              So obviously these subpoenas are very different than
18    the ones I had initially.  Mr. Mays, let's assume for argument
19    sake what I allow is evidence with respect to the real estate
20    transactions, that there are Guatemalan -- I'm satisfied that
21    there are Guatemalan proceedings that relate to that, that they
22    are sufficiently mature or existing based on your
23    representations, in fact, as well.  If I allow discovery as to
24    the real estate transactions, then I know you've got some
25    argument that you have already made in your written pleadings.
```

1    Any other arguments on these subpoenas and why these subpoenas

2    would still be too broad if we're only dealing with real estate

3    transactions?

4            MR. MAYS:  No, your Honor.  The arguments that are

5    made in the response are the specific requests that are

6    discussed in the response.  One would be the documents that

7    relate to the accounts at Christian's wife's company and then

8    two other requests that we believe were overbroad because they

9    were encompassed within another request would be our arguments

10   as to scope, other than, obviously, these factors overlap quite

11   a bit.  And to the extent that Christian's in possession of the

12   documents, as we pointed out, courts typically find that if the

13   court finds that documents are being sought directly from a

14   participant that they are by their very nature unduly

15   burdensome, but we would leave it at that.

16           THE COURT:  Right.  I mean, I hear you on that

17   argument.  I think that there are some other issues there as

18   well.  That is the only argument that I don't think it goes

19   well necessarily for the respondent.  I don't think that that

20   would be sufficient in and of itself.

21           All right.  So I have heard the arguments I needed to

22   hear based on my review of the documents.  You thankfully

23   addressed the specific questions that I still had outstanding.

24           So I will give the floor to each one of you for a few

25   minutes.  If there is anything else that you think I really

1    need to hear before I rule, then this is your moment.  If you

2    think I've heard it all already, that's fine too.

3             Ms. Saviss, anything that you want to add?

4             MS. SAVISS:  I just wanted to, your Honor, respond to

5    the last thing that respondent's counsel stated.

6             Again, these document requests, as you know, we have

7    substantially narrowed them, as requested by the court, to

8    really just be tailored to the issues at hand.  As you read,

9    all of the individuals that are mentioned, it's all of the ones

10   that are involved in the foreign proceedings.

11            As far as Sanacaj, which is Christian's wife's

12   company, as we explained in our brief, your Honor, Christian

13   has been transferring some of Multiflora's properties and

14   assets to different companies, including companies that he is

15   not a particular owner of, such as Gaia Holdings, where he

16   transferred Multiflora's assets to.  So that is why we included

17   Sanacaj, your Honor.

18            So in addition to that, again, I would just like to

19   emphasize, especially with respect to what we have dealt with,

20   respondents' counsel states that Caban has nothing to do with

21   this or with Christian, that Christian has an ownership

22   interest in Caban and he works with the counsel there as well,

23   in addition to his daughter Alexandra Rasch, with producing the

24   discovery.  So the lack of transparency in the documents and

25   the lack of willingness to produce the documents did involve

1    Christian without the court order.

2           It would be very troublesome, your Honor, if our

3    clients had to rely on Christian, who has been engaging in all

4    these unlawful fraudulent acts to voluntarily give up

5    incriminating evidence without the court order because, as

6    we've seen in the Caban case, they did not give up the

7    documents or at least all of them until the court ordered them

8    to do so.

9           THE COURT:  So let me just say that my inclination

10   would be, if I were to rule in your favor on that, that I would

11   probably limit these subpoenas a little bit more with respect

12   to these other entities.

13          Obviously you are going to get, if you get the other

14   documents, right, you're going to be able to come back to the

15   court and say, look, the documents we got from BoA or Morgan

16   Stanley show there is a transfer to this company, that company,

17   X, Y, right.  You're going to be able to show or not.  But if

18   you're able to show movement out, then you can always come back

19   and say, look, the subpoena needs to be broader because it is

20   not just that we think he is defrauding other companies and

21   sending the information to his family, we've got these bank

22   records that substantiate that, and you could come again.

23          The same if I limited your ability to use these in

24   Guatemala, right.  Once you got them, it would be pretty easy,

25   I would think, if they substantiate what you think they will,

1    to come back and say, we've got them, we see them, we'd like to

2    use them in BVI because, here's our counterclaim in BVI now,

3    here's your argument in BVI, and they can come back and say,

4    well, no, you can't use them in BVI for X, Y and Z reason and

5    then I could rule on that.

6              So it wouldn't preclude you from using them or getting

7    more later.  The question is whether that is your burden and

8    what you have met your burden on with respect to the subpoenas

9    I allow.

10             All right.  Mr. Mays, let me hear any further argument

11   from you on any issue.

12             MR. MAYS:  Thank you, your Honor.

13             Our position, your Honor, is this application, even

14   after several amendments now, has serious, serious red flags

15   that are actually growing and that we believe should give the

16   court pause in exercising its discretion here.

17             One point we didn't talk about is, from our status

18   point last night, this past week applicants' lawyer in

19   Guatemala that filed the private criminal complaints on behalf

20   of applicants was arrested for money laundering.  All along we

21   have been telling the court that applicants' case has been

22   relying on false attestations, and now we have their lawyer

23   being arrested on these charges that appear to include the

24   falsification of documents.

25             This isn't the type of proceeding where there is a

1    docket and parties can simply go on and review a lawyer's

2    submissions to make sure they're accurate.  This lawyer has

3    been interfacing, our understanding is, with the MP on

4    applicants' behalf, and now we have even greater concerns than

5    we have had all along that are surely going to be raised and

6    hopefully reviewed by the prosecutors overseeing these

7    investigations in the coming days and weeks.

8            The other thing is the development that we discussed a

9    little bit relating to the court's authorization for a document

10   seizure that has taken place this week.  We expected to have

11   some more insight into the authorization -- the legal

12   representative issue we discussed a little bit.

13           Then the other factor we didn't discuss under the

14   *Intel* factors -- it overlaps a little bit with what we

15   discussed, but the third factor which is, as your Honor

16   observed at the last hearing, 1782 is not intended to be used

17   as a tactical maneuver to sort of jump the gun on discovery

18   abroad.  As applicants have pointed out, it's not necessarily a

19   requirement that they first avail themselves of all foreign

20   discovery mechanisms, but when that is not the case, your

21   Honor, what we see in the case law is applicants typically have

22   some explanation for why they're not waiting for the right

23   moment abroad to seek 1782 discovery.  Courts ask what efforts

24   have been made abroad, what is the purpose for which the

25   discovery is being sought under 1782 at this stage instead of

1   waiting.  We submit, from reading the papers and hearing

2   argument, applicants don't really have answer to these.  They

3   just sort of say that they don't need to have answers.

4          So we don't think there is a reasonable explanation

5   for why they have jumped the gun and are attempting to obtain

6   discovery rather than waiting in these foreign proceedings.

7          The fact that the BVI proceeding is pending while the

8   statutory requirements we don't submit are met because we

9   believe that they haven't shown that they are for use in those

10  proceedings, the pendency of those proceedings actually

11  underscores the question why are we here in the United States.

12  Christian is now litigating on three different fronts.  It is

13  yet another forum in which these parties are litigating and

14  where there are discovery mechanisms.  So we believe the third

15  factor also weighs against granting this application.

16         So I guess that's it, your Honor.  I mean, in closing,

17  from our perspective what you have here is an application that

18  these foreign proceedings are based on private criminal

19  complaints in Guatemala, that are submitted by a lawyer who has

20  now been arrested for money laundering, all under the authority

21  of a legal representative whose very status as a legal

22  representative is being challenged and we have good reason with

23  these recent developments to believe is not even authorized to

24  act for the entities, and then under this very representative's

25  authority, these applicants are running to this court for

1    discovery while still in the investigatory stage in order to

2    take advantage of 1782, all for discovery that the foreign

3    adversary, Christian here, attests that he has in his

4    possession and would produce.  By the way, the discovery is

5    highly-sensitive financial data.

6         So all of these factors to us add up to a textbook

7    example of what 1782 is not for, and so we would request that

8    the court exercise its discretion to deny the application.

9         THE COURT:  So look, I'm sensitive to a couple of

10   issues.  One is the argument of jumping the gun, right.  I

11   think I might have said this at the last hearing.  I don't

12   think 1782 is meant for that.  If it were, we would be

13   conducting pretrial discovery all the time in Miami for a

14   significant part of both criminal and civil litigation in

15   Central and South America.  So I hear you on that.  I'm

16   sensitive to it.  I think that is an important issue and one

17   that I take under great consideration.  So it is not like I'm

18   not hearing you on that.  I'm hearing you on the issue of this

19   lawyer that was arrested, these criminal complaints.  I mean, I

20   voiced those concerns the first time as well.

21        There is no doubt that there is a lot of messiness

22   going around here.  That said, at the end of the day I have got

23   to come back to what the factors are, whether the factors have

24   been met, and whether or not it is appropriate to provide some

25   information based on what factors were met.

1          So I can sit here and say, well, there is stuff about

2     this representative that doesn't seem great or there is some

3     issue with it or there is some litigation in Guatemala around

4     something that could eventually lead to this representative

5     having an issue, but that is just not where we are right now.

6          It does seem by your concession as well that there has

7     been some progression in the maturation of issues in Guatemala.

8     Maybe that is not where you are or where they are at with BVI,

9     but there is in Guatemala.  Yes, it is true that Christian can

10    provide some of this information, but I am not so sure that

11    that alone wins the day given the scope of the information and

12    the kind of information that they are seeking.

13         So I am not ready to rule yet.  I am going to look at

14    the petition again.  I am going to look at some of the

15    affidavits that were filed again before I make a final

16    decision.

17         I suspect you will have something relatively soon, and

18    I expect that you would have some response for September 30th.

19    Although I don't think it is going to happen that you are going

20    to get a response from me.  It will have to be by report and

21    recommendation.  There is still going to be an objection period

22    there has to be before Judge Martinez.  He is going to have to

23    rule.  Then if you issue those subpoenas, I don't see any time

24    frame in which you are going to have them back for a September

25    30th hearing if I were to rule in applicants' favor.  Although,

1    I have to tell you, I am not entirely convinced on the BVI at

2    all given what I have seen in any event.

3         I tell you that to say that although we've got it on

4    the front burner and we expect to do this quickly, I don't

5    think that September 30th date is going to be a viable date.  I

6    have to say, what I heard today did not convince me on the BVI

7    issue.  It is one of the things I want to go back and read more

8    on, read the submissions again with specificity on the BVI

9    issue.

10        So at any rate, like I said, we will try to do our

11   best to get you something sooner rather than later.

12        I appreciate everybody on the phone today giving me

13   your answers.  It was very, very helpful for me.  I appreciate

14   everybody grinning and bearing it with the noise.  I don't know

15   what that noise was.  Whatever it was, I appreciate everybody

16   kind of doing this.  These phone hearings are very, very

17   difficult in part because I like to be interactive, I like to

18   ask questions.  Because we are on the phone and it is a

19   speaker -- sometimes I'm talking -- it feels like people are

20   talking over me or you're talking or I'm talking over you, and

21   it is a function of the phone.  It is not a function of the

22   quality of the lawyering or whether the lawyers are doing the

23   right thing or not.  It is kind of what we are living with with

24   the pandemic.  It can get a little frustrating.

25        I appreciate everybody kind of grinning a little bit

1   and bearing through it and doing the best they can because

2   obviously they are not great circumstances to have to do these

3   things when we can't do them in person, but I appreciate it.  I

4   thought it was very helpful and I appreciate the parties being

5   prepared and answering my questions.

6          You all be safe and you will be hearing from us soon.

7   Thank you.

8          MR. MAYS:  Thank you, your Honor.

9          MS. SAVISS:  Thank you, your Honor.

10         (Adjourned)

11

12                   C E R T I F I C A T E

13

14     I hereby certify that the foregoing is an accurate

15   transcription to the best of my ability of the digital audio

16   recording in the above-entitled matter.

