UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case Number:  20-24198-MC-MARTINEZ-BECERRA

IN RE: APPLICATION OF MULTIFLORA
INTERNATIONAL LTD., AGRICOLA
INDUSTRIAL ENTRE RIOS, S.A., AND
AGRICOLA ESPERANZA JACOBI, S.A.
_____/

## ORDER CLOSING CASE

**THIS CAUSE** was referred to the Honorable Jacqueline Becerra, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and the Magistrate Rules of the Local Rules of the Southern District of Florida.  (ECF No. 10).  Magistrate Judge Becerra has issued an Order on the petition. Accordingly, it is

**ORDERED AND ADJUDGED** that this case shall be **CLOSED** for administrative purposes.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of November, 2021.

_____
JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Becerra
All Counsel of Record