17

18   September 13, 2021      s/ Joanne Mancari
                             Joanne Mancari, RPR, CRR, CSR
19                           Court Reporter
                             jemancari@gmail.com
20

21

22

23

24

25

MR. LINDSAY: [1]  3/14
MR. LINDSEY: [1]  3/7
MR. MAYS: [28]  3/21 4/2 6/14 7/14 8/12
8/23 9/13 10/11 10/20 11/1 11/11 11/22
25/14 27/3 27/20 28/17 34/3 35/3 35/8
38/18 39/10 39/20 42/9 47/25 49/14 50/4
53/12 59/8
MS. SAVISS: [52]  3/11 5/13 5/17 6/10
7/21 13/3 13/17 13/25 14/15 15/7 18/10
18/20 18/25 19/7 19/15 20/9 20/12 21/13
22/1 22/8 22/11 22/22 23/2 23/11 23/14
23/19 24/13 24/24 28/23 30/1 30/10
30/13 30/17 31/1 31/13 32/20 33/4 36/8
36/23 37/6 37/8 37/20 38/5 42/25 44/12
45/11 45/19 45/24 46/7 46/22 51/4 59/9
THE COURT: [82]
THE DEPUTY CLERK: [1]  3/3

# 0
0186 [1]  19/19

# 1
11 [1]  37/3
12th [2]  26/12 26/13
13 [1]  59/18
16 [2]  45/3 45/19
1782 [19]  31/24 32/4 32/11 35/18 40/1
40/10 41/2 43/7 43/10 43/17 46/24 47/18
48/4 54/16 54/23 54/25 56/2 56/7 56/12
1999 [1]  1/19
19th [1]  26/16

# 2
20 [1]  3/3
20-MC-24198-JEM [1]  1/2
2021 [3]  1/6 30/13 59/18
20th [1]  26/16
23 [3]  13/7 13/18 20/14
24198 [1]  3/3
28 [1]  30/13

# 3
305-400-4260 [1]  2/5
305-459-6500 [1]  1/16
30th [9]  29/6 29/14 30/5 30/20 30/24
34/5 57/18 57/25 58/5
310-785-4600 [1]  1/20
33131 [2]  1/16 2/5
38-7 [1]  22/22

# 4
4260 [1]  2/5
4600 [1]  1/20

# 5
59 [1]  1/9

# 6
600 [1]  1/15
6500 [1]  1/16

# 9
90067 [1]  1/20

# A
ability [3]  9/11 52/23 59/15
able [11]  21/10 22/6 22/10 31/12 32/22
34/23 41/14 45/17 52/14 52/17 52/18
about [16]  4/9 10/6 10/6 11/8 11/8 13/8
18/22 18/24 16/24 17/4 17/8 25/19 47/14
49/16 53/17 57/17
above [1]  59/16
above-entitled [1]  59/16
abroad [3]  54/18 54/23 54/24
absolutely [4]  22/1 31/1 32/12 43/9
accept [1]  21/22
accepted [2]  21/21 24/4
access [3]  14/3 29/1 42/1
accessing [1]  31/4
account [1]  29/1
accounts [8]  31/8 43/13 43/14 43/14
44/1 46/18 49/12 50/7
accurate [4]  11/20 11/22 54/2 59/14
act [3]  6/23 11/2 55/24
action [8]  8/18 10/9 10/15 14/11 14/23
16/12 41/13 41/24
actions [2]  33/3 38/7
active [6]  25/15 26/21 27/6 27/9 28/9
28/14
activities [1]  27/11
activity [1]  24/20
acts [5]  29/19 36/15 38/8 38/14 52/4
actual [2]  12/24 15/13
actually [8]  15/1 22/21 27/1 27/17 27/24
34/14 53/15 55/10
add [3]  42/11 51/3 56/6
added [1]  40/3
addition [7]  29/16 30/4 32/10 43/5 47/13
51/18 51/23
additional [3]  6/12 39/16 39/18
address [4]  12/25 18/11 25/18 43/19
addressed [2]  4/9 50/23
addresses [1]  13/12
addressing [1]  5/19
Adjourned [1]  59/10
admitted [1]  47/9
advantage [1]  56/2
adversary [1]  56/3
adversary's [3]  44/23 46/24 48/19
affidavit [8]  12/7 12/7 12/10 22/5 22/21
24/8 24/9 25/3
affidavits [1]  57/15
affirm [1]  18/16
affirmative [1]  10/9
affirmed [2]  20/15
after [7]  4/19 23/1 32/7 32/11 35/10
37/12 53/14
again [19]  3/13 4/3 8/6 8/8 9/1 11/21
18/12 29/19 33/10 36/9 38/2 38/5 47/20
51/6 51/18 52/22 57/14 57/15 58/8
against [10]  12/16 12/17 12/25 13/23
14/23 23/24 24/20 25/5 38/11 55/15
agency [2]  12/15 12/15
agent [2]  12/18 16/23
agents [1]  43/4
agree [1]  7/3
ahead [3]  8/3 20/10 20/11
al [3]  1/4 1/8 3/4
Alexandra [1]  51/23
all [60]
allegation [1]  16/4
allegations [6]  20/12 29/10 34/11 35/15
35/16 48/10
alleged [1]  28/11
allegedly [1]  28/5
alleging [4]  7/6 29/9 34/9 38/24
allow [3]  49/19 49/23 53/9
allowed [1]  16/7
alone [1]  57/11
along [2]  53/20 54/5
already [8]  9/24 23/13 34/10 52/25 49/10
40/18 49/25 51/2
also [5]  15/13 25/22 31/22 44/25 55/15
although [6]  14/1 23/2 46/18 57/19 57/25
58/3
ALVIN [2]  1/14 3/7
alvin.lindsay [1]  1/17
always [2]  23/4 52/18
ALYSSA [3]  1/18 3/9 3/14
alyssa.saviss [1]  1/21
am [21]  4/13 4/14 4/16 4/17 4/21 5/3
7/16 8/6 9/2 15/19 16/19 21/14 25/8
27/5 33/11 41/10 57/10 57/13 57/13
57/14 58/1
amend [1]  12/8
amended [4]  4/10 35/10 36/21 37/2 37/3
37/10
amendment [2]  16/8 16/11
amendments [1]  53/14
America [7]  32/15 43/12 44/20 49/7 49/8
49/11 56/15
Andrè [1]  18/21
Angeles [1]  1/20
another [6]  16/25 31/23 32/2 40/10 50/9
55/13
answer [9]  4/22 9/9 9/10 9/13 10/8 14/9
15/17 25/22 55/2
answering [1]  59/5
answers [3]  4/13 55/3 58/13
anticipate [1]  10/1
any [27]  5/18 6/12 8/7 8/9 8/11 9/8 10/18
10/22 12/10 12/15 13/15 15/19 16/25
18/3 22/4 32/12 37/19 39/25 42/14 45/6
47/24 50/1 53/10 53/11 57/23 58/2 58/10
anybody [3]  12/3 17/21 46/16
anything [11]  5/3 12/19 12/19 16/24
19/25 35/18 36/1 45/3 48/23 50/25 51/3
apologize [2]  14/16 36/24
apparently [1]  15/2
appear [1]  53/23
appearances [3]  1/13 1/22 3/5
appears [2]  19/16 35/21
applicant [4]  5/4 9/12 31/5 42/15
applicants [22]  5/6 6/5 25/21 25/23 26/2
26/12 27/22 29/7 29/10 34/6 34/8 34/13
34/24 41/11 48/5 48/18 48/21 53/20
54/18 54/21 55/2 55/25
applicants' [5]  7/3 53/18 53/21 54/4
57/25
application [46]  1/3 3/4 4/4 4/10 5/7 5/18
6/21 7/18 12/6 12/9 12/9 13/5 15/15
15/22 18/7 21/12 28/12 28/24 31/2 31/25
32/4 32/12 34/8 34/10 35/10 36/1 36/17
36/21 37/3 37/3 37/17 37/22 38/19 39/2
40/10 41/3 43/10 43/17 47/2 47/11 48/9
48/11 53/13 55/15 55/17 56/8
applications [2]  43/7 47/19
appointed [1]  6/20
appointment [19]  7/6 7/7 7/11 8/14 8/16
8/21 9/8 9/19 10/3 10/5 10/6 10/7 10/16
10/17 10/21 10/25 11/1 11/6 11/10
appreciate [6]  58/12 58/13 58/15 58/25
59/3 59/4
appropriate [2]  8/11 56/24
appropriateness [1]  48/9
April [1]  13/7
are [133]
areas [1]  4/8
aren't [1]  41/23

**A**

argued [1]  36/10
arguing [1]  37/18
argument [39]  4/1 4/16 4/17 4/20 6/12
 16/6 16/8 21/3 25/4 30/23 36/16 36/18
 40/5 40/15 40/16 42/20 42/24 43/5 43/19
 44/8 45/14 46/20 46/21 46/21 46/22
 46/25 47/3 48/5 49/7 49/16 49/16 49/18
 49/25 50/17 50/18 53/3 53/10 55/2 56/10
arguments [8]  5/19 5/24 26/16 29/4 50/1
 50/4 50/9 50/21
around [4]  7/1 15/3 56/22 57/3
arraignment [7]  13/10 18/12 18/14 19/5
 20/13 25/6 25/6
arrested [4]  53/20 53/23 55/20 56/19
Article [4]  45/3 45/19
as [87]
aside [3]  6/2 21/4 36/21
ask [10]  4/17 4/18 4/21 8/4 13/14 13/20
 36/2 44/10 54/23 58/18
asked [4]  18/17 37/23 41/6 49/5
asking [5]  14/11 20/1 20/4 25/18 48/7
asks [2]  23/23 45/13
assert [3]  37/14 46/5 46/9
asserted [1]  35/14
assets [6]  31/16 32/1 32/17 33/19 51/14
 51/16
assume [1]  49/18
assuming [1]  36/4
assured [1]  32/8
at [47]  3/16 5/3 5/9 10/7 10/17 11/3
 11/20 12/2 12/18 14/10 14/16 15/20 19/7
 19/19 19/19 20/2 20/21 23/9 24/11 25/13
 26/1 26/11 26/13 26/24 30/6 30/11 31/18
 35/24 37/2 40/14 41/3 42/5 48/7 48/15
 50/7 50/15 51/8 52/7 54/16 54/25 56/11
 56/22 57/8 57/13 57/14 58/1 58/10
attempting [1]  55/5
attention [2]  16/25 44/25
attestations [2]  9/14 53/22
attests [1]  56/3
attorney [1]  18/14
attorneys [1]  15/12
audio [2]  1/11 59/15
August [7]  13/19 13/24 17/13 19/6 20/8
 22/25 23/7
authorities [10]  17/23 21/22 24/10 41/14
 42/22 44/7 44/7 44/9 44/13 45/17
authority [11]  43/11 43/12 43/22 43/22
 43/24 43/25 44/5 46/11 46/17 55/20
 55/25
authorization [2]  54/9 54/11
authorize [2]  8/18 46/14
authorized [6]  5/17 6/23 9/21 11/2 48/20
 55/23
authorizing [1]  5/7
avail [1]  54/19
available [1]  39/3
Avenue [2]  1/15 1/19
avenues [1]  47/1
aware [1]  26/3

**B**

back [12]  14/18 33/13 34/13 37/7 40/9
 52/14 52/18 53/3 56/23 57/24 58/7
bank [9]  29/1 31/7 32/15 43/12 44/20
 49/7 49/8 49/10 52/21
barriers [1]  23/3
based [8]  7/7 32/6 33/5 37/25 49/22
 50/22 55/18 56/25

basically [1]  27/15
basis [4]  26/11 28/11 31/2 32/25
be [91]
bear [2]  38/22 39/6
bearing [2]  58/14 59/1
bears [1]  8/12
because [59]  4/5 4/8 6/22 7/4 7/9 8/14
 8/19 9/2 9/14 9/23 10/7 11/1 12/6 15/11
 15/25 16/10 16/13 17/8 17/15 17/19
 20/23 22/2 24/5 25/20 25/24 27/5 27/15
 28/10 29/14 30/18 31/1 31/10 32/25
 33/11 36/9 36/20 38/1 38/13 38/18 38/23
 39/14 40/20 41/4 41/23 42/20 43/13
 43/23 46/2 48/12 48/22 49/11 50/8 52/5
 52/19 53/2 55/8 58/17 58/18 59/1
BECERRA [1]  1/12
been [30]  6/19 15/15 20/15 23/4 23/18
 24/2 24/20 26/7 30/2 30/6 31/16 32/1
 33/13 34/22 35/12 35/13 35/24 36/19
 36/20 47/18 48/3 51/13 52/3 53/21 53/21
 54/3 54/24 55/20 56/24 57/7
before [12]  1/12 6/21 6/25 29/3 37/17
 40/14 41/25 47/6 48/6 51/1 57/15 57/22
begin [1]  12/9
behalf [12]  3/8 3/22 5/5 6/23 8/19 9/24
 11/2 12/4 43/23 43/24 53/19 54/4
behavior [2]  29/13 31/6
being [19]  6/4 10/18 10/21 10/25 15/14
 16/6 17/4 24/17 31/7 36/12 40/17 41/1
 47/15 48/13 50/13 53/23 54/25 55/22
 57/8
believe [33]  6/10 9/10 9/13 9/20 10/13
 10/20 11/22 12/24 13/9 13/18 14/24 15/9
 20/18 20/22 22/22 23/7 25/7 26/23 27/8
 35/10 39/24 40/6 42/12 44/24 45/7 45/9
 47/20 48/21 50/8 53/15 55/9 55/14 55/23
Beltranena [1]  44/14
benefit [1]  29/12
best [5]  40/14 46/13 58/11 59/1 59/15
better [2]  14/4 15/17
between [6]  16/17 23/4 26/6 26/13 33/14
 48/7
big [1]  3/17
Biscayne [1]  2/4
bit [9]  23/3 25/21 36/20 50/11 52/11 54/9
 54/12 54/14 58/25
blanket [2]  27/13 44/15
BoA [9]  41/1 41/7 41/23 42/7 43/21
 43/25 46/17 49/13 52/15
bodes [1]  41/4
bona [2]  32/8 47/15
both [1]  56/14
bother [1]  8/2
Boulevard [1]  2/4
Brickell [1]  1/15
brief [1]  51/12
briefing [1]  48/12
bring [3]  5/17 6/6 44/25
broad [2]  10/19 50/2
broader [2]  36/6 52/19
brothers [1]  12/3
building [1]  7/25
burden [3]  21/1 53/7 53/8
burdensome [1]  50/15
burner [1]  58/4
but [63]
BVI [41]  28/20 28/21 28/23 29/25 30/2
 30/4 33/25 34/2 34/7 34/14 34/25 34/25
 35/16 36/6 36/16 36/18 37/5 37/13 37/19
 37/23 38/19 38/25 39/4 39/15 39/16

39/17 39/22 40/3 40/12 40/13 40/14 48/6
 53/2 53/7 53/9 53/4 58/4 58/7 58/7 58/6
 58/8

**C**

CA [1]  1/20
Caban [12]  32/5 32/8 47/5 47/14 48/2
 48/2 48/4 48/8 48/15 51/20 51/22 52/6
California [3]  31/24 32/4 32/7
call [1]  19/10
came [1]  19/8
can [36]  4/22 4/22 10/8 11/7 15/16 16/22
 17/21 18/5 19/19 21/8 21/16 21/25 21/25
 22/19 23/21 23/22 27/13 40/11 40/25
 41/8 41/22 44/1 44/7 44/9 44/13 44/16
 45/5 46/13 49/11 52/18 53/3 54/1 57/1
 57/9 58/24 59/1
can't [10]  14/9 14/16 25/22 32/24 33/10
 35/20 36/23 49/13 53/4 59/3
cannot [5]  5/22 45/20 45/21
care [1]  16/24
careful [1]  26/25
Carroll [1]  30/3
Cart [13]  32/23 32/15 41/1 41/15 41/23
 42/7 43/21 43/24 44/19 46/12 46/14
 48/21 49/5
case [31]  1/2 3/3 5/2 5/15 6/3 6/7 9/12
 13/11 14/7 15/11 16/5 17/21 17/22 18/15
 19/13 19/16 19/25 20/19 22/18 23/17
 25/21 32/24 33/8 40/20 40/21 43/1 47/5
 52/6 53/21 54/20 54/21
cases [2]  13/18 19/21
cause [1]  8/18
Central [1]  56/15
certain [2]  5/24 47/7
certainly [5]  11/14 12/14 12/16 27/14
 43/18
certify [1]  59/14
challenge [1]  26/20
challenged [4]  10/18 10/21 10/25 55/22
challenging [2]  7/5 11/10
chance [1]  26/5
charged [1]  23/21
charges [1]  53/23
Christian [56]  3/23 7/5 8/8 12/25 13/11
 13/23 14/6 14/12 14/23 19/12 20/3 24/20
 25/5 28/24 28/24 29/9 29/11 29/18 31/15
 31/25 32/4 34/15 35/9 35/20 36/12 38/6
 38/7 40/16 40/23 41/12 42/6 42/15 43/11
 43/12 43/22 44/17 45/6 45/18 45/20
 46/13 46/15 47/14 47/17 48/1 48/22
 48/25 49/6 49/10 51/12 51/21 51/21 52/1
 52/3 55/12 56/3 57/9
Christian's [20]  26/5 27/11 29/8 30/25
 31/6 31/14 31/20 31/23 32/7 32/9 33/14
 34/20 36/14 38/10 47/4 47/5 47/21 50/7
 50/11 51/11
Cinco [4]  31/20 31/21 33/16 33/21
Circuit [1]  46/25
circumstances [1]  59/2
civil [2]  3/3 56/14
claim [3]  30/25 36/5 38/19
claims [7]  28/24 29/8 29/22 33/24 33/25
 34/21 37/4
clear [7]  6/25 12/2 14/5 15/9 15/24 18/13
 48/16
clearly [1]  14/10
client [6]  8/8 13/16 15/6 16/15 21/24
 21/25
clients [5]  18/7 19/1 21/9 22/4 52/3

**C**

closing [1] 55/16
cocounsel [5] 18/16 20/16 23/4 25/1 33/13
collect [3] 44/7 44/9 44/13
collective [1] 43/3
come [10] 17/21 33/5 34/13 40/9 52/14 52/18 52/22 53/1 53/3 56/23
comes [4] 42/8 42/8 42/16 48/10
coming [5] 7/19 7/20 7/25 48/4 54/7
commission [2] 9/17 9/18
committing [1] 38/13
companies [12] 5/9 29/12 31/20 31/20 31/23 33/7 33/8 44/20 47/16 51/14 51/14 52/20
company [14] 17/25 31/16 31/17 32/1 32/6 32/8 32/10 41/18 41/19 47/5 50/7 51/12 52/16 52/16
compel [2] 40/25 41/14
compelled [1] 41/22
competitors [1] 17/25
compile [1] 49/9
compiling [1] 49/1
complained [2] 16/3 17/3
complaint [19] 12/5 12/16 13/18 13/19 14/13 14/21 15/1 15/5 16/20 16/22 16/24 17/6 17/12 19/4 19/24 20/14 21/7 27/16 27/24
complaints [19] 13/4 13/8 13/15 13/21 13/24 15/3 15/14 15/24 18/4 19/2 19/3 19/6 20/7 24/7 25/9 25/20 53/19 55/19 56/19
completely [4] 6/3 17/2 23/3 43/7
complex [1] 31/15
compulsion [1] 42/13
concede [5] 26/21 27/6 27/21 28/13 28/18
conceded [2] 20/19 25/7
conceding [7] 25/9 25/10 27/8 27/8 27/18 27/19 27/21
concern [3] 4/9 26/18 26/22
concerns [4] 13/8 13/12 54/4 56/20
concession [1] 57/6
conclusion [1] 19/8
concrete [1] 15/16
conduct [1] 47/13
conducting [1] 56/13
conference [1] 26/12
confirmed [2] 19/9 23/15
conflating [1] 48/1
confusing [1] 25/22
connection [1] 17/19
consider [1] 21/23
consideration [3] 26/25 32/13 56/17
consistent [1] 26/7
Constitution [2] 45/4 45/6
CONT'D [1] 2/1
contained [1] 35/16
contention [1] 7/3
contest [5] 5/20 5/20 5/22
contested [8] 5/22 6/23 7/2 15/15 20/23 20/24 21/1 21/2
contesting [1] 25/15
context [1] 25/24
continued [2] 16/7 34/4
continues [1] 40/24
control [1] 43/16
convince [1] 58/6
convinced [2] 12/5 58/1
convincing [1] 37/13

cooperative [1] 47/18
corp [1] 32/6
corporate [2] 42/1 43/3
corporations [1] 43/2
correct [8] 10/12 10/14 23/1 28/17 38/4 39/21 42/15 49/14
correctly [1] 21/15
could [12] 12/14 14/10 16/8 16/8 16/23 39/4 41/16 46/19 49/4 52/22 53/5 57/4
couldn't [1] 14/3
counsel [26] 3/5 3/19 4/21 18/18 18/19 18/20 18/20 18/24 18/25 19/1 19/2 20/15 26/5 32/7 33/11 34/4 38/22 43/4 43/8 43/20 46/9 47/4 48/1 51/5 51/20 51/22
counsel's [1] 48/3
counterclaim [23] 29/24 29/25 30/1 30/5 30/6 30/9 30/15 30/16 30/21 34/9 34/15 35/2 35/4 35/5 35/7 35/8 35/11 35/13 35/17 37/11 37/18 37/19 53/2
counterclaims [6] 29/8 29/17 29/23 36/11 36/12 37/14
couple [1] 56/9
course [3] 22/11 44/8 46/17
court [45] 1/1 2/9 6/22 8/17 8/18 9/17 9/21 10/12 10/13 11/17 14/22 18/15 23/6 23/23 23/25 24/25 26/3 26/24 29/3 30/18 32/11 37/13 37/17 38/12 41/20 44/16 45/1 46/12 47/2 47/6 47/11 47/19 48/7 48/9 50/13 51/7 52/1 52/5 52/7 52/15 53/16 53/21 55/25 56/8 59/19
court's [3] 39/6 44/5 54/9
court-filed [1] 47/19
courts [4] 13/10 15/13 50/12 54/23
covered [1] 42/12
creating [1] 26/23
crime [2] 9/17 9/19
criminal [10] 13/3 19/3 22/2 22/14 45/2 45/4 53/19 55/18 56/14 56/19
CRR [2] 2/9 59/18
CSR [2] 2/9 59/18
current [1] 5/22 6/4
currently [6] 13/5 20/21 22/16 23/9 30/7 38/11
custodian [1] 41/18
cut [4] 4/16 29/1 31/4 31/7

**D**

data [1] 56/5
date [7] 30/7 30/8 30/19 30/21 30/22 58/5 58/5
dated [1] 22/25
daughter [1] 51/23
daughters [2] 32/9 47/16
day [3] 10/17 56/22 57/11
days [1] 54/7
DEA [1] 12/14
dealing [1] 50/2
dealings [2] 48/15 48/16
dealt [1] 51/19
decide [1] 12/20 49/11
decision [2] 5/10 57/16
declaration [5] 15/17 22/12 35/13 42/12 44/15
declarations [6] 7/8 7/11 8/16 15/21 38/21 42/14
defendant [3] 2/3 23/21 23/24
defendants [3] 15/12 18/13 46/5
defense [1] 15/12 18/13 46/5
definitely [1] 4/12
defrauding [1] 52/20

deny [2] 47/2 56/8
describe [1] 24/17
designating [1] 6/17
designation [2] 9/15 9/16
Despite [1] 25/9
details [1] 34/17
devaluing [1] 29/20
development [2] 25/24 54/8
developments [2] 8/13 55/23
dialogue [1] 11/5
did [16] 4/9 12/10 13/7 18/15 18/16 25/25 25/25 26/3 26/12 33/3 35/2 35/3 47/8 51/25 52/6 58/6
didn't [14] 3/12 6/25 7/7 12/7 12/9 16/3 18/18 18/24 35/18 38/18 38/23 39/6 53/17 54/13
different [21] 12/13 14/2 15/3 15/4 16/21 17/1 17/3 19/18 19/20 19/22 28/1 36/6 37/22 43/1 43/3 46/18 48/4 49/9 49/17 51/14 55/12
difficult [1] 58/17
digital [2] 1/11 59/15
direction [2] 5/5 11/16
directly [6] 4/22 8/13 9/11 24/6 49/12 50/13
director [13] 28/25 29/19 31/3 31/7 34/16 35/9 35/21 35/21 36/13 38/7 38/12 41/17 43/23
disagree [2] 36/9 44/13
discovery [31] 22/18 24/1 24/3 25/24 34/14 34/20 35/24 37/4 39/3 39/25 40/3 40/6 40/9 41/19 43/1 44/16 44/17 44/19 47/1 49/23 51/24 54/17 54/20 54/23 54/25 55/6 55/14 56/1 56/2 56/4 56/13
discretion [3] 39/6 53/16 56/8
discretionary [3] 41/3 41/4 44/5
discuss [1] 54/13
discussed [5] 25/1 50/6 54/8 54/12 54/15
discussing [1] 48/6
discussion [1] 11/5
discussions [1] 32/7
dishonesty [1] 47/14
disrespect [1] 8/7
dissolve [1] 37/13
DISTRICT [2] 1/1 1/1
do [53] 4/14 4/17 6/1 6/4 7/1 7/3 10/9 12/19 13/23 14/11 14/13 14/22 14/22 14/24 14/25 15/4 18/3 18/5 19/25 20/19 21/8 21/23 21/23 25/10 25/11 25/21 27/8 27/14 30/15 32/22 33/5 33/20 33/21 34/5 35/19 36/14 36/15 37/12 38/10 39/1 40/13 41/9 43/18 44/17 44/18 47/20 48/2 51/20 52/8 58/4 58/10 59/2 59/3
docket [3] 22/19 22/20 54/1
document [10] 14/10 15/8 18/12 19/8 19/11 20/2 20/14 21/14 51/6 54/9
documentation [16] 16/5 28/22 31/11 36/5 36/7 36/8 36/15 37/24 37/24 38/15 38/25 39/4 39/16 41/5 42/13 42/21
documents [82]
does [12] 6/6 10/10 11/5 18/9 18/10 18/17 18/23 20/19 26/6 34/10 38/16 57/6
doesn't [15] 10/10 11/9 11/19 12/16 12/19 12/19 14/9 16/1 17/3 19/15 20/25 27/4 41/13 41/18 57/2
doing [4] 15/4 58/16 58/22 59/1
don't [35] 7/21 8/6 9/4 9/20 10/4 10/8 14/15 17/9 20/20 20/22 21/2 21/21 25/19 30/10 30/19 32/24 33/23 35/11 35/12

**D**

don't... [16]  39/16 40/4 41/2 47/16 48/2
 50/18 50/19 55/2 55/3 55/4 55/8 56/11
 57/19 57/23 58/4 58/14
done [1]  38/23
Donna [1]  7/24
Dos [1]  31/23
doubt [1]  56/21
down [2]  17/1 45/10
Dubose [1]  18/21
during [2]  24/1 29/21

**E**

each [4]  11/4 19/17 19/17 50/24
easier [1]  8/7
easy [1]  52/24
echo [1]  3/17
efforts [1]  54/23
either [2]  10/10 26/13
element [1]  40/4
Eleventh [1]  46/25
else [3]  13/22 46/16 50/25
else's [1]  10/6
embargo [21]  13/10 13/15 13/23 14/12
 14/23 18/12 18/14 19/5 19/19 20/13 23/1
 23/8 23/18 24/19 25/5 25/19 25/24 26/1
 26/9 26/23 28/8
emphasize [1]  51/19
encompassed [1]  50/9
end [3]  19/20 47/8 56/22
enforcement [2]  12/15 12/15
engaging [2]  29/15 52/3
English [1]  14/1
enjoin [1]  34/15
enjoining [1]  35/9
enough [1]  9/4
entered [1]  26/10
entertain [1]  40/5
entirely [3]  26/7 48/4 58/1
entities [9]  6/24 8/11 9/9 11/3 12/4 33/14
 46/12 52/12 55/24
entities' [1]  7/6
entitled [2]  12/22 59/16
entity [1]  42/3
Entre [17]  5/6 6/9 8/19 9/24 13/11 13/18
 14/6 14/25 15/10 18/15 20/4 20/14 21/9
 27/10 28/16 31/22 31/22
equally [1]  10/13
especially [2]  44/23 51/19
Esperanza [4]  5/6 6/9 31/17 33/15
ESQ [4]  1/14 1/18 2/3 2/3
essentially [5]  4/8 4/23 6/16 6/17 20/7
establish [2]  30/21 33/24
estate [10]  28/5 28/15 33/15 34/12 35/19
 35/25 36/5 49/19 49/24 50/2
et [3]  1/4 1/8 3/4
evaluating [1]  48/11
even [16]  6/23 12/17 20/17 23/17 32/11
 34/18 38/18 38/23 39/7 40/8 47/18 47/19
 48/13 53/13 54/4 55/23
event [1]  58/2
eventually [1]  57/4
everybody [6]  4/15 8/4 58/12 58/14
 58/15 58/25
everything [2]  10/1 43/20
evidence [18]  15/16 16/8 18/4 21/8
 21/11 24/11 31/14 32/23 33/22 34/16
 34/18 39/2 43/15 45/7 45/7 48/8 49/19
 52/5
ex [2]  26/10 37/13

exactly [1]  21/2
example [2]  50/20 56/7
Excuse [1]  21/13
executed [1]  9/22
executes [1]  23/7
exercise [4]  39/6 44/4 46/11 56/8
exercising [1]  53/16
exhibit [1]  16/13
exist [1]  7/7
existing [1]  49/22
exists [1]  16/14
expansive [1]  27/15
expansiveness [1]  28/2
expect [2]  57/18 58/4
expected [1]  54/10
experience [3]  12/6 47/3 48/3
expert [4]  12/11 22/13 30/2 44/14
explain [1]  25/25
explained [2]  36/9 51/12
explaining [1]  34/17
explanation [3]  35/23 54/22 55/4
express [1]  13/8
extent [4]  12/3 34/19 48/24 50/11
extremely [2]  29/22 31/5

**F**

face [1]  35/19
fact [12]  5/8 13/21 20/24 23/12 27/23
 31/25 41/12 41/16 42/1 42/12 49/23 55/7
factor [4]  41/4 54/13 54/15 55/15
factors [10]  38/20 38/23 39/5 41/3 50/10
 54/14 56/6 56/23 56/23 56/25
facts [1]  18/14
false [5]  7/7 7/10 7/10 26/24 53/22
falsification [1]  53/24
falsifying [1]  33/23
family [1]  52/21
far [4]  11/21 13/9 44/12 51/11
favor [3]  41/4 52/10 57/25
FBI [5]  12/14 12/18 16/22 16/23 16/25
feels [1]  58/19
few [3]  31/19 46/23 50/24
fide [2]  32/8 47/15
figure [1]  22/3
file [4]  12/16 35/2 37/22 38/2
filed [27]  4/11 5/15 6/21 7/10 13/16 15/1
 15/5 15/6 15/25 16/21 17/6 17/13 19/24
 19/25 20/7 22/12 29/24 30/2 30/6 35/5
 35/10 35/11 35/12 37/11 47/19 53/19
 57/15
files [1]  12/5
filing [2]  6/16 30/8
filings [3]  19/17 19/17 19/20
final [3]  14/24 14/17 57/15
finally [1]  47/11
financial [1]  56/5
find [6]  9/18 16/3 17/4 32/16 33/19 50/12
finding [1]  21/19
findings [1]  10/13
finds [2]  9/17 50/13
fine [2]  39/14 51/2
first [12]  4/24 8/6 16/19 17/5 18/11 19/7
 24/16 31/18 42/25 48/1 54/19 56/20
five [1]  49/12
FL [2]  1/16 2/5
flags [1]  53/14
floor [1]  50/24
FLORIDA [2]  1/1 1/5
following [1]  3/2
forced [1]  47/12

freezing [1]  59/14
foreign [15]  20/15 23/5 35/11 35/12 40/1
 42/17 43/6 43/16 51/10 54/19 55/6 55/18
 56/2
forge [1]  8/3
forget [1]  46/1
formally [1]  23/21
forth [1]  33/14
forum [1]  55/13
found [2]  8/17 32/9
four [10]  4/8 4/18 13/3 13/15 15/24 19/3
 25/9 25/10 25/10 27/23
frame [1]  57/24
frankly [1]  4/11
fraud [2]  29/16 41/16
fraudulent [1]  4/4
freezing [8]  29/4 29/6 30/4 31/2 34/5
 34/21 37/13 38/11
front [1]  58/4
fronts [1]  55/12
frustrated [1]  4/4
frustrating [1]  58/24
full [2]  3/12 33/24
fully [1]  36/20
function [3]  9/5 58/21 58/21
funds [1]  34/11
further [4]  27/1 44/22 45/9 53/10
future [1]  5/20

**G**

Gaia [3]  32/5 47/15 51/15
generally [1]  27/12
gentleman [1]  11/17
get [21]  3/12 4/9 4/15 4/23 9/2 15/17
 17/15 22/20 38/16 39/11 40/14 40/19
 41/19 41/25 46/15 49/8 52/13 52/13
 57/20 58/11 58/24
gets [2]  17/1 42/17
getting [4]  3/17 21/11 46/15 53/6
give [29]  5/7 6/22 14/17 17/9 17/20 18/6
 19/23 21/19 22/23 25/25 30/11 36/4
 37/24 39/14 39/17 41/6 41/7 41/7 44/5
 44/6 44/10 47/12 47/21 49/10 49/11
 50/24 52/4 52/6 53/15
given [8]  15/20 21/10 24/20 26/25 32/13
 46/19 57/11 58/2
giving [3]  15/19 34/17 58/12
gmail.com [2]  2/10 59/19
go [9]  11/16 13/9 16/22 20/10 20/11
 28/20 34/23 54/1 58/7
goes [6]  8/13 10/1 10/16 12/4 36/17
 50/18
going [66]
good [6]  3/7 3/11 3/21 5/13 22/9 55/22
got [19]  14/24 16/16 17/17 18/2 21/6
 21/18 35/5 38/2 43/22 43/24 43/25 49/10
 49/24 52/15 52/21 52/24 53/1 56/22 58/3
gotten [1]  40/4
governing [1]  35/22
government [2]  15/4 16/3
Grant [1]  30/2
granted [2]  32/11 47/11
granting [1]  55/15
great [4]  17/23 56/17 57/2 59/2
greater [1]  54/4
grinning [2]  58/14 58/25
growing [1]  53/15
Guatemala [52]  5/9 6/17 7/3 8/10 9/8
 11/20 12/22 13/1 13/22 15/3 15/23 16/2
 16/3 16/9 16/12 16/15 16/20 17/7 17/17

## G

Guatemala... [33]  17/22 18/16 19/2
19/16 21/6 22/16 25/16 26/24 27/7 27/9
27/17 28/14 28/19 33/7 33/25 37/24
37/25 39/14 39/18 40/25 42/8 42/14 45/4
45/13 46/10 46/11 49/5 52/24 53/19
55/19 57/3 57/7 57/9
Guatemalan [51]  10/18 10/21 11/17
11/25 12/4 12/11 13/10 14/2 14/22 17/23
18/20 18/25 20/6 20/16 21/15 21/22
22/13 22/14 23/9 24/7 25/1 25/8 25/12
26/5 26/19 31/15 33/6 33/6 33/8 36/3
36/17 38/8 38/16 38/21 38/22 39/12
39/13 40/23 40/24 41/13 41/13 42/22
44/2 44/6 44/7 44/9 44/13 45/16 45/17
49/20 49/21
guess [5]  3/19 7/18 14/21 32/18 55/16
guidance [1]  14/11
gun [5]  42/20 42/24 54/17 55/5 56/10

## H

had [19]  4/7 4/25 6/19 17/23 19/10 26/5
29/3 31/11 32/21 33/2 37/11 43/12 47/4
47/9 48/15 49/18 50/23 52/3 54/5
hand [3]  30/11 33/2 51/8
happen [6]  10/16 11/14 48/21 49/2 49/13
57/19
happened [1]  12/21
happening [1]  13/22
happens [2]  16/25 41/17
hard [1]  34/24
has [44]  6/1 8/15 9/9 9/21 9/24 10/9
15/15 17/6 17/7 20/6 24/2 24/24 25/5
26/7 26/24 27/1 29/16 30/3 30/5 31/15
31/25 35/13 35/24 36/20 38/11 43/11
43/16 43/22 46/16 47/18 48/3 49/5 51/13
51/20 51/21 52/3 53/14 53/21 54/2 54/10
55/19 56/3 57/6 57/22
hasn't [1]  36/19
have [120]
haven't [7]  20/24 21/1 23/4 26/5 34/22
38/23 55/9
having [2]  9/6 57/5
he [61]
he's [11]  40/17 41/6 43/22 43/24 43/25
45/12 45/12 45/12 46/1 46/16 47/17
head [2]  12/19 16/23
hear [26]  3/19 5/4 5/12 6/1 7/21 11/25
14/16 17/8 18/18 18/24 21/1 25/12 26/16
28/20 29/3 34/1 34/19 36/23 41/2 44/8
49/16 50/16 50/22 51/1 53/10 56/15
heard [6]  30/16 38/4 48/6 50/21 51/2
58/6
hearing [29]  1/11 4/5 4/6 4/7 4/8 4/15
7/1 12/2 13/7 26/15 29/5 29/14 30/4
30/6 30/16 30/19 30/20 30/21 30/24 34/4
38/1 39/13 54/16 55/1 56/11 56/18 56/18
57/25 59/6
hearings [2]  14/4 58/16
held [2]  3/2 30/6
helpful [5]  15/18 58/13 59/4
helps [1]  31/24
her [1]  3/13
here [40]  4/3 4/23 5/11 7/25 8/3 8/9
10/17 11/19 12/13 14/3 14/11 16/13
17/21 19/13 19/15 19/18 19/22 23/20
24/5 29/13 32/14 33/9 33/24 35/17 37/10
40/19 40/22 41/15 41/16 42/4 42/20
44/20 46/9 48/9 53/16 55/11 55/17 56/3
56/22 57/1

here's [2]  53/2 53/3
hereby [1]  59/11
hey [2]  17/22 21/6
highly [1]  56/5
highly-sensitive [1]  56/5
him [6]  19/9 31/7 31/10 31/12 40/25 46/4
himself [10]  29/18 34/15 35/9 35/20
36/13 38/6 45/3 45/5 45/20 47/4
his [27]  5/15 8/6 8/14 9/11 10/3 10/5
10/17 10/20 10/25 11/1 11/6 12/18 16/23
29/12 29/12 29/19 29/19 31/2 31/6 32/23
38/8 44/14 46/3 47/16 51/23 52/21 56/3
HOGAN [3]  1/15 1/19 3/8
hoganlovells.com [2]  1/17 1/21
hold [8]  7/15 7/23 8/24 8/24 35/20 37/7
38/6 45/10
holding [4]  29/18 34/15 35/9 36/13
Holdings [3]  32/6 47/15 51/15
honest [1]  23/3
Honor [86]
Honor's [1]  34/23
HONORABLE [1]  1/12
hoop [1]  40/14
hopefully [2]  7/1 54/6
how [18]  3/20 10/8 10/24 12/12 12/13
13/9 13/23 14/11 14/12 14/22 14/25 15/4
27/4 31/25 34/17 34/18 35/19 45/2
However [2]  16/10 20/17

## I

I'd [1]  44/25
I'll [3]  44/8 48/14 49/10
I'm [37]  3/12 3/16 3/17 4/4 14/10 14/15
15/7 17/4 17/8 17/18 18/6 18/18 20/1
20/4 20/17 20/25 21/2 21/19 24/11 24/13
24/22 30/10 32/22 36/23 37/2 38/1 39/13
40/15 45/13 45/13 49/20 56/9 56/15
56/17 56/18 58/19 58/20
I've [6]  16/13 16/16 16/18 18/2 35/11 49/10
51/2
identified [1]  25/20
if [71]
imminent [2]  25/2 29/14
imminently [3]  20/20 23/5 34/20
impact [1]  5/10
impacts [1]  9/11
implicate [3]  8/14 10/13 11/13
important [5]  18/1 29/22 31/5 34/17
56/16
impression [1]  26/23
improper [2]  28/5 34/12
in [238]
inaudible [3]  7/18 14/14 36/22
INC [1]  1/7
inclination [1]  52/9
include [2]  44/18 53/23
includes [1]  39/2 51/16
includes [1]  24/16
including [3]  15/12 38/8 51/14
incorporated [1]  35/17
increase [1]  39/22
incriminate [4]  45/3 45/5 45/20 46/4
incriminating [7]  44/24 45/7 45/8 46/4
46/8 47/22 52/5
incrimination [2]  46/2 46/20
indicated [1]  34/4 34/8
individual [1]  45/2
individuals [3]  20/13 43/2 51/9
information [21]  4/12 9/6 13/2 16/16
16/17 18/1 18/3 18/6 23/6 25/19 25/25

30/4 31/10 36/3 41/9 43/4 52/21 56/25
57/13 57/17 57/12
initially [1]  49/18
initiate [2]  23/24 24/25
initiated [3]  19/2 24/2 28/24
injunction [9]  26/10 26/14 26/17 29/5
29/15 29/18 36/12 38/6 38/9
Inocente [2]  14/6 26/14
insight [1]  54/11
instance [4]  19/18 31/17 33/9 33/14
instead [1]  54/25
instituted [1]  13/1
insufficient [2]  35/1 47/1
Intel [3]  38/20 38/23 54/14
intend [2]  34/8 35/23
intended [3]  4/7 43/17 54/16
interactions [1]  48/7
interactive [1]  58/17
interest [2]  4/19 51/22
interested [2]  17/24 40/16
interfacing [1]  54/3
intermediate [5]  23/23 24/3 24/9 24/12
24/22
INTERNATIONAL [9]  1/4 1/7 3/4 3/23
31/21 32/15 33/17 33/18 44/19
interrupt [1]  14/16
intertwined [2]  7/12 11/1
intervenor [1]  3/23
into [8]  12/14 16/22 17/6 19/23 25/5
27/11 35/17 54/11
Inversiones [3]  31/19 33/16 33/21
investigated [1]  17/4
investigation [5]  8/15 10/22 12/17 17/2
23/10
investigations [12]  11/4 24/16 25/17
26/22 27/17 27/22 27/25 28/1 28/4 28/9
28/14 54/7
investigative [9]  13/6 22/14 22/17 23/15
23/19 24/1 24/5 24/15 24/23
investigatory [1]  56/1
Investment [3]  32/6 44/19 47/15
Investments [3]  3/23 32/15 43/25
involve [3]  11/5 34/10 51/25
involved [4]  14/5 18/13 20/13 51/10
involvement [1]  20/4
is [403]
isn't [4]  17/4 42/2 48/9 53/25
issue [33]  4/24 4/25 4/25 5/3 5/9 6/23
7/2 7/2 7/16 7/16 7/17 10/5 10/6 10/7
11/3 11/4 11/20 11/24 20/21 20/22 25/13
26/1 31/18 46/2 53/11 54/12 56/16 56/18
57/3 57/5 57/23 58/7 58/9
issued [1]  29/4
issues [6]  30/18 33/9 50/17 51/8 56/10
57/7
it [190]
it's [17]  8/7 14/24 17/15 19/12 21/5 21/5
21/21 24/21 24/22 25/6 26/25 27/16
27/16 35/12 48/21 51/9 54/18
its [5]  35/19 39/6 40/6 53/16 56/8
itself [2]  35/11 50/20

## J

JACOBI [24]  1/7 3/22 5/6 6/9 21/9 31/17
31/21 32/14 33/15 33/17 33/18 41/1 41/9
41/14 41/23 42/7 43/12 43/21 43/23
44/19 46/12 46/14 48/20 49/5
JACQUELINE [1]  1/12
JASON [3]  2/3 3/21 4/2
Jeff [1]  3/22

JEFFREY [1] 2/3
JEM [1] 1/2
jemancari [2] 2/10 59/19
jmarcus [1] 2/6
jmays [1] 2/6
Joanne [2] 2/9 59/18 59/18
joint [2] 47/6 47/19
JUDGE [2] 1/12 57/22
July [12] 12/23 13/11 13/13 13/18 13/24
16/10 16/11 19/5 20/7 20/14 23/8 26/11
jump [2] 40/14 54/17
jumped [1] 55/5
jumping [3] 42/20 42/24 56/10
juncture [1] 26/24
June [1] 17/13
just [27] 8/3 8/7 8/14 9/4 16/25 19/9
20/15 25/18 27/9 27/11 27/16 30/11
34/11 36/1 39/12 40/9 43/6 44/3 46/1
47/3 51/4 51/8 51/18 52/9 52/20 55/3
57/5
justify [1] 31/6

**K**
keeps [1] 48/4
kind [6] 27/13 36/20 57/12 58/16 58/23
58/25
King [1] 7/25
know [35] 4/14 7/21 8/1 9/5 13/23 14/11
14/13 14/17 14/22 14/22 14/23 14/25
15/5 17/5 17/7 17/14 17/14 19/12 19/12
20/3 23/6 30/15 31/14 32/3 34/24 38/19
38/24 39/16 40/4 40/8 40/11 48/2 49/24
51/6 58/14
knowledge [2] 43/3 43/4

**L**
lack [3] 40/2 51/24 51/25
language [1] 23/3
last [19] 4/6 4/7 4/15 4/25 6/25 7/10 12/2
12/21 15/24 23/22 24/10 26/4 26/6 42/5
49/15 51/5 53/18 54/16 56/11
later [7] 17/1 19/25 30/7 31/19 32/9 53/7
58/11
laundering [2] 53/20 55/20
law [5] 12/15 12/15 40/21 43/1 54/21
55/19 56/19
lawyer [7] 20/6 21/6 53/18 53/22 54/2
55/19 56/19
lawyer's [1] 54/1
lawyering [1] 58/22
lawyers [1] 58/22
lead [2] 17/1 57/4
learned [1] 33/12
least [3] 24/11 41/3 52/7
leave [3] 26/1 48/14 50/15
left [1] 16/23
legal [9] 5/21 5/23 6/4 6/6 6/8 8/9 54/11
55/21 55/21
legality [2] 10/2 10/20
legitimate [5] 5/18 5/21 11/6 13/8 38/13
13/14 13/20 15/7 23/5 25/11 27/2 27/2
28/20 34/1 36/2 40/12 43/10 49/15 52/9
53/10
let's [13] 9/1 11/23 14/7 21/4 22/20
28/20 33/14 36/25 40/15 40/19 41/14
46/5 49/18
letting [1] 12/8
lied [2] 47/14 47/14
light [2] 12/10 31/25

like [19] 5/3 5/20 15/16 22/3 22/3 22/19
23/6 23/8 35/11 39/20 40/3 44/25 51/16
53/1 56/17 58/10 58/17 58/17 58/19
limit [3] 39/25 40/8 52/11
limited [3] 40/6 40/7 52/23
Linares [1] 44/14
Linares' [1] 42/12
LINDSAY [2] 1/14 3/8
line [3] 3/18 17/1 25/21
link [11] 16/17 17/5 18/2 18/2 18/12 20/5
20/5 20/9 20/12 20/22 21/24
linked [1] 19/5
listed [1] 23/20
literally [1] 16/2
litigants [1] 43/6
litigated [1] 36/20
litigating [2] 55/12 55/13
litigation [2] 56/14 57/3
little [12] 4/4 8/2 8/4 23/3 36/20 45/10
52/11 54/9 54/12 54/14 58/24 58/25
live [1] 7/2
living [1] 58/23
LLP [3] 1/15 1/19 2/4
local [1] 12/15
longer [1] 24/4
look [9] 21/5 28/3 37/16 48/7 52/15
52/19 56/9 57/13 57/14
looked [2] 19/7 42/5
looking [7] 5/3 12/18 14/9 20/2 37/2
43/20 48/10
looks [2] 22/3 30/13
Lopez [2] 5/25 6/2
Los [1] 1/20
lost [1] 8/1
lot [7] 4/12 15/2 15/4 30/17 48/11 48/12
56/21
loudly [1] 8/4
LOVELLS [3] 1/15 1/19 3/8
LTD [2] 1/4 3/4

**M**
Ma'am [1] 45/22
Macario [1] 14/6
made [7] 12/2 15/24 16/8 47/6 49/25
50/5 54/24
MAGISTRATE [1] 1/12
make [24] 4/15 4/16 4/20 4/20 6/25
16/17 16/22 17/18 18/2 18/2 18/5 18/9
18/10 21/9 21/10 21/18 21/19 21/24
22/20 26/3 26/3 27/13 35/24 40/13 46/12
48/16 54/2 57/15
makes [2] 11/18 44/15
making [4] 3/25 29/22 29/22 35/20
Mancari [2] 2/9 59/18 59/18
maneuver [1] 54/17
many [1] 4/13
MARCUS [3] 2/3 2/4 3/22
Martinez [2] 3/3 57/22
match [1] 6/15
matter [9] 17/14 17/16 17/18 21/5 27/4
28/3 38/17 41/18 59/16
maturation [5] 17/12 18/4 20/7 25/20
57/7
mature [2] 40/24 49/22
matured [2] 17/6 25/5
may [11] 3/13 10/24 11/12 11/13 11/13
12/20 15/8 30/13 30/20 30/21 37/6
maybe [4] 7/9 16/25 40/12 57/8
MAYS [18] 2/3 3/22 4/2 6/11 8/5 25/4

25/7 34/3 37/21 38/2 38/15 40/19 40/20
40/6 38/15 40/18 40/8 40/19 40/5 30/10
41/2 44/6 47/24 49/18 56/10
MC [1] 1/2
me [44] 3/9 3/19 4/19 4/24 5/7 5/12 6/11
9/10 10/5 11/25 12/21 13/14 13/20 15/8
15/25 16/13 18/2 18/5 19/11 20/5 21/13
22/4 22/5 22/5 22/23 25/11 27/2 27/2
27/4 27/18 28/20 30/11 31/9 34/1 36/2
43/10 49/15 52/9 53/10 57/20 58/6 58/12
58/13 58/20
mean [20] 8/6 11/7 11/9 12/16 14/15
16/1 17/3 19/12 19/17 20/25 25/16 41/13
41/18 43/1 46/3 46/12 49/4 50/16 55/16
56/19
means [3] 9/16 22/17 38/13
meant [2] 24/13 56/12
mechanisms [5] 39/3 44/16 44/18 54/20
55/14
mention [1] 48/6
mentioned [4] 13/4 15/14 26/21 51/9
mentions [3] 7/8 15/11 15/13
merits [3] 6/2 26/25 48/10
messiness [1] 56/21
met [6] 20/25 34/6 53/8 55/8 56/24
56/25
Miami [4] 1/5 1/16 2/5 56/13
might [7] 10/16 12/18 15/4 19/23 42/1
48/23 56/11
Ministerio [2] 23/9 25/17
minute [6] 14/17 21/4 22/23 30/11 34/13
46/21
minutes [1] 50/25
misappropriation [3] 33/22 34/9 34/11
misrepresented [1] 48/14
missed [1] 14/10
mixed [1] 24/14
mnrlawfirm.com [2] 2/6 2/6
moment [3] 6/18 51/1 54/23
money [2] 53/20 55/20
month [1] 26/16
months [5] 17/1 23/22 31/19 47/5 47/6
more [18] 4/12 4/13 8/4 12/10 15/16
15/19 26/25 27/15 28/7 32/23 40/14 47/3
48/12 48/12 52/11 53/7 54/11 58/7
Morgan [15] 29/1 32/15 41/1 41/8 41/23
42/7 43/21 44/1 44/20 46/17 49/7 49/7
49/11 49/13 52/15
morning [3] 3/7 3/11 3/21 5/13 26/6
most [1] 29/17
MOTION [1] 1/11
move [4] 4/20 11/23 40/15 49/15
moved [2] 31/18 31/19
movement [1] 52/18
moving [3] 31/16 32/1 34/22
MP [2] 5/4 54/3
Mr [1] 25/7
Mr. [46] 5/14 5/25 6/1 6/2 6/4 6/5 6/11
6/13 6/20 7/4 7/4 7/9 7/11 8/5 8/10 8/13
8/16 8/19 8/23 9/8 9/15 9/16 9/18 9/19
9/20 9/23 10/10 10/14 10/16 14/6 18/21
22/13 25/4 34/2 37/21 38/2 38/15 40/19
40/20 41/2 42/12 44/6 44/14 47/24 49/18
53/10
Mr. Andrè [1] 18/21
Mr. Linares [1] 44/14
Mr. Linares' [1] 42/12
Mr. Lopez [2] 5/25 6/2
Mr. Macario [1] 14/6
Mr. Mays [14] 6/11 8/5 25/4 34/2 37/21
38/2 38/15 40/19 40/20 41/2 44/6 47/24

## M

Mr. Mays... [2] 49/18 53/10
Mr. Omar [1] 5/14
Mr. Ruiz [1] 22/13
Mr. Velasquez [4] 7/4 7/9 8/13 9/18
Mr. Velasquez's [1] 9/15
Mr. Xicara [15] 6/1 6/4 6/5 6/13 6/20 7/4
7/11 8/10 8/19 8/23 9/19 9/20 9/23
10/10 10/14
Mr. Xicara's [4] 8/16 9/8 9/16 10/16
Ms. [8] 5/12 11/25 28/21 36/2 39/13
40/20 42/19 51/3
Ms. Saviss [8] 5/12 11/25 28/21 36/2
39/13 40/20 42/19 51/3
much [5] 7/12 8/14 25/25 27/14 33/10
MULTIFLORA [22] 1/4 3/4 3/8 5/5 5/14
5/23 11/2 19/1 21/9 27/11 29/2 29/16
29/19 30/2 31/3 31/5 31/7 34/16 36/13
37/12 37/14 48/18
Multiflora's [8] 28/25 29/4 29/11 31/16
32/1 32/5 51/13 51/16
multiple [1] 28/16
must [2] 31/10 31/11
my [30] 3/9 4/22 5/10 7/18 7/20 8/5 9/7
9/22 10/9 10/22 11/4 12/6 12/12 14/9
24/19 25/9 32/18 38/3 39/8 39/11 45/19
45/22 45/23 46/22 46/25 47/3 50/22 52/9
59/5 59/15
myself [1] 19/8

## N

name [6] 3/12 3/13 5/8 8/6 18/24 19/12
named [2] 32/5 33/8
narrowed [1] 51/7
nature [1] 50/14
necessarily [8] 9/18 11/13 11/15 20/25
21/21 41/13 50/19 54/18
necessary [3] 16/4 43/16 48/12
need [24] 4/23 7/17 17/8 17/14 22/3
27/7 28/22 29/7 29/10 30/24 33/24 34/14
34/19 34/24 36/14 36/15 38/10 40/3
40/22 41/2 43/7 45/14 51/1 55/3
needed [3] 37/18 38/25 50/21
needs [1] 52/19
NEIMAN [1] 2/4
neither [1] 48/3
next [4] 4/21 25/2 30/20 40/15
night [4] 26/4 26/6 40/22 53/18
nine [1] 31/22
no [25] 1/2 3/3 9/9 9/9 10/15 15/19 20/2
20/11 24/3 30/17 32/10 32/12 36/25
37/17 39/15 39/18 43/8 43/11 43/12
43/16 45/5 45/20 50/4 53/4 56/21
nod [1] 16/23
nodding [1] 12/18
noise [6] 7/19 8/2 14/18 37/7 58/14
58/15
nor [4] 7/17 8/9 12/10 44/18
not [133]
note [1] 34/18
noted [1] 25/21
notes [1] 42/5
nothing [6] 6/1 10/9 12/20 12/21 51/20
now [31] 5/2 5/9 11/20 12/23 12/23
13/22 14/12 14/23 16/12 17/3 17/6 20/5
21/7 21/10 22/16 25/4 26/13 29/3 29/24
30/17 30/19 33/5 34/19 36/17 53/2 53/14
53/22 54/4 55/12 55/20 57/5
number [7] 19/13 19/16 19/18 19/24
22/19 22/20 42/4

numbers [1] 25/21

## O

object [1] 42/6
objection [2] 42/23 57/21
obligate [1] 45/20
obligated [2] 45/5 45/6
obliterate [1] 43/7 43/18
obliterated [1] 43/11
observed [1] 54/16
obtain [3] 39/4 44/16 55/5
obtaining [1] 48/3
obviously [9] 4/19 14/2 41/23 49/6 49/13
49/17 50/10 52/13 59/2
off [4] 4/17 29/1 31/4 31/7
office [1] 3/9
Oh [2] 24/13 31/1
OK [22] 6/11 7/25 10/11 11/11 11/23
15/7 22/25 24/8 25/3 27/3 27/17 27/20
28/19 35/19 36/25 37/2 37/8 37/10 39/3
39/10 40/15 46/7
Olaf [1] 19/1
Omar [1] 5/14
on [95]
once [2] 24/2 52/24
one [32] 6/19 7/19 8/11 9/23 11/12
11/18 18/4 19/16 25/20 26/14 27/24
27/25 28/7 28/14 29/7 29/17 30/11 31/23
32/1 33/9 33/17 36/11 39/23 40/14 48/22
48/25 50/6 50/24 53/17 56/10 56/16 58/7
ones [3] 28/16 49/18 51/9
ongoing [3] 13/5 24/16 25/17
only [11] 4/5 17/15 23/25 25/11 28/11
33/6 33/10 46/16 48/5 50/2 50/18
open [24] 8/9 11/9 11/14 11/17 12/17
12/19 12/20 12/24 12/24 12/25 13/5
14/12 14/12 16/18 16/19 17/7 17/8 17/9
17/11 18/1 27/17 28/18 28/21 42/18
opens [1] 17/2
opportunity [3] 29/3 39/7 40/2
opposed [2] 14/13 49/12
opposing [1] 8/8
opposition [1] 20/18
or [88]
order [22] 13/10 14/1 14/21 16/5 17/18
18/15 24/21 29/4 29/6 30/5 31/2 31/11
34/5 34/20 34/21 36/13 36/15 37/14
38/11 52/1 52/5 56/1
ordered [3] 13/10 39/25 52/7
other [25] 5/5 10/7 10/21 11/3 11/13
11/17 12/3 15/2 19/20 20/2 27/10 33/22
37/25 42/11 46/25 47/1 50/1 50/8 50/10
50/17 52/12 52/13 52/20 54/8 54/13
otherwise [2] 5/19 19/14
our [30] 8/14 18/16 18/20 18/25 20/15
21/7 22/12 26/8 27/23 28/4 28/9 30/2
32/11 33/12 33/25 34/25 39/24 40/2 42/9
47/11 49/3 50/9 51/12 52/2 53/2 53/13
53/17 54/3 55/17 58/10
out [21] 6/20 17/4 22/3 22/19 29/18 32/9
33/5 33/19 34/10 34/15 35/9 35/20 36/13
38/6 40/9 46/20 48/18 48/22 50/12 52/18
54/18
outlined [3] 13/4 19/3 22/13
outstanding [1] 50/23
over [12] 8/20 9/24 11/6 11/23 19/18
43/11 43/12 43/17 43/25 44/1 58/20
58/20
overbroad [1] 50/8
overlap [1] 50/10

overlaps [1] 54/14
overseeing [1] 54/6
overturned [1] 26/14
own [2] 29/12 29/12
owned [2] 31/21 33/16
owner [1] 51/15
owners [1] 32/10
ownership [1] 51/21

## P

page [2] 37/3 40/19
Pages [1] 1/9
Panama [1] 32/6
pandemic [2] 30/18 58/24
papers [3] 35/17 39/24 55/1
paperwork [1] 6/16
paragraph [1] 23/8
part [10] 16/11 17/17 17/17 17/19 32/11
36/21 41/9 47/11 56/14 58/17
parte [2] 26/11 37/13
participant [1] 50/14
particular [2] 26/22 51/15
particularly [1] 7/17
parties [9] 6/16 9/5 15/20 18/7 38/21
41/24 54/1 55/13 59/4
party [17] 9/20 10/11 10/12 10/14 10/22
10/24 17/24 32/5 40/18 40/23 41/8 41/12
42/3 44/22 46/23 47/15 48/19
pass [1] 40/22
past [1] 53/18
pause [8] 6/22 8/25 14/19 22/24 30/12
37/1 37/9 53/16
pay [1] 16/24
penal [1] 8/17
pendency [1] 55/10
pending [5] 10/15 17/22 29/25 37/4 55/7
people [4] 17/24 17/25 21/5 58/19
per [2] 45/3 45/5
perhaps [1] 9/6
period [1] 57/21
Permillo [2] 14/6 26/15
person [10] 5/4 5/7 5/8 12/17 17/3 41/17
41/20 45/5 46/16 59/3
person's [1] 10/7
personal [1] 43/2
perspective [1] 55/17
petition [2] 37/11 57/14
petitioner [1] 1/5 3/6 3/8
phone [6] 7/20 18/21 58/12 58/16 58/18
58/21
picture [1] 33/24
ping [1] 6/15
ping-pong [1] 6/15
place [5] 29/5 29/6 30/5 34/5 54/10
plainly [1] 35/1
PLAINTIFF [1] 1/14
plaintiffs [1] 41/11
pleadings [1] 49/25
please [2] 3/5 3/13
plenty [1] 15/20
point [18] 10/17 12/8 15/20 22/4 22/5
22/5 22/19 32/18 35/15 35/24 37/16
39/23 40/4 42/17 48/15 49/5 53/17 53/18
pointed [8] 4/18 6/20 9/7 34/10 48/18
48/22 50/12 54/18
police [2] 16/2 19/23
pong [1] 6/15
position [5] 17/16 42/6 42/9 46/6 53/13
possesses [1] 42/16
possession [2] 40/17 41/20 50/11 56/4

**P**

possible [4]  11/16 21/21 22/14 47/1
possibly [2]  15/16 32/24
posture [1]  36/19
power [1]  8/1
preclude [1]  53/6
precluded [1]  39/17
preparation [1]  4/5
prepared [1]  59/9
present [3]  17/18 21/25 24/6
presentation [1]  21/11
presented [3]  16/6 16/9 16/10
presenting [2]  3/10 16/16
presidents [1]  32/9
pretrial [1]  56/13
pretty [2]  14/5 52/24
preventing [3]  29/18 36/12 38/6
previous [1]  36/1
previously [1]  6/22
private [2]  53/19 55/18
privy [1]  23/6
probably [1]  52/11
problem [1]  9/3
procedural [1]  36/19
procedures [3]  14/2 14/3 45/17
proceeding [60]
proceedings [35]  3/2 12/12 18/21 22/15
 22/16 23/5 23/9 23/10 23/15 25/11 25/16
 26/19 26/20 27/16 27/17 27/21 31/15
 33/6 33/6 33/11 33/12 36/17 38/8 38/16
 39/5 40/1 42/17 44/2 45/2 49/21 51/10
 55/6 55/10 55/10 55/18
process [1]  22/4
produce [17]  40/25 42/21 43/6 43/22
 43/23 43/24 44/2 45/3 45/6 45/14 46/1
 46/10 46/11 47/7 47/8 51/25 56/4
producing [3]  42/6 42/18 51/23
product [5]  11/15 14/13 14/14 15/5
 16/20
production [1]  46/14
progressed [4]  17/6 27/1 27/5 28/8
progression [1]  57/7
promise [1]  47/21
properly [1]  39/1
properties [15]  27/10 29/12 29/20 29/21
 31/17 31/18 31/22 32/1 32/13 32/16
 33/13 33/15 33/20 38/9 51/13
property [2]  27/10 28/15
prosecution [1]  35/6
prosecutor [7]  8/15 11/7 12/4 23/23 24/7
 24/24 40/25
prosecutors [3]  11/5 15/13 54/6
prove [2]  41/20 41/21
provide [5]  41/5 41/6 41/8 56/24 57/10
provided [1]  13/25 15/10 24/21
public [1]  15/12
Publico [2]  23/10 25/17
pull [1]  15/8
purportedly [2]  8/17 38/19
purpose [1]  54/24
purposes [1]  48/14
pursuant [2]  25/3 39/12
put [1]  15/20 21/4

**Q**

QB [3]  31/18 33/16 33/21
quality [1]  58/22
question [20]  5/12 7/18 8/5 9/7 9/13 10/9
 13/14 14/9 15/17 17/5 18/11 21/13 24/19
 38/3 39/8 39/11 45/22 45/23 53/7 55/11

questions [8]  4/18 4/22 17/11 35/18
 39/25 39/23 58/8 59/5
quickly [2]  15/8 58/4
quite [2]  4/11 50/10
quote [1]  44/15

**R**

raise [1]  39/23
raised [3]  5/18 5/24 54/5
Rasch [2]  3/24 51/23
RASHBAUM [1]  2/4
rate [3]  58/10
rather [2]  55/6 58/11
RE [2]  1/3 3/4
read [13]  4/5 9/3 14/8 14/8 14/20 14/20
 16/13 40/20 42/4 43/1 51/8 58/7 58/8
reading [2]  24/12 55/1
ready [1]  57/13
real [10]  28/5 28/15 33/15 34/12 35/19
 35/25 36/5 49/19 49/24 50/2
realize [1]  4/6
really [12]  3/17 8/2 10/8 15/8 16/1 17/11
 26/1 27/4 36/19 50/25 51/8 55/2
reason [6]  31/11 32/19 32/23 47/2 53/4
 55/22
reasonable [1]  55/4
reasons [2]  33/17 34/23
rebut [1]  30/24
recall [1]  6/15
receiving [1]  22/18
recent [3]  13/9 13/14 55/23
receptive [5]  22/18 23/25 24/10 24/1
 24/18
recommendation [1]  57/21
record [4]  22/6 42/21 46/9 48/17
recording [2]  1/11 59/16
records [3]  41/17 43/4 52/22
recovery [2]  27/14 28/3
red [1]  53/14
refer [1]  3/20
referred [2]  8/15 25/6
refused [1]  9/24
refute [3]  29/7 29/10 38/10
relate [9]  6/4 17/9 18/17 28/4 28/11
 35/20 38/9 49/21 50/7
related [13]  5/24 13/15 13/17 13/21
 13/23 15/10 15/14 18/15 22/18 29/2 33/7
 38/7 38/19
relates [9]  7/4 26/18 28/3 28/8 34/12
 34/21 35/22 36/5 39/3
relating [6]  8/15 9/17 9/19 34/11 35/8
 54/9
relation [1]  26/8
relatively [1]  57/17
relayed [1]  26/7
relevance [1]  41/25
relevant [5]  24/7 29/17 29/22 40/11
 41/22
rely [8]  39/12 43/5 44/22 46/23 47/7
 47/21 48/19 52/3
relying [1]  53/22
remain [1]  28/10
remainder [1]  26/17
remains [1]  29/5
removal [3]  29/15 31/6 32/23
remove [1]  31/12
removed [9]  20/20 28/25 29/10 31/3
 31/10 32/19 32/21 38/12 38/13
replaced [1]  6/19
replacement [1]  6/17

reply [4]  4/10 20/17 34/13 38/20
report [2]  26/4 57/20
Reporter [2]  2/9 59/19
represent [2]  18/23 48/2
representation [8]  5/9 14/24 21/8 21/18
 22/5 22/9 26/19 39/21
representations [2]  18/5 49/23
representative [16]  5/14 5/21 5/23 6/1
 6/3 6/5 6/6 6/8 6/19 8/11 42/2 54/12
 55/21 55/22 57/2 57/4
representative's [1]  55/24
representatives [2]  6/18 7/6
represented [1]  44/3
Republic [1]  45/4
request [7]  39/24 42/22 45/18 48/24
 48/25 50/9 56/7
requested [4]  24/25 25/23 41/1 51/7
requesting [2]  16/17 42/22
requests [3]  50/5 50/8 51/6
require [1]  40/13
required [5]  41/5 44/22 45/2 46/23 48/19
requirement [2]  34/6 54/19
requirements [2]  40/1 55/8
reserved [1]  39/24
resolutions [1]  35/22
resolve [3]  7/17 7/17 7/18
respect [10]  6/12 8/10 9/8 27/11 28/14
 40/16 49/19 51/19 52/11 53/8
respond [8]  34/20 34/23 35/18 36/1 40/2
 42/19 45/15 51/4
respondent [6]  1/9 3/20 3/22 15/15
 36/10 50/19
respondent's [1]  51/5
respondents [7]  5/18 5/24 6/20 20/18
 20/23 44/24 48/11
respondents' [1]  51/20
response [13]  4/10 13/21 14/25 25/12
 34/10 37/18 42/24 44/11 47/24 50/5 50/6
 57/18 57/20
responses [9]  9/3 15/21 49/3
responsive [2]  48/24 48/25
result [1]  18/6
review [4]  11/18 14/4 50/22 54/1
reviewed [1]  54/6
revision [1]  35/25
right [80]
rightful [2]  55/25 6/3
ring [1]  26/7
Rios [17]  5/6 6/9 8/19 9/24 13/11 13/18
 14/6 14/25 15/11 18/15 20/4 20/14 21/9
 27/10 28/16 31/22 31/22
role [1]  22/3
RPR [2]  2/9 59/18
Ruiz [1]  22/13
rule [6]  51/1 52/10 53/5 57/13 57/23
 57/25
ruling [1]  47/6
running [3]  6/16 15/3 55/25

**S**

S-A-Z-I-S-S [1]  3/15
safe [1]  59/6
said [14]  16/24 18/19 18/24 19/4 20/6
 20/19 22/3 23/8 25/1 46/1 47/10 56/11
 56/22 58/10
sake [1]  49/19
same [24]  4/7 4/25 7/10 9/14 10/8 17/14
 17/15 19/12 19/15 20/14 21/5 21/5 28/10
 36/7 36/8 37/23 38/2 38/3 38/15 40/19
 41/15 42/2 45/1 52/23

**S**

Sanacaj [2]  51/11 51/17
satisfied [2]  20/25 49/20
satisfy [1]  40/1
SAVISS [10]  1/18 3/9 5/12 11/25 28/21
  36/2 39/13 40/20 42/19 51/3
saw [3]  6/18 26/4 33/1
say [28]  3/20 17/16 17/22 33/1 33/14
  34/13 34/16 35/19 37/4 37/12 38/2 38/4
  39/13 40/10 40/21 41/14 46/5 48/5 48/12
  52/9 52/15 52/19 53/1 53/3 55/3 57/1
  58/3 58/6
saying [14]  10/6 17/13 21/4 24/21 27/6
  27/15 34/24 41/10 42/16 43/20 44/6 44/9
  45/13 49/10
says [6]  19/19 22/6 22/21 24/9 24/9 24/9
Saziss [1]  3/14
scheduling [1]  30/19
scope [13]  27/18 28/2 28/10 36/3 36/6
  36/6 38/3 38/24 39/18 39/22 49/16 50/10
  57/11
search [6]  8/19 9/21 9/25 44/23 46/24
  48/19
searching [2]  48/23 48/25
SEC [1]  12/14
second [13]  4/9 11/24 12/7 12/9 16/11
  24/3 24/17 35/10 36/21 37/2 37/3 37/10
  46/2
see [6]  10/8 19/19 26/11 53/1 54/21
  57/23
seek [10]  13/2 34/7 34/16 36/3 38/1
  42/13 43/13 43/13 44/1 54/23
seeking [8]  15/22 29/17 32/14 33/18
  36/6 38/5 38/10 57/12
seem [4]  11/19 19/17 57/2 57/6
seems [1]  31/9
seen [3]  35/11 52/6 58/2
seized [1]  10/1
seizure [1]  54/10
sending [1]  52/21
sense [4]  10/11 11/18 18/9 18/10
sensitive [3]  56/5 56/9 56/16
September [1]  1/6 29/6 29/14 30/5
  30/20 30/24 34/5 57/18 57/24 58/5 59/18
serious [2]  53/14 53/14
serve [1]  34/9
set [1]  26/15
several [2]  23/22 53/14
share [1]  32/5
shareholders' [1]  35/22
shed [1]  12/10
sheds [1]  31/25
ships [1]  40/21
shot [1]  4/15
should [10]  5/10 5/10 6/22 40/6 40/6
  41/5 44/4 47/17 47/20 53/15
shouldn't [1]  8/2
show [10]  16/13 26/12 29/11 31/5 32/25
  36/14 41/24 52/16 52/17 52/18
showed [1]  32/3
showing [5]  32/11 32/12 33/20 34/25
  38/11
shown [2]  47/17 55/9
shuffling [1]  31/16
signatory [3]  43/14 43/25 46/18
significant [1]  56/14
similar [1]  45/1
simply [2]  5/19 54/1
since [2]  24/5 29/9
sit [3]  10/17 11/19 57/11

slow [1]  45/10
so [158]
sold [1]  31/23
some [29]  4/18 10/2 10/16 10/17 14/11
  20/3 24/4 24/20 25/18 31/11 31/13 31/25
  32/7 38/22 41/24 42/2 47/13 49/24 50/17
  51/13 54/11 54/22 56/24 57/2 57/3 57/7
  57/10 57/14 57/18
somebody [6]  10/6 11/8 12/16 16/2
  16/23 41/16
something [16]  11/8 11/8 12/20 13/22
  16/21 17/2 18/7 19/13 20/21 22/5 36/2
  40/13 43/21 57/4 57/17 58/11
sometime [1]  26/13
sometimes [1]  58/19
soon [3]  23/6 57/17 59/6
sooner [1]  58/11
sorry [14]  3/12 14/15 15/7 18/18 20/9
  20/18 24/13 24/14 24/22 30/10 36/23
  37/8 45/11 45/24
sort [4]  11/3 24/4 54/17 55/3
sought [4]  37/4 44/19 50/13 54/25
sounds [1]  39/20
South [2]  2/4 56/15
SOUTHERN [1]  1/1
Spanish [1]  13/25
speak [3]  8/4 18/16 26/5
speaker [1]  58/19
specialists [1]  38/22
specific [5]  9/4 9/6 48/7 50/5 50/23
specifically [5]  7/5 15/11 16/7 28/5 31/21
specificity [1]  58/8
spoke [1]  18/21
squad [1]  17/1
stage [24]  13/6 22/17 23/10 23/12 23/15
  23/20 23/21 23/22 23/23 24/1 24/3 24/3
  24/5 24/9 24/10 24/12 24/14 24/15 24/17
  24/17 24/22 24/23 54/25 56/1
stages [1]  22/14
standard [1]  44/5
standards [1]  43/2
standing [2]  5/1 6/6
stands [1]  37/11
Stanley [15]  29/1 32/16 41/2 41/8 41/23
  42/7 43/21 44/1 44/20 46/17 49/7 49/8
  49/11 49/13 52/16
Stars [1]  1/19
start [2]  4/7 4/24
started [2]  4/5 4/6
starting [1]  3/5
state [5]  3/5 6/5 27/22 44/18 48/18
stated [5]  5/19 18/14 19/9 46/9 51/5
statement [3]  10/19 27/13 44/15
states [4]  1/1 1/12 51/20 55/11
stating [2]  5/25 44/12
station [1]  19/23
status [7]  19/10 23/5 26/4 26/19 39/5
  53/17 55/21
statuses [1]  4/11
statute [1]  43/18
statutory [1]  55/8
step [1]  25/2
still [17]  4/8 10/4 13/5 13/5 23/14 24/5
  24/21 24/22 40/15 41/21 46/13 47/8 49/6
  50/2 50/23 56/1 57/21
stipulation [2]  47/6 47/19
stop [4]  24/17 27/2 27/2 36/25
strength [1]  5/2
stuff [1]  57/1
subject [6]  4/21 9/25 17/14 21/5 28/3

42/13
subjects [1]  4/18
submissions [4]  26/11 42/4 54/2 58/8
submit [4]  12/7 39/2 55/1 55/8
submitted [5]  6/21 9/4 38/21 42/15 55/19
subpoena [4]  42/3 49/8 49/12 52/19
subpoenas [7]  48/20 49/17 50/1 50/1
  52/11 53/8 57/23
subsequent [2]  9/16 9/19
substantial [1]  29/20
substantially [1]  51/7
substantiate [4]  8/20 32/23 52/22 52/25
substantiated [2]  8/17 39/1
substantiates [1]  48/8
successful [1]  37/12
such [2]  35/13 51/15
sue [1]  41/16
sufficient [4]  12/6 15/25 16/4 50/20
sufficiently [4]  6/25 13/11 36/10 49/22
suggested [1]  12/22
suggesting [2]  32/22 37/21
summarize [1]  14/4
summarized [1]  42/10
summer [1]  7/10
supplemental [3]  22/12 27/24 37/16
support [5]  9/15 9/16 29/8 33/25 43/15
supposed [1]  40/3
supposedly [1]  48/8
sure [12]  3/17 4/13 16/14 21/3 22/21
  25/8 25/14 26/3 35/20 41/10 54/2 57/10
surely [1]  54/5
surreply [1]  4/11
suspect [2]  20/4 57/17

**T**

tactical [1]  54/17
tailored [2]  35/25 51/8
take [8]  5/4 8/18 28/9 29/6 30/5 46/20
  56/2 56/17
taken [2]  21/7 54/10
takes [1]  40/3
talk [1]  53/17
talking [5]  11/8 58/19 58/20 58/20 58/20
target [1]  34/22
targets [1]  26/14
telephone [1]  3/2
tell [7]  4/4 9/10 27/18 43/10 46/13 58/1
  58/3
telling [4]  10/5 20/5 21/6 53/21
terms [2]  28/2 36/18
testified [1]  30/3
textbook [1]  56/6
than [9]  12/13 20/3 27/1 49/9 49/17
  50/10 54/4 55/6 58/11
thank [8]  6/14 25/14 27/20 34/3 53/12
  59/7 59/8 59/9
thankfully [1]  50/22
that [509]
that's [11]  11/22 17/5 20/4 20/15 23/17
  30/2 38/3 39/21 49/9 51/2 55/16
their [30]  4/15 5/8 6/18 15/21 15/21
  20/17 20/18 21/3 27/14 29/8 34/25 35/6
  35/6 35/10 35/17 36/16 36/18 37/16
  38/19 38/20 38/21 39/2 39/20 40/2 44/22
  46/23 48/19 49/1 50/14 53/22
them [39]  10/22 16/14 18/17 21/16
  21/17 21/22 21/23 25/22 27/24 28/10
  39/14 39/17 40/11 40/12 40/13 40/13
  41/7 41/7 42/18 43/17 44/10 46/15 46/16
  46/17 46/19 47/5 48/6 49/11 51/7 52/7

**T**

them... [9]  52/7 52/24 53/1 53/1 53/2
53/4 53/6 57/24 59/3
themselves [1]  54/19
then [35]  4/19 4/20 5/8 6/11 7/11 10/2
10/10 10/25 11/24 13/19 17/7 24/3 24/17
26/11 26/13 27/14 28/15 28/20 31/19
33/16 33/25 34/12 38/1 41/2 42/19 46/21
47/11 49/24 50/7 51/1 52/18 53/5 54/13
55/24 57/23
theory [4]  37/25 39/18 43/15 46/3
there [92]
there's [5]  20/3 23/18 24/20 28/18 43/1
thereafter [1]  23/22
Thereupon [1]  2/11
these [67]
they [87]
they'll [1]  46/10
they're [6]  23/12 23/14 40/11 44/9 54/2
54/22
they've [2]  21/2 48/15
thing [8]  10/8 11/12 42/2 42/11 48/1 51/5
54/8 58/23
things [5]  6/19 11/16 15/4 58/7 59/3
think [38]  8/7 11/12 12/2 12/23 17/22
20/20 21/2 25/6 25/10 25/11 29/17 31/24
34/6 35/11 35/12 35/12 37/21 38/3 40/21
41/11 42/9 47/17 48/14 49/4 50/17 50/18
50/19 50/25 51/2 52/20 52/25 52/25 55/4
56/11 56/12 56/16 57/19 58/5
thinking [1]  11/8
third [5]  42/3 47/3 47/15 54/15 55/14
third-party [1]  42/3
this [122]
those [16]  15/14 15/24 24/14 28/4 29/21
33/11 35/5 41/21 41/21 41/22 43/14 49/3
55/9 55/10 56/20 57/23
though [2]  11/10 23/17
thought [3]  12/8 18/12 59/4
three [5]  27/22 27/24 27/25 28/9 55/12
threshold [1]  11/3
through [4]  19/11 39/4 47/1 59/1
thrown [1]  36/18
tied [1]  27/25
time [12]  4/25 7/1 12/21 15/19 15/20
15/24 23/25 42/8 42/8 56/13 56/20 57/23
times [1]  42/4
timing [1]  7/9
today [8]  3/9 4/3 10/17 11/19 13/1 34/19
58/6 58/12
tomorrow [1]  12/14
too [7]  10/19 11/21 12/5 12/13 19/23
50/2 51/2
took [2]  33/2 47/5
top [1]  19/19
transaction [1]  28/15
transactions [9]  28/6 28/11 34/12 35/19
35/25 48/13 49/20 49/24 50/3
TRANSCRIBED [2]  1/11 2/9
transcript [1]  4/6
transcription [1]  59/15
transfer [2]  32/13 52/16
transferred [4]  32/5 33/16 33/21 51/16
transferring [2]  29/11 51/13
transfers [4]  29/20 29/21 33/22 38/9
translation [1]  14/1
transparency [2]  33/10 51/24
transpired [1]  26/8
trepidation [1]  25/10
trial [4]  23/24 24/2 24/25 45/4

tried [1]  7/1
troublesome [1]  53/2
true [5]  27/16 41/11 41/15 44/4 57/9
try [4]  4/21 8/3 9/1 58/10
trying [9]  4/16 9/2 16/19 17/4 17/18
25/22 27/5 32/16 33/18
turn [2]  9/24 33/25
turning [1]  8/20
turns [1]  40/9
two [13]  4/11 5/5 12/3 17/1 17/11 18/4
29/8 31/18 31/20 31/20 33/15 49/12 50/8
type [1]  53/25
typically [2]  50/12 54/21

**U**

U.S [3]  14/3 44/21 45/1
ultimately [2]  21/22 39/25
unclear [2]  48/21 49/1
uncontradicted [1]  42/14
under [12]  28/16 39/17 44/4 45/16 45/19
46/24 47/6 54/13 54/25 55/20 55/24
56/17
underlie [1]  35/16
underscores [1]  55/11
understand [19]  5/2 7/15 8/5 8/7 10/4
12/23 13/7 14/8 16/19 17/13 18/23 23/20
24/2 24/15 26/10 26/15 27/5 27/7 39/8
understanding [13]  9/22 10/2 10/23 11/4
12/12 21/14 26/8 27/23 28/4 45/16 45/19
49/1 54/3
unduly [1]  50/14
UNITED [3]  1/1 1/12 55/11
unknown [1]  30/7
unlawful [8]  29/13 29/19 31/6 32/22
36/15 38/8 38/14 52/4
unlawfully [1]  29/11 32/4
unless [1]  17/19
unrelated [1]  6/3
until [4]  29/5 38/20 47/10 52/7
up [14]  8/23 9/23 15/8 17/2 21/7 24/14
25/22 26/12 47/12 47/21 48/4 52/4 52/6
56/6
update [3]  19/10 26/6 26/22
updated [1]  23/4
upon [1]  35/25
urgency [2]  24/4 29/13
us [15]  1/15 1/19 8/2 21/6 23/4 26/7 32/8
35/22 38/11 40/12 47/7 47/18 48/16 56/6
59/6
use [24]  8/6 18/8 21/14 21/16 21/17
21/25 22/6 22/10 25/21 25/23 34/7 34/14
35/6 35/23 36/11 39/15 40/6 40/11 40/12
44/16 52/23 53/2 53/4 55/9
used [8]  7/11 9/15 9/15 13/2 15/23 21/20
34/18 54/16
useful [1]  40/9
using [2]  39/17 53/6

**V**

valid [1]  21/23
validity [1]  7/5
Velasquez [6]  5/25 6/2 7/4 7/9 8/13 9/18
Velasquez's [1]  9/15
verification [1]  5/15
version [1]  14/1
very [19]  7/12 14/2 15/24 19/19 31/15
44/15 45/1 48/16 49/9 49/17 50/14 52/2
55/21 55/24 58/13 58/13 58/16 58/16
59/4
via [1]  3/2

viable [1]  58/5
view [2]  8/14 54/25
voiced [1]  56/20
voluntarily [1]  52/4

**W**

wait [1]  34/13
waiting [3]  54/22 55/1 55/6
waive [2]  45/13 45/25
waived [2]  45/12 45/12
waiving [1]  45/25
walk [2]  12/14 19/11
walked [1]  19/23
want [12]  4/16 4/20 5/3 12/25 16/14 26/3
37/22 43/19 48/16 49/16 51/3 58/7
wanted [1]  51/4
wanting [1]  9/5
warrant [3]  8/19 9/22 9/25
was [52]  6/15 6/20 6/21 7/7 7/10 8/18
8/20 11/6 12/5 12/8 12/23 15/9 15/10
16/4 16/6 16/10 18/13 18/24 20/20 26/10
26/14 28/15 28/25 29/9 29/11 31/3 31/3
32/8 32/10 32/13 32/18 32/21 33/1 35/9
35/10 36/4 37/17 38/12 38/13 38/13
38/24 39/2 40/21 42/14 43/17 47/13
53/20 56/19 58/13 58/15 58/15 59/4
wasn't [4]  16/4 16/6 16/11 36/1
way [7]  4/7 16/10 19/15 19/22 20/2 45/1
56/4
we [135]
we'd [1]  53/1
we're [12]  17/24 17/24 17/25 17/25 22/6
32/14 32/16 33/17 33/18 38/5 38/10 50/2
we've [7]  6/21 21/6 43/1 52/6 52/21 53/1
58/3
week [4]  9/22 10/1 53/18 54/10
weeks [1]  54/7
weighs [1]  55/15
well [24]  6/9 7/12 7/22 7/25 13/20 19/11
20/9 23/7 31/13 33/1 35/2 35/21 37/4
42/10 46/19 48/20 49/23 50/18 50/19
51/22 53/4 56/20 57/1 57/6
went [3]  16/2 32/17 33/19
were [31]  3/2 4/11 7/11 9/14 9/15 12/21
12/22 13/8 13/9 15/25 17/21 23/6 25/18
31/18 31/19 31/22 33/15 33/21 37/18
38/24 43/5 47/10 47/12 47/16 50/8 50/9
52/10 56/12 56/25 57/15 57/25
what [89]
what's [3]  19/8 26/8 37/17
whatever [6]  4/16 4/20 21/23 39/14
48/15 58/15
when [19]  7/9 18/17 19/7 23/8 24/17
30/16 32/21 42/7 42/22 44/10 44/23
46/13 47/4 47/15 47/17 48/6 48/10
54/20 59/3
where [18]  12/21 12/22 19/16 23/21
23/23 24/10 24/20 32/16 32/16 33/19
40/4 47/11 51/15 53/25 55/14 57/5 57/8
57/8
whereby [1]  13/1
Wherever [1]  3/16
whether [24]  5/21 6/2 6/12 8/10 11/6
13/8 14/22 17/4 17/14 17/14 25/15 25/15
25/19 26/20 28/7 28/8 35/21 40/17 44/18
49/5 53/7 56/23 56/24 58/22
which [33]  4/24 4/25 5/15 9/16 11/14
12/7 13/18 16/15 18/18 18/19 22/17 24/2
26/23 28/4 28/21 28/24 29/5 31/20 31/23
32/6 33/19 35/17 35/24 37/17 39/4 40/16

W

which... [7]  43/11 49/16 51/11 54/15
 54/24 55/13 57/24
while [4]  19/10 49/7 55/7 56/1
who [12]  3/9 3/25 5/4 5/6 6/23 9/23 11/2
 18/23 19/1 48/23 52/3 55/19
whole [2]  12/8 31/2
whose [2]  5/8 55/21
why [21]  5/10 9/10 17/19 19/25 20/4
 24/4 33/2 33/17 34/17 34/18 35/5 37/23
 38/16 40/2 44/4 46/11 50/1 51/16 54/22
 55/5 55/11
wife's [2]  50/7 51/11
will [50]  3/9 3/20 4/2 4/4 4/19 4/20 5/20
 6/15 8/3 9/18 10/1 10/2 11/12 11/17
 11/18 17/12 18/8 21/10 21/16 22/4 22/10
 24/10 29/6 30/5 30/6 30/16 37/14 39/14
 39/19 40/9 40/10 40/13 40/13 41/5 41/9
 41/14 42/6 42/21 44/6 44/10 45/17 46/1
 48/5 48/25 50/24 52/25 57/17 57/20
 58/10 59/6
willingness [1]  51/25
wins [1]  57/11
withhold [1]  47/10
within [1]  50/9
without [4]  34/17 35/23 52/1 52/5
won't [2]  21/22 21/23
words [1]  15/2
work [3]  12/12 12/13 19/15
works [1]  51/22
would [60]
wouldn't [1]  53/6
wrapped [2]  8/23 9/23
written [1]  49/25
wrongdoing [2]  31/14 36/14
wrongful [1]  29/20
wrongfully [6]  28/25 29/1 29/9 31/3 31/4
 38/12

X

Xicara [16]  5/15 6/1 6/4 6/5 6/13 6/20
 7/4 7/11 8/10 8/19 8/23 9/19 9/20 9/23
 10/10 10/14
Xicara's [4]  8/16 9/8 9/16 10/16
XYZ [2]  41/18 41/19

Y

yeah [1]  27/15
yes [33]  3/14 5/13 6/10 6/14 7/8 9/9 9/9
 9/10 9/14 13/3 13/17 19/7 22/20 22/22
 23/11 23/14 23/19 24/24 28/23 30/1 31/1
 31/13 32/20 33/20 35/3 38/5 38/18 41/20
 42/25 44/12 46/22 47/25 57/9
yesterday [7]  4/12 8/1 18/16 18/22 19/10
 23/16 25/1
yet [4]  24/25 37/11 55/13 57/13
you [209]
you'd [1]  22/19
you're [21]  10/6 10/12 17/13 20/5 21/4
 24/21 27/6 27/15 32/22 38/1 41/18 41/19
 42/22 43/20 46/15 46/15 49/8 52/14
 52/17 52/18 58/20
you've [3]  17/17 38/2 49/24
you-all [1]  9/4
your [131]
yours [1]  15/17